Jeffery Plaintiff Lind, *sui juris*
284 Wilson Drive
Santa Maria [93455]
Republic of California
(805) 937-4195

*All Rights Retained*
Attornatus Privatus



FILED
CLERK, U.S. DISTRICT COURT

NOV 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

District Court for the United States

Central Division for California

| | |
|---|---|
| Jeffery Jackson Lind, *de jure*,<br>Plaintiff,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF<br>CALIFORNIA, MOTOR VEHICLE<br>DEPARTMENT, SANTA BARBARA COUNTY,<br>CITY OF SANTA MARIA,<br>CITY OF GUADALUPE,<br>SANTA BARBARA COUNTY<br>SHERIFF'S DEPARTMENT,<br>SANTA MARIA POLICE DEPARTMENT,<br>CITY OF QUADALUPE POLICE DEPARTMENT,<br>Ariel Alehandria in his individual<br>capacity,<br>Brian D. Johnson in his individual<br>capacity,<br>Angelina Borrello in her individual<br>capacity<br>Rogelio Flores in his individual<br>capacity,<br>Jed Beebe in his individual<br>capacity, and does 1-50,<br><br>Defendants. | CASE NO. CV10-0917<br>AHM (JC6)<br><br>COMPLAINT<br><br>FOR TRESPASS, AND<br>TRESPASS ON THE CASE; AND,<br>EMERGENCY MOTION TO STAY<br>STATE COURT PROCEEDINGS RE<br>CALIFORNIA SUPERIOR CT:<br>CASE NO: 1350711<br><br>VERIFIED |

-1-

## JURISDICTION AND VENUE

1.  This action raises federal questions under the Fourth, Fifth, Seventh, Eighth, Ninth and Tenth Amendments to the Constitution for the United States.

2.  This court of record has original jurisdiction over these federal claims pursuant to 28 U.S.C. §§ 1331 and 1343.

3.  This court of record has authority to award the requested declaratory relief under 28 U.S.C. § 2201; the injunctive relief under 28 U.S.C. § 1343(3); the requested damages under 28 U.S.C. § 1343(3); and attorneys' fees under 42 U.S.C. § 1988.

4.  Venue is proper under 28 U.S.C. § 1391 in the Central District of California because a substantial part of the actions or omissions giving rise to this case occurred within this District, and at least one Defendant resides in this District.

### FIRST CAUSE OF ACTION – TRESPASS

#### PARTIES

5.  Jeffery Jackson, of the family of "Lind" (hereinafter "Plaintiff"), is one of the people of California, and in this court of record complains of each of the following: People of the State of California, Motor Vehicle Department, Santa Barbara County, City of Santa Maria, City of Guadalupe, Santa Barbara County Sheriff Department, Santa Maria Police Department, City of Guadalupe Police

1  Department, Rogelio R. Flores, Jed Beebe, Ariel Alexandria,

2  Complainer Doe, DMV Doe, SBC Doe, SM Doe, Guadalupe Doe, SBCSD Doe,

3  SMPD Doe, GPD Doe, Brian D. Johnson, Angelina Borrello, (each

4  hereinafter "Kidnapper", and all collectively "Kidnappers"); who are

5  each summoned to answer the said plaintiff in a plea of trespass,

6  trespass on the case and violation of due process, to wit:

## INTRODUCTION

10  6.   Each Kidnapper exceeded his jurisdiction by either directly,

11  through an agent, or in concert with another, even after Plaintiff

12  filed a counterclaim against Kidnappers employees, the peace officers

13  who unlawfully and forcibly, *vi et armis,* detained, carried away and

14  imprisoned[1] against Plaintiff's will, without jurisdiction or good

15  cause.   The Kidnaper's employees defaulted on counterclaim.   An ENTRY

16  OF DEFAULT; JUDGMENT, Exhibit "A", was filed into the record on

17  November 24, 2010.   Despite the already decided action in the matter,

18  the Kidnappers continue to deny Plaintiff's repeated challenges

19  regarding each of their jurisdictions and accordingly, continue to

20  deprive Plaintiff his rights and liberty and continue to deprive

21  Plaintiff his right to due process.

23  7.   Despite Plaintiff's challenge of the Kidnapper's jurisdiction,

24  the Kidnappers continued to assume the jurisdiction without proof of

25  jurisdiction or any attempt at proof of jurisdiction.   Both

---

[1] Imprison: To confine a person or restrain his liberty in any way. Black's Law Dictionary, 5th Edition Imprisonment: ...it may be in a locality used only for the specific occasion; or it may take place without the actual application of any physical agencies of restraint (such as locks or bars), as by verbal compulsion and the display of available force. Black's Law Dictionary, 5th Edition

-3-

1    Kidnappers, who refer to themselves as a "judge", deny Plaintiff's

2    court of record challenge of their inferior court's assumed

3    jurisdiction.  Until this day, Plaintiff continues to be subject,

4    under color of law, to the assumed jurisdiction, will and control of

5    the Kidnappers.

6

7    8.    Under color of law Plaintiff has been three (3) times subjected

8    to judicial abuse of discretion by officers of the court.  The first

9    instance occurred when Plaintiff, against his will, honored his

10   promise to appear, making a "special appearance", in court, convened

11   a court of record and immediately challenged the jurisdiction of the

12   court. The Kidnapper acting as district attorney remained silent to

13   the court of record's challenge of jurisdiction.  However, contrary

14   to the requirements of the court of record, the magistrate,

15   identifying himself as a "Judge", assumed the mantel of a tribunal

16   and proceeded independently and committed a chose in action.  A week

17   later, Plaintiff reconvened his court of record to challenge the

18   court's jurisdiction.  The Kidnapper acting as district attorney

19   disregarded the challenge and attempted to move forward in the

20   proceedings. Again, contrary to the requirements of the court of

21   record, a second magistrate, identifying himself as a "Judge",

22   assumed the mantel of a tribunal and proceeded independently and,

23   under the color of law and for no good cause, threatened deprivation

24   of Plaintiff's liberty.  The Kidnappers exemplified utter lack of

25   respect for the orderly decorum of the court and moved forward in a

26   defective impromptu process and usurpation of legislative and court

27   powers taken without leave of court.  Exhibit "B" is a WRIT OF ERROR

28   QUAE CORAM NOBIS RESIDANT Plaintiff filed into the record on both

1   magistrates on November 19, 2010.  Plaintiff again, against his will,
2   made a third special appearance following the filing of the writ.
3   The Kidnapper magistrate acted with total disregard for the writ
4   served into the record regarding his unlawful acts against plaintiff
5   and, under color of law, again disregarded plaintiff's challenge of
6   jurisdiction, suggesting his inferior jurisdiction was sufficient,
7   and again, refused to answer to Plaintiff's challenge, and proceeded
8   to issued another CRIMINAL MINUTE ORDER, Exhibit "C", to move
9   proceedings forward absent jurisdiction and against Plaintiff's will
10  or consent, has scheduled trial for Plaintiff on Tuesday November
11  30th, 2010.

12

13                              SPECIFICS

14

15  9.  Each Defendant acted in such a way, or failed to act in such a
16  way, that Plaintiff is deprived of his liberty, property and due
17  process rights.  Each Defendant acted to deprive Plaintiff of his
18  liberty and property; or each Defendant failed to act to prevent the
19  loss by Plaintiff of liberty, property and due process rights.
20  Further, each Defendant is a willing participant in concert with each
21  of the remaining Defendants.

22

23  10.  At all times mentioned in this action each Defendant is the
24  agent of the other, and in doing the acts alleged in this action,
25  each is acting within the course and scope of said agency.  The
26  following paragraphs describe what the Kidnappers, under color of
27  law, either acted or failed to act as obligated.

28

1    11.   Each Defendant exceeded his jurisdiction under color of law.

2    Each Defendant acted in concert with the remaining Defendants to

3    effect the unlawful loss of liberty and property of Plaintiff.

4

5    12.   Complainer Doe is the person who signed Exhibit "D", first page

6    only, "MISDEMEANOR COMPLAINT".   Under color of law, Complainer Doe

7    assumed jurisdiction to continue the deprivation of liberty and right

8    to property of Plaintiff.   Plaintiff is informed and believes that

9    Complainer Doe is either suing as a persona named "People of the

10   State of California," or is suing in the name of another whose name

11   is "People of the State of California."

12

13   13.   Plaintiff is informed and believes that each of the Defendants,

14   (especially Motor Vehicle Department, DMV Doe, Santa Barbara County,

15   SBC Doe, City of Santa Maria, SM Doe, City of Guadalupe, Guadalupe

16   Doe, Santa Barbara County Sheriff Department, SBCSD Doe, Santa Maria

17   Police Department, SMPD Doe, City of Guadalupe Police Department and

18   GPD Doe) is acting in concert with Complainer Doe.   In the

19   alternative, each of the Defendants is an adverse unwilling co-

20   Defendant who should have an interest as a result of being

21   involuntarily included in Exhibit "D", under color of law, as a named

22   victim.   Said adverse unwilling co-Defendants are Motor Vehicle

23   Department, DMV Doe, Santa Barbara County, SBC Doe, City of Santa

24   Maria, SM Doe, City of Guadalupe, Guadalupe Doe, Santa Barbara County

25   Sheriff Department, SBCSD Doe, Santa Maria Police Department, SMPD

26   Doe, City of Guadalupe Police Department and GPD Doe.

27

28

14.   On Exhibit "D" Joyce E. Dudley provided the signature which authorized Complainer Doe to proceed.   Joyce E. Dudley could have stopped Complainer Doe at that point, but apparently acted in concert with Complainer Doe, assumed jurisdiction, under color of law, to act in a manner to perpetuate the deprivation of liberty, right to travel and false imprisonment of Plaintiff, having not an Oath of Office.

15.   The California 1879 Constitution defines all California courts to be courts of record.[2]   On or about October 20, 2010, at 8:30 am, in Department 3, Plaintiff was involuntarily brought before a court not of record and also not a *nisi prius* court.   Rogelio R. Flores acted as a tribunal and magistrate.   Brian David Johnson acted as a district attorney.   Plaintiff convened and court of record and immediately objected to the jurisdiction of the court and entered into the record an "Express Lawful Demand for Dismissal with Prejudice".   The district attorney remained silent to Plaintiff's challenge of the court's jurisdiction.   Contrary to the requirements of the court of record, Rogelio Flores assumed the mantel of a tribunal and proceeded independently.   Rogelio R. Flores, without proof of jurisdiction, ignored Plaintiff's objections, made a chose in action by entering a "not guilty" plea for JEFFERY JACKSON LIND (character unknown), defendant-in-error, acknowledging same had already refused to contract.   Plaintiff then served Rogelio R. Flores a "Notice of Chose in Action".   Rogelio R. Flores, contrary to requirements of the court of record, then disrupted orderly decorum by moving forward, without jurisdiction and with a defective

---

[2] California Constitution, Article 6 Judicial, Sec. 1.  The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record.

1   impromptu process and usurpation of legislative and court powers
2   taken by the magistrate without leave of the court, and proceeded
3   under color of law in effort to perpetuate the deprivation of
4   liberty, right to travel, false imprisonment and violation of
5   Plaintiff's due process rights.  Exhibit "E" is a true and correct
6   copy of the official so-called "CRIMINAL MINUTE ORDER" issued by said
7   magistrate.  At no time has Plaintiff ever entered a voluntary plea.
8
9   16.   On or about October 27, 2010, Plaintiff was involuntarily
10   brought before a court not of record and not a *nisi prius* court.
11   Exhibit "F" contains a true and correct copy of the official record
12   of the said court.  Jed Beebe acted as a tribunal and magistrate.
13   Angelina Borrello acted as a district attorney.  Plaintiff, again,
14   objected to and challenged the jurisdiction of the court.  Borrello,
15   Defendant acting in concert with the Kidnappers, provided
16   documentation form with which to misrepresent the substance before
17   the court not of record.  Defendants Beebe and Borrello, without
18   proof of jurisdiction, each ignored Plaintiff's objections, and in
19   violation of Plaintiff's due process rights, proceeded under color of
20   law, this time, verbally threatening Plaintiff with long term
21   deprivation of his liberty.  Jed Beebe, contrary to requirements of
22   the convened court of record, disrupted orderly decorum by moving
23   forward, without jurisdiction and with a defective impromptu process
24   and usurpation of legislative and court powers taken by the
25   magistrate without leave of the court, and proceeded under color of
26   law in effort to perpetuate the deprivation of liberty, right to
27   travel and acted in violation of Plaintiff's due process rights.
28   Exhibit "C" is a true and correct copy of the official so-called

1  "CRIMINAL MINUTE ORDER" issued by said magistrate, stating the
2  "motion by defendant challenging jurisdiction denied".  The Exhibit
3  "F" also extended the time period for depriving Plaintiff of his
4  Liberty by the Kidnappers to December 3, 2010, "last date for trial".
5  At no time during these proceedings has Plaintiff ever taken the
6  place of the defendant in this matter or entered a voluntary plea.
7
8  17.  On or about November 23, 2010, Plaintiff was again involuntarily
9  brought before a court not of record and not a *nisi prius* court.
10  Exhibit "G" contains a true and correct copy of the official record
11  of the said court.  Jed Beebe again acted as a tribunal and
12  magistrate.  Angelina Borrello acted as a district attorney.
13  Plaintiff again convened a court of record, objected to and
14  challenged the jurisdiction of the court.  Borrello, Defendant acting
15  in concert with the Kidnappers, provided documentation form with
16  which to misrepresent the substance before the court not of record.
17  Defendants Beebe and Borrello, without proof of jurisdiction, each
18  ignored Plaintiff's objections, suggested their inferior jurisdiction
19  was sufficient, and in violation of Plaintiff's due process rights,
20  proceeded under color of law, set a date for trial for Plaintiff in
21  the inferior court not of record for November 30, 2010 at 9:30 in
22  Department 7.  Jed Beebe, contrary to requirements of the convened
23  court of record, disrupted orderly decorum by moving forward, without
24  jurisdiction and with a defective impromptu process and usurpation of
25  legislative and court powers taken by the magistrate without leave of
26  the court, and proceeded under color of law in effort to perpetuate
27  the deprivation of liberty, right to travel and acted in violation of
28  Plaintiff's due process rights.  Exhibit "F" is a true and correct

1    copy of the official so-called "CRIMINAL MINUTE ORDER" issued by said
2    magistrate, scheduling a "trial date", when the magistrate has
3    admitted lack of jurisdiction. The Exhibit "C" extended the time
4    period for depriving Plaintiff of his Liberty, as well as his due
5    process as in the common law, by the Kidnappers to December 3, 2010,
6    "last date for trial". At no time during these proceedings has
7    Plaintiff ever taken the place of the defendant in this matter or
8    entered a voluntary plea. The proceeding and threats of perpetuated
9    deprivation of liberty and false imprisonment of Plaintiff is
10    reminiscent of the cooperation between the KGB and courts of Russia
11    against anyone who fell into the government's disfavor, i.e. such as
12    anyone who challenged their authority.

13

14    18. Plaintiff could plainly see the kangaroo court in action, and,
15    as a lamb in the court of the wolves, saw no point in seriously
16    matching wits with his apparent enemies posing to be his public
17    servants. The Minute Orders, though not part of the record, confirms
18    the lack of "honor" for a Lawfully convened court of record, or for a
19    Lawful and timely challenge of a court's jurisdiction, on the part of
20    Flores, Beebe and Borrello. Johnson's silence activated estoppel.
21    However, his office continues to move forward and Johnson continues
22    to remain silent, fails to act, and continues to allow the violations
23    of Plaintiff's due process rights by his fellow Kidnappers to
24    continue.

25

26    19. Plaintiff is now ordered, via a "minute order", that is no
27    Lawful "order" at all, by a "judge", who is no "judge" at all, to
28    come back to a court, not of record, having no jurisdiction

1  whatsoever, for a trial in which Plaintiff would be the tribunal in a
2  convened court of record, and the Defendant would be Rogelio Flores
3  as he claimed surety for the defendant JEFFERY JACKSON LIND, *ens*
4  *legis, character unknown,* of which is property belonging to the State
5  of Idaho, never to be confused however with Plaintiff Jeffery Jackson
6  Lind, *sui juris,* the tribunal who convenes a court of record.
7  However, the court of no record was stripped of it jurisdiction by
8  the timely challenge of jurisdiction by Plaintiff prior to Rogelio's
9  claim of surety for the defendant JEFFERY JACKSON LIND.  The Russian
10  psychological model for bypassing due process was successfully
11  executed by the Kidnappers.

12

13  20.  Because of the actions committed with actual and implied force
14  or the lack of action of the Defendants, Plaintiff was immediately
15  and directly injured and suffered loss of liberty, and imprisoned
16  under color of law and now, his due process rights are violated.

17

18  21.  Defendants have a duty to not cause Plaintiff to be imprisoned
19  under color of law, to not cause loss of liberty.  Further,
20  Defendants have a duty to prove jurisdiction when objection to
21  jurisdiction is asserted or recognize they have none when visually
22  observing a people that lawfully enjoy having superior jurisdiction.
23  It is obvious that the created, the Kidnappers, are attempting to
24  control their creator, the very one who they are to serve and protect
25  against all enemies, including themselves.

26

27  22.  Defendants have breached that duty.

28

23. The damages for the injury caused by Defendants' actions are $2,000 for each minute of unlawful imprisonment.

24. The damages for the injury caused by Defendants' actions are $5,000 for each day of unlawful deprivation of liberty.

25. The damages for the injury caused by Defendants' absence of required action is $5,000 for each failure to act.

SECOND CAUSE OF ACTION – TRESPASS ON THE CASE

26. Paragraphs 5 through 25 of FIRST CAUSE OF ACTION are included by reference as though fully stated herein.

27. By right, Plaintiff reasonably expects to proceed without injury, secure in his capacities, and reasonably expects to exercise his rights guaranteed him by the Constitution for the United States and for the State of California.

28. Defendants have a legal duty to use due care and not cause an injury to Plaintiff or interfere with said rights in any way.

29. Defendants breached that duty by proximately or legally, directly and indirectly, causing the injuries to Plaintiff.

30. The damages claimed are all a result of the injuries.

1    **THIRD CAUSE OF ACTION — VIOLATION OF DUE PROCESS**

2

3    31.   Paragraphs 5 through 25 of FIRST CAUSE OF ACTION are included by
4    reference as though fully stated herein.

5

6    32.   By right, Plaintiff reasonably expects to proceed without
7    injury, secure in his capacities, and reasonably expects to exercise
8    his rights guaranteed him by the Constitution for the United States
9    and for the State of California.

10

11   33.   Defendants have a legal duty to use due care and not cause an
12   injury to Plaintiff or interfere with Plaintiff's said rights to his
13   due process.

14

15   34.   Defendants breached that duty by proximately or legally,
16   directly and indirectly, causing the injuries to Plaintiff.

17

18   35.   The damages claimed are all a result of the injuries.

19

20                              **VICARIOUS LIABILITY**

21

22   36.   Paragraphs 5 through 25 of FIRST CAUSE OF ACTION are included by
23   reference as though fully stated herein.

24

25   37.   Power is never without responsibility. And when authority
26   derives in part from Government's thumb on the scales, the exercise
27   of that power by private persons becomes closely akin, in some
28   respects, to its exercise by Government itself.

38. The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a Defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable Defendant must be in the business of controlling, leasing, bailing, or licensing the actors.

39. Each Defendant is an agent of the other, and each has his place in the chain of exposing Plaintiff to the actors. Each Defendant is vicariously liable for each instance of injury to Plaintiff.

## LAW OF THE CASE

40. Exhibit "H" is incorporated by reference as though fully stated herein.

## REQUEST FOR RELIEF

41. For that cause of action therefore Plaintiff brings his suit.

42. WHEREFORE, Plaintiff wishes for relief and judgment against Defendants as follows:

43.    WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:

On all causes of action:

44.    For general damages in the sum of $50,000 by each Defendant;

45.    That the court enter a declaratory judgment that Defendants have acted arbitrarily and capriciously, have abused their discretion and have acted not in accordance with law, but under color of law;

46.    That the court enter a declaratory judgment that Defendants have acted contrary to constitutional right, power or privilege, depriving Plaintiff his right to due process of Law;

47.    That the court enter a declaratory judgment that Defendants' actions were in excess of statutory jurisdiction, authority and short of statutory right;

48.    That the court permanently enjoin Defendants from interfering in any way with Plaintiff's lawful right to travel;

49.    That the court enter a declaratory judgment that the records of the court not of record are impeached for want of jurisdiction in the Court or judicial officers, for collusion between the parties, and/or for fraud in the parties offering the record, in respect to the proceedings;

50.   That the court grant Plaintiff his attorneys fees;

51.   That the court grant Plaintiff such other and further relief as the court deems proper;

52.   For costs of suit incurred.

53.   I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

November 29, 2010, County of Santa Barbara, California

Jeffrey Jackson Lind

*Lind v. People Case No.*

**SERVICE LIST**

MOTOR VEHICLE DEPARTMENT
San Luis Obispo Department of Motor Vehicles (DMV)
State of California
3190 S. Higuera St.
San Luis Obispo, CA 93401
T: (805) 777-0133

SANTA BARBARA COUNTY
Joyce E. Dudley, District Attorney
Main Office
1112 Santa Barbara Street
Santa Barbara, CA 93101
T: (805) 568-2300

CITY OF SANTA MARIA
110 E. Cook Street
Santa Maria, CA 93454
T: (805) 925-0951

CITY OF GUADALUPE
City Hall
918 Obispo Street
Guadalupe CA, 93434
T: (805) 343-1340

SANTA BARBARA COUNTY
SHERIFF'S DEPARTMENT
c/o Bill Brown
4434 Calle Real
Santa Barbara, CA 93110
T: (805) 681-4100

SANTA MARIA POLICE DEPARTMENT
c/o Danny R. Macagni
222 East Cook Street
Santa Maria, CA 93454
T: (805) 925-0951

CITY OF QUADALUPE POLICE DEPARTMENT
c/o Chief of Police
4490 10th Street
Guadalupe, CA 93434
T: (805)

Ariel Alejandria
c/o MOTOR VEHICLE DEPARTMENT
San Luis Obispo Department of Motor Vehicles (DMV)
State of California
3190 S. Higuera St.
San Luis Obispo, CA 93401
T: (805) 777-0133

Brian D. Johnson
c/o SANTA BARBARA COUNTY DEPUTY DISTRICT ATTORNEY OFFICE

-17-
COMPLAINT FOR TRESSPASS – PETITION FOR ORDER TO STAY

1   Main Office
    312-D E Cook St.
2   Santa Maria, CA 93454
    T: (805) 346-7540
3
    Angelina Borrello
4   c/o SANTA BARBARA COUNTY DEPUTY DISTRICT ATTORNEY OFFICE
    Main Office
5   312-D E Cook St.
    Santa Maria, CA 93454
6   T: (805) 346-7540

7   Rogelio Flores
    Magistrate
8   c/o SUPERIOR COURT OF CALIFORNIA for SANTA BARBARA COUNTY
    312-C East Cook Street
9   Santa Maria, CA 93456-5369
    T: (805) 614-6414

10  Jed Beebe
    Magistrate
11  c/o SUPERIOR COURT OF CALIFORNIA for SANTA BARBARA COUNTY
    312-C East Cook Street
12  Santa Maria, CA 93456-5369
    T: (805) 345-9750

13

14  SUPERIOR COURT OF CALIFORNIA for SANTA

15  BARBARA COUNTY

16  312-C East Cook street

17  Santa Maria, CA 93456-5369

18  (805) 345-9750

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR TRESSPASS – PETITION FOR ORDER TO STAY

# Exhibit "A"

RECEIVED

FILED
SUPERIOR COURT of CALIFORNIA
COUNTY of SANTA BARBARA

NOV 24 2010

DISTRICT ATTORNEY'S
OFFICE

NOV 24 2010

GARY M. BLAIR, Executive Officer
BY _____
Erica Corral, Deputy Clerk

# BEFORE THE CLERK OF THE:

## SUPERIOR COURT OF CALIFORNIA
## ON AND FOR THE COUNTY OF SANTA BARBARA

IN THE MATTER OF:

Jeffery Jackson Lind, *de jure*;

            Counterclaimant,

v.

People of the STATE OF CALIFORNIA;

            Counterdefendant.

Case No: 1350711

**FILE ON DEMAND**

**ENTRY OF DEFAULT; JUDGMENT; AND, EXHIBIT "A"**

### "Filing on Demand" Protocol

The following protocol is adopted by this Court of Record:

In the event a <u>COUNTY OF SANTA BARBARA</u> County clerk determines that a document should not be filed for any reason, he/she shall advise the person attempting to file the document of that reason. If the proffered document is a pleading prepared by a party, the attorney of record or person proceeding in *propria persona* attempting to file the document may then request the document be "filed on demand," in which case the document shall be accepted for filing and will be stamped "Filed on Demand". This policy does not apply to documents which a party requests the Clerk to issue (e.g. Writs, Summons, Abstracts); in such circumstances, the Clerk will require compliance with applicable statutes.

RECEIVED

NOV 24 2010

1

**NOTE:** In the following circumstances, the foregoing protocol shall not apply and the clerk shall refuse to accept the tendered document:

2

**PASS**

3

☒      1. The document is not signed;

4

5

☒      2. The caption indicates that the matter relates to a   County other than <u>COUNTY OF SANTA BARBARA</u>;

6

7

☒      3. The appropriate filing fee does not accompany the document;

8

☒      4. There is no case number, or the case number does not correlate to the parties identified in the pleading;

9

10

☒      5. The document is unintelligible in format or its purpose and objective cannot be readily determined;

11

12

☒      6. The condition of the document renders it incapable of being filed (e.g. it is on a napkin or ripped piece of paper, thermal fax paper, oversized or otherwise cannot be readily attached to and maintained in a court file); and

13

14

15

☒      7. Name usage shall be consistent in answers, judgments, requests for dismissal, requests for entry of default, and in documents related to enforcement of judgment.

16

17

18

The following named document(s) have been confirmed to "pass" protocol:

19

  1. ENTRY OF DEFAULT; JUDGMENT; ORDER TO SHOW CAUSE; NOTICE: FRCP Rule 59(e).   (CCP §585(b),585(c),989,etc.)

20

21

The following documents are deemed to provide evidence of probable cause and shall be entered as "EXHIBIT(s)" to this "FILE ON DEMAND":

22

   EXHIBIT "A" — NOTICE AND DEMAND FOR DISMISS WITH PREJUDICE

23

It is determined the above documents will affect the above named case in the interest of justice and of the people in this court of record.
COURT:

24

25

26

27

_____
                                    Demanding Party/Signature/Seal

28

_____
Clerk/Signature/Seal

## NOTICE AND DEMAND FOR DISMISS WITH PREJUDICE

TO:
ARIEL ALEJANDRIA, Driver Safety Hearing Officer
c/o California Department of Motor Vehicles
3190 South Higuera St.
San Luis Obispo 93401
CALIFORNIA, USA

FROM:
Jeffery Jackson Lind
284 Wilson Dr.
Santa Maria 93455
CALIFORNIA, USA

DATE: November 1, 2010

SUBJECT: Deprivation of Constitutional Rights, Conspiracy to Deprive a Freeborn Person of His Unalienable Rights and Liberties Guaranteed Him by His Constitution, and Failure to Protect Him from Conspiracy to Deprive Him of His Constitutional Rights and Liberties.

Hello Mr. ALEJANDRIA:

On September 18th of 2010, my California I.D. was taken from me for no just cause by employees of local quasi-government private companies in the name of the Department of Motor Vehicles located in Santa Maria, CA, such employees having a sworn duty pursuant to their Oaths of Office to "serve and protect" the Lawful People, the posterity of our forefathers, the framers of the organic Constitution of the United States of America that these employees swore to uphold and defend against all enemies.

The CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, SAN LUIS OBISPO, is a private company having no jurisdiction over Jeffery Jackson Lind. See: http://www.manta.com/c/mm50qwm/motor-vehicle-dept. As such, this private company has no jurisdiction over Jeffery Jackson Lind.

EXHIBIT "A"

## DEMAND TO DISMISS WITH PREJUDICE

Now comes the Defendant-in-error, My-Real: Name, a living soul, without assistance in the above-entitled action, who makes this Special Visitation before this Honorable Court and moves this Honorable Court to Dismiss this Matter with Prejudice.

*CALIFORNIA SS*

The people of the state have not filed a certified Final Administrative Determination. The people of the state of ~~Florida~~ have failed to make a claim that this Court can hear as per the Administrative Procedures Act. There is no "Agency Final Administrative Determination" in the record. This court has nothing to Review. The State has not exhausted its Administrative remedies.

Therefore, the "court' lacks Subject Matter Jurisdiction. To move this Court forward without exhausting Administrative remedies, will deprive the Accused "Due Process of Law", a violation of Constitutional Law.

### Memorandum of Law

"Where Rights secured by the Constitution are involved there can be no rule-making or legislation, which would abrogate them" *Miranda v. Arizona* (1966) http://www.lawyerdude.netfirms.com/miranda.html 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed. 2d 694, 10 ALR 3rd 974 and 59 other ALR treatises .

"The claim and exercise of a constitutional right can not be converted into a crime." *Miller v. U.S.*, 230 F 2d 486, 489.

"There can be no sanction or penalty imposed upon one because of his exercise of constitutional Rights." *Sherar v. Cullen*, 481 F. 945.

"No state shall convert a liberty into a privilege, license it, and attach a fee to it." *Murdock v. Pennsylvania* http://www.lawyerdude.8k.com/murdock.html 319 U.S. 262.

"If the state converts a liberty into a privilege the citizen can engage in the right with impunity." *Shuttlesworth v. Birmingham* http://www.lawyerdude.8m.com/5090.html 373 U.S. 262.

"If you've relied on prior decisions of the Supreme Court you have a perfect defense for willfulness." *U.S. v. Bishop*, 412 U.S. 346.

Officers of the court have no immunity, when violating a constitutional right!

Accordingly, formal DEMAND is hereby made of you to return my I.D. and dismiss all unjust charges you have waged against Jeffery Jackson Lind.

Beyond that reasonable deadline, your silence will activate estoppel pursuant to <u>Carmine v. Bowen</u>, and it will also constitute fraud pursuant to <u>U.S. v. Tweel</u>. See also 18 U.S.C. 1341 (mail fraud), 1961 *et seq.* (RICO).

Thank you for your timely professional cooperation.

Sincerely yours,

Jeffery Jackson Lind, *Sui Juris*

**All Rights Reserved without Prejudice**

Copies:    Clerk of the California Superior Court

Attachments:

Ninth Amendment Proclamation of Jeffery Jackson Lind

This document is the solemn declaration of domicil of choice of the undersigned, pursuant to the Ninth Amendment of the Constitution for the United States of America.

### Know All Men By These Presents:

I, <u>Jeffery Jackson Lind</u>, hereby do swear/affirm (yea be yea, and nay be nay) by solemn declaration that I am a *de jure* Citizen of the United States, domiciled within the territorial boundaries of Santa Barbara county, California state, thereby a member of the Posterity of We, the people, with UNALIENABLE rights, privileges and immunities that are guaranteed by organic law, secured by the Constitution for the United States of America (1789) and INALIENABLE civil liberties that are guaranteed by the Constitution for the state of California (U.S.A.) and are to be executed with specific performance pursuant to the Statutes of Fraud and Perjuries.

This declaration hereby establishes and distinguishes affiant as a freeholder in the American sense and as a nonresident of "this state" (STATE OF CALIFORNIA) or any other (*de facto*) forum state with a "body politic or corporate" repugnant to the above. Affiant's free exercise of religious belief and accountability to the universal laws of nature and of nature's God, as originally embodied upon the adoption of the Constitution, includes the natural sense of an inherent moral duty toward mankind.

This proclamation, duly of record within Santa Barbara county, California state, establishes the status of affiant, and is conclusive evidence to any and all conditional presumptions by any and all quasi/constructive/implied consent(s) to any and all foreign jurisdictions inapposite to affiant's asylum home state of domicile as secured by the supreme law of the land.

TO BE SUBSCRIBED AND SWORN, I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true, correct and complete to the best of my knowledge.

State of California   )
          ) ss:
County of Santa Barbara )

_____
Affiant Signature

On _Oct. 14, 2010_____ before me, _Dan Gebhart_____, Notary Public, personally appeared Jeffery Jackson Lind who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledge me that he executed the same in his sovereign state, and that by his signature on the instrument is the person who executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal:

_____



DAN GEBHART
Commission #1851273
Notary Public
California
SANTA BARBARA COUNTY
My Commission Expires June 25, 2013

(Seal)

RECEIVED
OCT 20 2010

1 | Jeffery Lind Jackson, *Sui Juris*
2 | 284 Wilson Drive
  | Santa Maria [93455]
  | Republic of California
3 | (805) 937-4195
  | *All Rights Retained*
4 |
  | **Attornatus Privatus**
5 |
6 |
7 |
8 | Superior Court of California
9 | on the county of Santa Barbara
10 | Jeffery Jackson Lind, *sui juris*          Case No.: 1350711
11 | Counterclaimant,
12 | v.
13 | THE PEOPLE OF THE STATE          ENTRY OF DEFAULT;
   | OF CALIFORNIA [*sic*];           JUDGMENT;
14 | SANTA BARBARA COUNTY [*sic*];    ORDER TO SHOW CAUSE;
15 | CITY OF SANTA MARIA [*sic*] ;
   | CITY OF GUADALUPE [*sic*] ;      NOTICE: FRCP Rule 59(e)
16 | SANTA BARBARA COUNTY
   | SHERIFF'S DEPARTMENT [*sic*]; .
17 | SANTA MARIA POLICE               (CCP §585(b),585(c),989,etc.)
   | DEPARTMENT [*sic*];
18 | CITY OF QUADALUPE POLICE
   | DEPARTMENT [*sic*];
19 | Vicki Ponce in her individual
   | capacity;
20 | Jesse Garcia in his individual
   | capacity;
21 | Robert Ortega in his individual
   | capacity,
22 |                                  DISTRICT ATTORNEY'S
   | Counterdefendants.             OFFICE
23 |
24 |                                  NOV 3 2 2010
25 |
   |                                  RECEIVED

CONTENTS

I.    Introduction
II.   Jurisdiction of This Court
III.  Facts
IV.   Conclusions of Law
V.    Judgment
VI.   FRCP Rule 59(e) Reconsideration of Judgment

-1-
ENTRY OF DEFAULT; JUDGMENT

*~ The Superior Court of Record ~*

# I.
## INTRODUCTION

1. All of the served counterdefendants (hereinafter "defendant" or "defendants" collectively) have defaulted and not answered to the Counterclaim for Trespass filed by counterclaimant[1] (hereinafter "plaintiff") on October 20, 2010, and duly served via their attorney. Additionally, the DMV was duly served a copy of the counterclaim with request to return plaintiff's California I.D. to him.[2] No facts are in controversy. All that remains is to refer the law arising thereon to the court. This case turns on a single question of law: Do the defendant actors have jurisdiction? The facts presented to the court show that none of the defendants was injured; there is no corpus delicti. Further, the subsequent courts involved were courts of inferior jurisdiction,[3] even though they were otherwise courts of general jurisdiction.[4] Further, defendants acknowledge that when jurisdiction was challenged, they ignored the challenge and assumed the jurisdiction without proof.[5] This court of record[6] now proceeds[7] to judgment on the defaults.

---

[1] "We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers,.." Haines vs. Kerner 404 U.S. 519 [1971]

[2] "The use of the highway for the purpose of travel and transportation is not a mere privilege, but a common fundamental right of which the public and individuals cannot rightfully be deprived." *Chicago Motor Coach v. Chicago*, 169 NE 221.

"The right of the citizen to travel upon the public highways and to transport his property thereon, either by carriage or by automobile, is not a mere privilege which a city may prohibit or permit at will, but a common law right which he has under the right to life, liberty, and the pursuit of happiness." *Thompson v. Smith*, 154 SE 579.

"The right to travel is a part of the liberty of which the citizen cannot be deprived without due process of law under the Fifth Amendment." *Kent v. Dulles*, 357 US 116, 125.

"The right to travel is a well-established common right that does not owe its existence to the federal government. It is recognized by the courts as a natural right." *Schactman v. Dulles* 96 App DC 287, 225 F2d 938, at 941.

[3] "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652

[4] "The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record. Ex parte Kearny, 55 Cal. 212. Note, however, that in California 'superior court' is the name of a particular court. But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be. Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett, 5 Cal. 195" 7 Cal. Jur. 579

[5] "No officer can acquire jurisdiction by deciding he has it. The officer, whether judicial or ministerial, decides at his own peril." Middleton v. Low (1866), 30 C. 596, citing Prosser v. Secor (1849), 5 Barb.(N.Y) 607, 608.

[6] California 1879 Constitution, Article 6, Section 1, "The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record."

COURT OF RECORD: To be a court of record a court must have four characteristics, and may have a fifth. They are:..."Proceeding according to the course of common law. [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte

-2-

*~ The Superior Court of Record ~*

II.
## JURISDICTION OF THIS COURT

2.  The first duty of a court is to determine whether or not it has jurisdiction.  The jurisdiction is established by the plaintiff when he claims an injury,[8] selects the forum, serves the defendants, and the defendants make personal appearances.

3.  "[Jurisdiction] is the authority by which courts[9]...take cognizance of and decide cases."[10]  This authority[11] comes from the sovereign people of California[12] who do not yield[13] their sovereignty to the agencies which serve them.[14]

4.  In the counterclaim, plaintiff asserted without objection[15] that he is one of the people[16] of California, and that his selected forum

---

Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426]"

[7] "But where the question upon which the jurisdiction depends is one of law purely the jurisdiction over the subject matter is always open to collateral inquiry ..." Grannis v. Superior Court, 146 Cal. 245 [79 P. 891, 106 Am.St.Rep. 23]

[8]  Plaintiff established jurisdiction when he averred that the acts complained of are contrary to law, and tend to the injury of the plaintiff, and he has not a complete remedy without the assistance of the court.  See *Mitlord on Equity Pleading*

[9] "Court:  The person and suit[e] of the sovereign" Black's Law Dictionary, 4th Ed., 425, 426. .
Court:  An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

[10] Board of Trustees of Firemen's Relief and Pension Fund of City of Marietta v. Brooks, 179 Okl. 600, 67 P.2d 4, 6; Morrow v. Corbin, 122 Tex. 553, 62 S.W. 2d 641; State v. Barnett, 110 Vt. 221, 3 A.2d 521, 526

[11] The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

[12] "The sovereignty of the state resides in the people thereof..."  California Government Code, Section 100(a)

[13] The Plaintiff has chosen to exercise his powers directly rather than through his representatives.
"REPUBLICAN GOVERNMENT:  One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated." [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627; Black's Law Dictionary, Fifth Edition, p. 626.]
"Whereas, the people of California [1849] have presented a constitution...and which, on due examination, is found to be republican in its form of government...." [Act [of Congress] for the Admission of California Into the Union, Volume 9, Statutes at Large, Page 452.]

[14] "The people of this state do not yield their sovereignty to the agencies which serve them." California Government Code, Sections 11120 and 54950

[15] The record does not show that any objection to the status or forum was asserted.

*~ The Superior Court of Record ~*

1   is a court of record.[17]   The defendants were duly[18] served through
    their attorney.   Defendants defaulted.

2
3   5.   This court comes now to enter final judgment on the defaults, and
    to order defendants and magistrate to show cause, if any there be,
    why these judgments should be rescinded or modified.

4
5   6.   This court concludes that because of the plaintiffs' status as a
    people,[19] his counterclaim[20] regarding injury (for trespass), the
    defendants were properly served, and the defendants defaulted; this

6
7
8
_____

[16] "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects....with none to govern but themselves....." [Chisholm v. Georgia (US) 2 Dall 419, 454, 1 L Ed 440, 455 @ DALL (1793) pp 471-472.]

[17] California 1879 Constitution, Article 6, Section 1, "The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record."

COURT OF RECORD: To be a court of record a court must have four characteristics, and may have a fifth. They are:
    1.   A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it. [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426]
    2.   Proceeding according to the course of common law. [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426]
    3.   Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph.  Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]
    4.   Has power to fine or imprison for contempt. [3 Bl. Comm. 24; 3 Steph.  Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231; Black's Law Dictionary, 4th Ed., 425, 426]
    5.   Generally possesses a seal. [3 Bl. Comm. 24; 3 Steph.  Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231; Black's Law Dictionary, 4th Ed., 425, 426]

[18] "According to law in both form and substance.  Welborn v. Whitney, 190 Okl. 630, 126 P.2d 263, 266; Cromwell v. Slaney, C.C.A.Mass., 65 F.2d 940, 941; Zechiel v. Firemen's Fund Ins. Co., C.C.A.Ind., 61 F.2d 27, 28.

[19] "The people of this state do not yield their sovereignty to the agencies which serve them." California Government Code, Sections 11120 and 54950

[20] The Plaintiff has chosen to exercise his powers directly rather than through his representatives.
"REPUBLICAN GOVERNMENT: One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated." [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v.  Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627; Black's Law Dictionary, Fifth Edition, p. 626.]
"Whereas, the people of California have presented a constitution [1849]...and which, on due examination, is found to be republican in its form of government...." [Act [of Congress] for the Admission of California Into the Union, Volume 9, Statutes at Large, Page 452.]

-4-

*The Superior Court of Record*

court has jurisdiction over the subject matter and in personam, and may proceed to judgment.[21]

## III.
## FACTS

7.  The following uncontested facts are taken from the plaintiff's verified counterclaim.  No opposing facts were submitted to the court by any of the defendants.  The facts of the case, by reason of defendants' defaults, are fully admitted by the defendants.

8.  Counterplaintiff Jeffery Jackson Lind[22] (hereinafter "plaintiff") was traveling in his right.

9.  Robert Ortega (I.D./Badge #0999) of the Guadalupe Police Department was the arresting officer.  He, with no good cause and without jurisdiction, deprived plaintiff of his liberty.  The officer ignored plaintiff's obvious superior jurisdiction, arrested him, took his personal property and incarcerated him against his will.  Ortega was approximately eight (8) miles outside his actual territorial jurisdiction.

10.  Jesse Garcia (I.D./Badge #20894) of the Santa Maria Police Department, with no good cause and without jurisdiction, assisted Robert Ortega to deprived plaintiff of his liberty and personal property.  The officer ignored plaintiff's obvious superior jurisdiction, assisted in his arrest to take his personal property and incarcerated him against his will.  Garcia was approximately five (5) miles outside his actual territorial jurisdiction.

11.  Vicki Ponce(I.D./Badge #1423) of the Santa Barbara Sheriffs Department, having no good cause, no prima facia evidence of an injury having occurred and without jurisdiction, assisted the arresting officer Robert Ortega, executed a citation against plaintiff to deprived plaintiff his liberty and personal property. The officer ignored plaintiff's obvious superior jurisdiction, assisted in his arrest to take his personal property and incarcerated him against his will.  None of the defendants were injured:  they lost no property and they lost no money.  Nor were they at any time at risk of losing any money or property.

12.  From that point onward there was a cadre of persons deaf and blind to the plaintiff's objections to their jurisdiction, and

---

[21] "A court, after overruling a general demurrer to a complaint on the ground that it does not state a cause of action, may in its discretion enter final judgment on the demurrer; Alley v. Nott, 111 U.S. 472, 4 Sup. Ct. 495, 28 L.Ed. 491." 1 Bouvier's Law Dictionary unabridged, 840

[22] "Prior to the adoption of this amendment, strictly speaking, there were no citizens of the United States, but only some one of them. Congress had the power to establish an uniform rule of naturalization," but not the power to make a naturalized alien a citizen of any state. But the states generally provided that such persons might, on sufficient residence therein, become citizens thereof, and then the courts held, *ab convenienti*, rather than otherwise, that they became *ipso facto* citizens of the United States." *Sharon v. Hill*, (1885) 26 F 337, 343.

1   willing to move, under color of law, against him even though no one
    had been injured nor was there any risk of injury.
2
    13.   The sum of their entire position appears to be an act of
3   prejudice against a free white person[23] that enjoys superior
    jurisdiction in his country as opposed to his kidnappers, the
4   defendants, according to his guaranteed Constitutional rights.

5   14.   At no time did anyone of the defendants give any attention to
    plaintiff's obvious superior jurisdiction or objections to their
6   jurisdiction, but continued to assume (without proof) the
    jurisdiction and each acted in concert to aggravate the incarceration
7   of the plaintiff despite having no lawful jurisdiction to assist in
    the deprivation of the freedom of this plaintiff.
8
    15.   With no other options open[24] to him, plaintiff, a people of
9   California, sued in this court of record.

10  16.   All of the defendants defaulted.

11
                                    IV.
12                          CONCLUSIONS OF LAW

13  17.   It now falls upon this court to apply the law to facts germane
    to the claim.
14
    18.   The principle issue before this court of record is whether or
15  not the defendants, each of them, and their courts, acquired proper
    jurisdiction over the plaintiff.  If they acquired proper
16  jurisdiction, then the plaintiff has no case.  On the other hand, if
    there is no jurisdiction, the defendants, by their acts, each of them
17  has acquired an obligation to the plaintiff.

18

19  _____
    [23] "...in order to become a citizen one must be a free white person" [United States Statutes at Large, Vol. 2, Chap. XXVIII
20  (28), published on pages 153, 154 and 155 approved on April 14, 1802]

21  [24] In the decision of Poindexter v. Greenhow, 114 U.S. 270 (1885), the Court, after observing that "the distinction between
    the government of a State and the State itself is important, and should be observed," id., at 290, wrote:  "This distinction is
22  essential to the idea of constitutional government. To deny it or blot it out obliterates the line of demarcation that separates
    constitutional government from absolutism, free self-government based on the sovereignty of the people from that
23  despotism, when this of the one or the many, which enables the agent of the State to declare and decree that he is the State;
    to say `L'Etat c'est moi.' Of what avail are written constitutions whose bills of right for the security of individual liberty
24  have been written, too often, with the blood of martyrs shed upon the battlefield and the scaffold, if their limitations and
    restraints upon power may be overpassed with impunity by the very agencies created and appointed to guard, defend, and
25  enforce them; and that, too, with the sacred authority of law, not only compelling obedience, but entitled to respect? And
    how else can these principles of individual liberty and right be maintained, if, when violated, the judicial tribunals are
26  forbidden to visit penalties upon individual offenders, who are the instruments of wrong, whenever they interpose the shield
    of the State? The doctrine is not to be tolerated. The whole frame and scheme of the political institutions of this country,
27  State and Federal, protest against it. Their continued existence is not compatible with it. It is the doctrine of absolutism,
    pure, simple, and naked . . . ." Id., at 291. See also Gibbons, The Eleventh Amendment and State Sovereign Immunity: A
28  Reinterpretation, 83 Colum. L. Rev. 1889 (1983).

                                   -6-

~ The Superior Court of Record ~

19.   The sovereign People of the State of California established the State Constitution (1879).[25]   The California Legislature twice admonishes through the California Government Code that the people of this State do not yield their sovereignty to the agencies which serve them; The people insist on retaining control over the instruments they have created.[26]   That implies that the instruments (agencies) they have created may not control the people.

20.   The California Constitution (1879) mandates that all California courts are courts of record.[27]   One of the five characteristics of a court of record is that it is proceeding according to the course of the common law.[28]   A California superior court is a fully empowered court with unlimited jurisdiction, proceeding according to the course of common law.   A court proceeding under any other direction is a "nisi prius"[29] or "inferior court".[30]   "The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court may be shown not to have had power to render a particular judgment by reference to its record."[31]   "But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be."[32]   "And if at a later time its acts are shown to have been in excess of the power conferred upon it or without the limits of this special jurisdiction, such acts are nugatory and have no binding effect, even

---

[25] "We, the People of the State of California, grateful to Almighty God for our freedom, in order to secure and perpetuate its blessings, do establish this Constitution." California Constitution, Preamble

[26] "The people of this State do not yield their sovereignty to the agencies which serve them... The people insist on remaining informed so that they may retain control over the instruments they have created." California Government Code, §54950. See also §11120

[27] California Constitution, Article 6, §1. The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record.

[28] California 1879 Constitution, Article 6, Section 1, "The judicial power of this State is vested in the Supreme Court, courts of appeal, superior courts, and municipal courts, all of which are courts of record."
Court of Record:: To be a court of record a court must have four characteristics, and may have a fifth. They are:...2. Proceeding according to the course of common law. [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; Black's Law Dictionary, 4th Ed., 425, 426]

[29] A "nisi prius court" is a court which will proceed unless a party objects.   The failure to object grants jurisdiction to proceed.

[30] "Inferior courts" are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law. Ex parte Kearny, 56 Cal. 212; Smith v. Andrews, 6 Cal. 652; 7 Cal.Jur. 578
[31] Ex parte Kearny, 55 Cal. 212; 7 Cal.Jur 579

[32] Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barratt, 5 Cal. 195; 7 Cal. Jur. 579

ENTRY OF DEFAULT; JUDGMENT

*~ The Superior Court of Record ~*

1    upon those who have invoked its authority or submitted to its
2    decision."[33]

3    **21.    All parties (plaintiff and defendants of default) agree on the
     facts:   In case (Superior Court of California, County of Santa
     Barbara, PEOPLE OF THE STATE OF CALIFORNIA vs. JEFFERY JACKSON LIND,
4    case number 1350711) plaintiff timely objected to court's
     jurisdiction.   Inspection of the court docket sheets shows a written
5    refusal on the part of the defendant in the above named court's case
     to contract with anyone. Further inspection of the court docket
6    sheets and minute orders show that the court proceeded not in
     accordance with the common law; they proceeded in accordance with the
7    special rules (codes) handed them by legislature, namely the rules of
     the Penal Code, etc.  By their procedures they recast themselves as
8    inferior courts instead of constitutional superior courts of record.
     Because plaintiff timely objected, inferior-court jurisdiction was
9    not properly acquired.   Without a "contract" (actual or implied)
     there is no authorization to proceed, other than in a court of record
10   proceeding according to the course of the common law.[34]**

11   **22.    There is no presumption in favor of the validity of the
     judgments of an inferior court.[35]   Such judgments are subject to
12   collateral attack.[36]   "[I]f at a later time its acts are shown to
     have been in excess of the power conferred upon it or without the
13   limits of this special jurisdiction, such acts are nugatory and have
     no binding effect, even upon those who have invoked its authority or
14   submitted to its decision." [37]**

15   **23.    Plaintiff Jeffery Jackson Lind is one of the People of the State
     of California.   He holds no grievance against himself.    The
16   legislature has instructed the courts through the Government Code**

---

17   [33] Estate of Sutro, 143 Cal. 487, 77 Pac. 402; Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Long v. Superior
18   Court, 102 Cal. 449, 36 Pac. 807; Neary v. Godfrey, 102 Cal. 338, 36 Pac. 655; Smith v. Westerfield, 88 Cal. 374, 26 Pac.
     206; Umbarger v. Chaboya, 49 Cal. 525; 7 Cal.Jur. 579

19   [34] Rhetorically, the questions could be asked:  Is it an act of treason when a public official takes unlawful dominion over the
20   sovereign People of the United States?  Could such state officials be prosecuted under 18 USC 242 which makes it a federal
     crime to deprive or conspire to deprive, under color of law, any person of his rights?

21   [35] Ex parte Kearny, 55 Cal. 212; 7 Cal.Jur 579

22   [36] "...a superior court may be shown not to have had power to render a particular judgment by reference to its record."  Ex
     parte Kearny, 55 Cal. 212; 7 Cal.Jur. 579
23   "The case of Ritchie v. Sayers (C. C.), 100 Fed. 520, involved a collateral attack on a judgment, and the court after referring
24   to the rule as generally stated in the books, namely, that the judgment of a court having jurisdiction of the parties and the
     subject-matter of the action is conclusive and cannot be collaterally called into question, said: 'That may be conceded, but
25   the question is, did it have jurisdiction to enter the particular decree and judgment that it did enter? As we have before seen,
     we reach the conclusion that the particular judgment could not be entered; and it is a well-settled principle that, although a
26   court may have jurisdiction of a case, yet, if it appears from the record that it did not have jurisdiction to enter the particular
     decree and judgment, it may be collaterally attacked.'" Michael v. Williams, 13 Cal.App.2d 198, 200, 201

27   [37] Estate of Sutro, 143 Cal. 487, 77 Pac. 402; Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Long v. Superior
28   Court, 102 Cal. 449, 36 Pac. 807; Neary v. Godfrey, 102 Cal. 338, 36 Pac. 655; Smith v. Westerfield, 88 Cal. 374, 26 Pac.
     206; Umbarger v. Chaboya, 49 Cal. 525; 7 Cal.Jur. 579

**ENTRY OF DEFAULT; JUDGMENT**

1  that the people do not yield their sovereignty.  They exceeded their
2  jurisdiction when they acted as an inferior court, their acts in
   excess of the power conferred upon them and knowingly asserted their
3  inferior jurisdiction over one of the people of California.

4  24.  In this case, there is no authority for the public servants to
   take command over the sovereignty of the foreign State.  Every person
5  who heard and ignored the objections, and failed to inquire further,
   and failed to change his behavior, must answer for the injury to the
6  plaintiff.  This is especially so when none of the defendants
   suffered no injury.

7  25.  The City of Santa Maria and the City of Guadalupe were not
   served.  They are each dismissed without prejudice.  All other
8  defendants are represented by the deputy district attorney.  The
   deputy district attorney was duly served on their behalf.
9
10 26.  On October 20, 2010, Brian D. Johnson appeared on behalf of the
   defendants and was in control of the proceedings, as a "deputy
11 district attorney" and had the discretionary power to not proceed in
   the inferior court not of record and chose to exercise that power and
12 remain silent[38] following plaintiff's challenge of the court's
   jurisdiction.  The county district attorney took the lawful approach
13 and did not answer to the challenge and activated estoppel.[39]  At
   that point, the case (Superior Court of California, County of Santa
14 Barbara, PEOPLE OF THE STATE OF CALIFORNIA vs. JEFFERY JACKSON LIND,
   case number 1350711) ceased to exist.  Accordingly, the plaintiff has
15 no further grievance with Santa Barbara County and therefore, Santa
   Barbara County is dismissed without prejudice.
16
   27.  Santa Barbara County Sheriff's Department, Santa Maria Police
17 Department, Guadalupe Police Department, Vicki Ponce, Jesse Garcia
   and Robert Ortega, defendants in this case, each defaulted.
18
   28.  In general there is no direct evidence that each defendant is
19 the agent and bailee of the other.  Nor is there any direct evidence
   that the defendants conspired together.  But the actions of each of
20 the defendants show a pattern to the court that each defendant worked
   toward the common goal of depriving liberty and incarcerating the
21 plaintiff under color of law.

22 29.  By their default, Santa Barbara County Sheriff's Department,
   Santa Maria Police Department, Guadalupe Police Department, Vicki
23 Ponce, Jesse Garcia and Robert Ortega admit no personal injury.  He
   who consents to an act is not wronged by it.[40]  Because they
24 consented to depriving plaintiff his liberty, they could not have
   been wronged by any act of deprivation of plaintiff's liberty.  Those
25 seven defendants lost neither money nor property.  Further, they were
26
27 _____
   [38] ...beyond that reasonable deadline, your silence will activate estoppel... [Carmine v. Bowen]
   [39] ...beyond that reasonable deadline, your silence will activate estoppel... [Carmine v. Bowen]
28 [40] California Civil Code, §3515, Maxim

not at risk of losing either money or property or anything else.[41]
It is a well established principle of law that where there is no
injury there can be no liability.

30.    Defendants, Santa Barbara County Sheriff's Department, Santa
Maria Police Department, Guadalupe Police Department, Vicki Ponce,
Jesse Garcia and Robert Ortega, each, at any time, could have stopped
the deprivation of liberty of the plaintiff, however, they all
breached their duty[42] and chose to not act pursuant to that duty to
protect the plaintiff.    Each defendant played an integral and vital
part so that the remaining actors were in a position to affect the
plaintiff, and each provided a critical link in the chain exposing
the plaintiff to the actors who deprived him of his liberty.    Thus,
each is vicariously liable for each instance of injury to the
plaintiff.[43]

31.    The corporate State of California is not a defendant in this
case and did not step forward in behalf of any of the defendants.    In
their failure to answer[44] the counterclaim, defendants admitted the
facts and are to be charged with the responsibility for their acts.
If defendants would have had lawful jurisdiction over the plaintiff,
the case would be different.    However, their acts were ultra vires.
None presented any evidence that their acts were authorized by
policy, law, or contract.    All of their acts were in spite of obvious
jurisdiction and the timely objections of the plaintiff.    As inferior
courts they did not obtain proper jurisdiction.

32.    Further, the "court" by which they invoke claim of their
immunity is not a true court of record.    At best, arguendo, it could
be an inferior court.    "Inferior courts are those whose jurisdiction
is limited and special and whose proceedings are not according to the
course of the common law."[45]    Defendants ignored the objection to
their jurisdiction by plaintiff.    To ignore the objection is to act
in excess of the limits[46] of the special jurisdiction.    To proceed is

---

[41] "Private transactions are fair and regular." California Civil Code, §3545,

[42] Duty of Care: n. a requirement that a person act toward others and the public with the watchfulness, attention, caution and prudence that a reasonable person in the circumstances would use. If a person's actions do not meet this standard of care, then the acts are considered negligent, and any damages resulting may be claimed in a lawsuit for negligence.

[43] The purpose of imposing vicarious liability is to insure the costs of injuries resulting from defective actions are placed on the source of the actions and others who make the actions possible rather than on injured persons who are powerless to protect themselves. For a defendant to be vicariously liable it must play an integral and vital part in the overall production and promotion activity so that the actor is in a position to affect others or, at the very least, it must provide a link in the chain of exposing the ultimate victim to the actor. The vicariously liable counterdefendant must be in the business of controlling, leasing, bailing, or licensing the actors.

[44] ...beyond that reasonable deadline, your silence will activate estoppel... [Carmine v. Bowen]

[45] Ex parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652

[46] "The people of this state do not yield their sovereignty to the agencies which serve them." California Government Code, §11120 and §54950

~ *The Superior Court of Record* ~

to violate the prohibition against slavery[47].  "Whenever a want of jurisdiction is suggested...it is the duty of the court to consider it, for if the court is without jurisdiction, it is powerless to act in the case."[48]

33.  Immunity for unlawful acts does not exist in a true court of record.  Nor does immunity exist in a special court when it acts outside of its jurisdiction.[49]  There is "inherent in every court of record the power to afford a remedy for any injury done by its officers or by reason of its process or judgments."[50]  But, that does not apply here because the special court is not a court of record.  Instead, as admitted by the defendants, the defendants simply proceeded without lawful jurisdiction.  In other words, the defendants, on their own authority, under color of law, asserted unlawful jurisdiction over the plaintiff who would not voluntarily yield his sovereignty[51] to them.[52]

34.  On October 20, 2010, Brian D. Johnson appeared in the above named court not of record on behalf of the defendants and was in control of the proceedings as a "deputy district attorney" and, upon challenge of the court's jurisdiction by plaintiff, had the discretion not to proceed in the inferior court not of record and chose to exercise that discretion and remained silent[53] to avoid act of treason.[54] He submitted to the challenge and did not answer though

---

[47] California Constitution, Article 1, §6.  Slavery is prohibited.

[48] Cochrane v. W. F. Potts Son & Co. (C.C.A. 5th) 47 F. (2d) 1026, citing R. C. L.; People v. Shaw, 81 Cal. App. 312, 253 P. 747, citing R. C. L.; 14 Am.Jur. 385

[49] In a special court immunity does not exist when constitutionally protected rights are violated, when jurisdiction is exceeded, or when the scope of employment is exceeded.

[50] Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210.

[51] "The people of this state do not yield their sovereignty to the agencies which serve them." California Government Code, §11120 and §54950

[52] Rhetorically, the question could be asked, "Is it an act of treason for a public official to take unlawful dominion over the sovereign People of California?  Could such state officials be prosecuted under 18 USC 242 which makes it a federal crime to deprive or conspire to deprive, under color of law, any person of his rights."

[53] ...beyond that reasonable deadline, your silence will activate estoppel... [Carmine v. Bowen]

[54] "It is most true that this Court will not take jurisdiction if it should not: but it is equally true, that it must take jurisdiction if it should. The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines of the constitution. We cannot pass it by because it is doubtful. With whatever doubts, with whatever difficulties, a case may be attended, we must decide it, if it be brought before us. We have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the constitution. Questions may occur which we would gladly avoid; but we cannot avoid them. All we can do is, to exercise our best judgment, and conscientiously to perform our duty. In doing this, on the present occasion, we find this tribunal invested with appellate jurisdiction in all cases arising under the constitution and laws of the United States. We find no exception to this grant, and we cannot insert one." Cohens v. Virginia, 19 U.S. 264, 404, 5 L.Ed. 257, 6 Wheat. 264 (1821)

"Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason." U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

ENTRY OF DEFAULT; JUDGMENT

~ The Superior Court of Record ~

1 the magistrate[55] committed a "chose in action" disregarding the
challenge of the inferior court's jurisdiction. Accordingly, the
2 deputy district attorney acknowledged the plaintiff's superior
jurisdiction. His continued silence since 30 plus days ago has
3 activated estoppel[56]. There was no other lawful representative for
the defendants in the court room. The matter of superior
4 jurisdiction was lawfully concluded to be in the favor of the
plaintiff at that point by the deputy district attorney.

5

6 35. Robert Ortega (I.D./Badge #0999) was the "arresting officer":
More than anyone, he had the opportunity to protect one of the people
7 of California. Rather than be a public peace keeper he metamorphosed
into the role of enforcer of private interests. He, with no good
8 cause, assumed jurisdiction, deprived plaintiff of his liberty,
arrested him, took his personal property and incarcerated him against
9 his will, acting eight (8) miles outside his lawful territorial
jurisdiction.

10 36. GUADALUPE POLICE DEPARTMENT is #0999 Ortega's employer: As much
as anyone, the employer of #0999 Ortega had the duty, obligation and
11 the opportunity to protect one of the people of California and
reprimand #0999 Ortega for his unlawful acts. Rather than excersing
12 their non-discretionary duty to reprimand #0999 Ortega for his
unlawful acts, they instead acted in concert with their employee,
13 #0999 Ortega, and for no good cause, assumed jurisdiction, deprived
plaintiff of his liberty, arrested him, took his personal property
14 and incarcerated him against his will.

15 37. Jesse Garcia (I.D./Badge #20894) was the "assisting arresting
officer": As much as anyone, he had the opportunity to protect one of
16 the people of California. Rather than be a public peace keeper he
metamorphosed into the role of enforcer of private interests and
17 acted in concert with Ortega and for no good cause, assumed
jurisdiction, deprived plaintiff of his liberty, arrested him, took
18 his personal property and incarcerated him against his will, acting
approximately five (5) miles outside his lawful territorial
19 jurisdiction.

20 38. SANTA MARIA POLICE DEPARTMENT is #20894 Garcia's employer: As
much as anyone, the employer of #20894 Garcia had the duty,
21 obligation and the opportunity to protect one of the people of
California and reprimand #20894 Garcia for his unlawful acts. Rather
22 than excercise their non-discretionary duty to reprimand #20894
Garcia for his unlawful acts, they instead acted in concert with
23 their employee, #20894 Garcia, and for no good cause, assumed
jurisdiction, deprived plaintiff of his liberty, arrested him, took
24 his personal property and incarcerated him against his will.

25 _____

26 [55] "Ministerial officers are incompetent to receive grants of judicial power from the legislature; their acts in attempting to
exercise such powers are necessarily nullities." *Burns* v. *Sup. Ct.*, SF, 140 Cal. 1.*

27 [56] Estoppel in its broadest sense is a legal term referring to a series of legal and equitable doctrines that preclude "a person
from denying or asserting anything to the contrary of that which has, in contemplation of law, been established as the truth,
28 either by the acts of judicial or legislative officers, or by his own deed, acts, or representations, either express or implied."

~ The Superior Court of Record ~

39.  Vicki Ponce (I.D./Badge #1423) was the "citing and booking officer": As much as anyone, she had the opportunity to protect one of the people of California.  Rather than be a public peace keeper she metamorphosed into the role of enforcer of private interests and acted in concert with #0999 Ortega and #20894 Garcia, and for no good cause, assumed jurisdiction, deprived plaintiff of his liberty, booked him, took his personal property and incarcerated him against his will.

40.  SANTA BARBARA SHERIFFS DEPARTMENT is #1423 Ponce's employer: As much as anyone, the employer of #1423 Ponce had the duty, obligation and the opportunity to protect one of the people of California and reprimand #1423 Ponce for her unlawful acts.  Rather than exercise their non-discretionary duty to reprimand #1423 Ponce for her unlawful acts, they instead acted in concert with their employee, #1423 Ponce, and for no good cause, assumed jurisdiction, deprived plaintiff of his liberty, arrested him, took his personal property and incarcerated him against his will.

## V.
## JUDGMENT

THE COURT ADJUDGES AS FOLLOWS:

41.  Superior Court of California, on and for the County of Santa Barbara, in regards to PEOPLE OF THE STATE OF CALIFORNIA vs. JEFFERY JACKSON LIND, case number 1350711, as noted above, is an inferior court without jurisdiction over Jeffery Jackson Lind. [57]  Its acts are nugatory and have no binding effect. [58]  The records of said inferior court not of record are impeached for want of jurisdiction in the Court or judicial officers. [59]

42.  The City of Santa Maria and the City of Guadalupe were not served, therefore they are dismissed from this case without prejudice.

43.  The deputy district attorney responded to the challange of jurisdiction with silence, activating estoppel on the case, and plaintiff retains no further grevience for Santa Barbara County, therefore Santa Barbara County is dismissed from this case without prejudice.

---

[57] "The people of this State do not yield their sovereignty to the agencies which serve them... The people insist on remaining informed so that they may retain control over the instruments they have created."  California Government Code, §54950. See also §11120

[58] Estate of Sutro, 143 Cal. 487, 77 Pac. 402; Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Long v. Superior Court, 102 Cal. 449, 36 Pac. 807; Neary v. Godfrey, 102 Cal. 338, 36 Pac. 655; Smith v. Westerfield, 88 Cal. 374, 26 Pac. 206; Umbarger v. Chaboya, 49 Cal. 525; 7 Cal.Jur. 579

[59] "A judgment which is void upon its face, and which requires only an inspection of the judgment roll to demonstrate its want of vitality is a dead limb upon the judicial tree, which should be lopped off, if the power so to do exists." (People v. Greene, 74 Cal. 400 [16 P. 197, 5 Am.St.Rep. 448].) Michael v. Williams, 13 Cal.App.2d 198, 199 (1936)

*~ The Superior Court of Record ~*

44. **Defendants Santa Barbara County Sheriff's Department, Santa Maria Police Department, Guadalupe Police Department, Vicki Ponce, Jesse Garcia and Robert Ortega, have acted arbitrarily and capriciously, have abused their discretion, and have acted not in accordance with law, but under color of law.**

45. **Each of defendants' employers, Santa Barbara County Sheriff's Department, Santa Maria Police Department and Guadalupe Police Department, are independently liable for the unlawful acts of their own employee, and likewise are each liable to Plaintiff Jeffery Jackson Lind for damages caused by such employees to him for the actual time he was unlawfully incarcerated in the amount of Nine Hundred Thousand Dollars ($900,000)** [60]

46. **Defendants Vicki Ponce, Jesse Garcia and Robert Ortega, for knowingly depriving Jeffery Jackson Lind of his liberty, property and failing to recognize their inferior jurisdiction and act pursuant to their sworn duty to protect him, each shall be liable to Jeffery Jackson Lind for Five Thousand Dollars and no cents ($5,000) for each day** [61] **until the actual "date" the records of said inferior court not of record are impeached for want of jurisdiction in the Court or judicial officers.** [62]

47. **The STATE OF CALIFORNIA DEPARTMENT OF MOTOR VEHICLES shall grant the wish of Jeffery Jackson Lind, to "travel" in his cars, vans, trucks, motorcycles without a DMV issued License, as long as he is not getting paid to transport people or cargo while traveling, i.e. engaged in commerce, and shall immediately return his California I.D. to him.**

48. **Defendants are enjoined from interfering in any way with counterclaimant's lawful right to negotiate and enter into contracts;**

## VI.
### FRCP RULE 59(e)
### RECONSIDERATION OF JUDGMENT

49. **PLEASE TAKE NOTICE: In accordance with Rule 59(e)** [63] **of the Federal Rules of Civil Procedure any party may move for**

---

[60] TREZEVANT v. CITY OF TAMPA, 741 F.2d 336 (11th Cir. 1984)
(total number minutes @ 7.5 hours = 450 minutes x $2,010.87 [$1,0870.00/min. x 1.85 "CPI" correction factor since 1984] = $904,891.50)

[61] Date beginning September 18th of 2010, the date defendants deprived plaintiff his liberty.

[62] "A judgment which is void upon its face, and which requires only an inspection of the judgment roll to demonstrate its want of vitality is a dead limb upon the judicial tree, which should be lopped off, if the power so to do exists." (People v. Greene, 74 Cal. 400 [16 P. 197, 5 Am.St.Rep. 448].) Michael v. Williams, 13 Cal.App.2d 198, 199 (1936)

[63] Federal Rules of Civil Procedure, Rule 59(e) Motion to Alter or Amend Judgment. Any motion to alter or amend a judgment shall be filed no later than 10 days after entry of the judgment.

~ *The Superior Court of Record* ~

1 | reconsideration of judgment within 10 days of entry of judgment.[64]
The court, mindful of the rights of the parties and the importance of
2 | fair play, will liberally construe the arguments presented.

3 | **THE COURT**

4 | **WITNESS:   The SEAL of the COURT this 23th day of November, 2010**

5

6

7 | By _Jeffery Jackson Lind_

8 | Jeffery Jackson Lind
   Tribunal

9

10 | Clerk

11 | Copy of ORDER sent to:

12 | "deputy district attorney"

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
28

_The Superior Court of Record_

---

[64] The organic law is the Constitution of Government, and is altogether written. Other written laws are denominated statutes. The written law of this State is therefore contained in its Constitution and statutes, and in the Constitution and statutes of the United States. California Code of Civil Procedure, § 1897

**ENTRY OF DEFAULT; JUDGMENT**

# Exhibit "B"

1  Jeffery Jackson Lind, Sui Juris
   284 Wilson Drive
2  Santa Maria [93455]
   Republic of California
3  (805) 937-4195

4  All Rights Retained

5  Attornatus Privatus

```
                              F I L E D
                      SUPERIOR COURT of CALIFORNIA
                        COUNTY of SANTA BARBARA

                          NOV 1 9 2010

                  GARY M. BLAIR, Executive Officer
                  BY
                      V. GARIBAY, Deputy Clerk
```

6

7

8

9

10                 **Superior Court of California**

11             **on the county of Santa Barbara**

12

13  Jeffery Jackson Lind,                )  CASE NO.   1350711
                     Counterclaimant,    )
14                                       )  WRIT OF ERROR QUAE CORAM
                     v.                  )  NOBIS RESIDANT RE
15                                       )  ROGELIO FLORES, JED BEEBE;
    THE PEOPLE OF THE STATE OF           )
16  CALIFORNIA, et al.                   )  ORDER TO SHOW CAUSE
                                         )
17                   Counterdefendants.  )
                                         )
18                                       )
                                         )
19  -----------------------------------------------------------------

20

21  1.   THE COURT COMES NOW, ON ITS OWN MOTION, TO review the facts,

22  record, and process resulting in the order entitled *CRIMINAL MINUTE*

    *ORDER - ARRAIGNMENT ON CONTRACT* and filed October 20, 2010[1] by
23
    *ROGELIO FLORES*; AND in the order entitled *CRIMINAL MINUTE ORDER -*
24
    *S&B/SETTLEMENT CONFERENCE* and filed October 27, 2010 by *JED BEEBE*.
25

26

27
    ─────────────────────────
28  [1] Not to be confused with the proposed order filed in the court of record for the Magistrate to sign, an ORDER
    DISMISSING Case no. 1350711 for lack of jurisdiction and for lawful cause, such cause, acts of treason.

                              -1-
─────────────────────────────────────────────────────────
WRIT OF ERROR - FLORES - BEEBE
```

*The Superior Court of Record*

1

**SUMMARY**

2

3   2.   On October 20, 2010, at 8:30am, in Department 3, the above-

4   entitled court of record convened to challenge jurisdiction.

5   Contrary to the requirements of the court of record, the magistrate

6   assumed the mantel of a tribunal and proceeded independently.  The

7   purpose of this writ is to restore the orderly decorum of the court

8   and to correct defective impromptu process and usurpation of

9   legislative and court powers taken by the magistrate without leave

10  of court.   Again, on October 27, 2010, at 8:30am, in Department 7,

11  the above-entitled court of record convened.   Contrary to the

12  requirements of the court of record, the magistrate assumed the

13  mantel of a tribunal and proceeded independently.   The purpose of

14  this writ is to restore the orderly decorum of the court and to

15  correct defective impromptu process and usurpation of legislative

16  and court powers taken by the magistrate without leave of court.

17

18  3.   As we have stated before, this court has great admiration for

19  the magistrates.   Their training, experience, and wisdom are of

20  great value in guiding this court toward a just resolution of

21  issues.

22

23  4.   But, we are mindful of the wisdom of Thomas Jefferson when he

24  commented, "We all know that permanent judges acquire an esprit de

25  corps; that, being known, they are liable to be tempted by bribery;

26  that they are misled by favor, *by relationship*, by a spirit of

27  party, by a devotion to the executive or legislative; that it is

28

_The Superior Court of Record_

-2-

WRIT OF ERROR - FLORES - BEEBE

*The Superior Court of Record*

1  better to leave a cause to the decision of cross and pile[2] than to

2  that of a judge biased to one side."[3]

3

4  5.   It is, in part, with that inspiration that this court is

5  established as a court of record.

6

7                              DETAIL

8

9  6.   The following is organized into three sections:

10

11        I.   Judicial cognizance

12       II.   Findings of fact, Discussion and Conclusions of Law

13      III.   Impeachment and Writ

14

15                                I.

16                        Judicial Cognizance

17

18  7.   As in prior hearings, this court takes judicial cognizance of

19  and decrees the following:

20

21  8.   JUDICIAL COGNIZANCE.   Judicial notice, or knowledge upon which

22  a judge is bound to act without having it proved in evidence.

23  [Black's Law Dictionary, 5th Edition, page 760.]

24  9.   The sovereignty of the state resides in the people thereof...

25  [California Government Code, Section 100(a)]

26
---
27  [2] Cross and pile:  a coin flip

28  [3] Thomas Jefferson to Abbe Arnoux, 1789. Papers, 15:283

WRIT OF ERROR - FLORES - BEEBE

10.   The people of this state do not yield their sovereignty to the agencies which serve them.   [California Government Code, Sections 11120 and 54950.]

11.   Laws, whether organic or ordinary, are either written or unwritten.   [California Code of Civil Procedure, Section 1895.]

12.   A written law is that which is promulgated in writing, and of which a record is in existence.   [California Code of Civil Procedure, Section 1896]

13.   The organic law is the Constitution of Government, and is altogether written.   Other written laws are denominated statutes. The written law of this State is therefore contained in its Constitution and statutes, and in the Constitution and statutes of the United States.   [California Code of Civil Procedure, Section 1897]

14.   Any judicial record may be impeached by evidence of a want of jurisdiction in the Court or judicial officer, of collusion between the parties, or of fraud in the party offering the record, in respect to the proceedings.   [California Code of Civil Procedure, Section 1916]

15.   ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but

-4-

themselves.....    [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.]

16.   The very meaning of 'sovereignty' is that the decree of the sovereign makes law. [American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

17.   The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative.   [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

18.   A consequence of this prerogative is the legal *ubiquity* of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice. (Fortesc.c.8. 2Inst.186)   His judges are the mirror by which the king's image is reflected.   1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

19.   ....This declaration of rights may not be construed to impair or deny others retained by the people.   [California Constitution, Article 1, Declaration Of Rights Sec. 24.]

20.   The state cannot diminish rights of the people.   [Hertado v. California, 100 US 516.]

WRIT OF ERROR — FLORES — BEEBE

*The Superior Court of Record*

The Superior Court of Record

21.   The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice. [Davis v. Wechsler, 263 US 22, 24.]

22.   Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. [Miranda v. Arizona, 384 US 436, 491.]

23.   There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights.   [Sherer v. Cullen, 481 F 946.]

24.   Whereas, the people of California have presented a constitution....and which, on due examination, is found to be republican in its form of government....   [Act [of Congress] for the Admission of California Into the Union, Volume 9, Statutes at Large, Page 452.]

25.   Republican government.  One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated.  [In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth Edition, p. 626.]

26.   The State of California is an inseparable part of the United

WRIT OF ERROR – FLORES – BEEBE

*The Superior Court of Record*

1   States of America, and the United States Constitution is the

2   supreme law of the land.   [California Constitution, Article 3, Sec.

3   1.]

4

5   27.   This Constitution, and the Laws of the United States which

6   shall be made in Pursuance thereof; and all Treaties made, or which

7   shall be made, under the Authority of the United States, shall be

8   the supreme Law of the Land; and the Judges in every State shall be

9   bound thereby; any Thing in the Constitution or Laws of any State

10  to the Contrary notwithstanding.   [Constitution for the United

11  States of America, Article VI, Clause 2.]

12

13  28.   COURT.   The person and suit of the sovereign; the place where

14  the sovereign sojourns with his regal retinue, wherever that may

15  be.   [Black's Law Dictionary, 5th Edition, page 318.]

16

17  29.   COURT.   An agency of the sovereign created by it directly or

18  indirectly under its authority, consisting of one or more officers,

19  established and maintained for the purpose of hearing and

20  determining issues of law and fact regarding legal rights and

21  alleged violations thereof, and of applying the sanctions of the

22  law, authorized to exercise its powers in the course of law at

23  times and places previously determined by lawful authority.

24  [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law

25  Dictionary, 4th Edition, page 425]

26

27

28

WRIT OF ERROR - FLORES - BEEBE

30.   COURT OF RECORD.   To be a court of record a court must have four characteristics, and may have a fifth.   They are:

A.   A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

B.   Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

C.   Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony.   [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

D.   Has power to fine or imprison for contempt.   [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher,

*The Superior Court of Record*

WRIT OF ERROR - FLORES - BEEBE

C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229,
231.][Black's Law Dictionary, 4th Ed., 425, 426]

   E.   Generally possesses a seal.  [3 Bl. Comm. 24; 3
        Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F.
        481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S.,
        D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis,
        96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law
        Dictionary, 4th Ed., 425, 426]

31.   The following persons are magistrates:  ...The judges of the
superior courts....  [California Penal Code, Sec. 808.]

32.   ...our justices, sheriffs, mayors, and other ministers, which
under us have the laws of our land to guide, shall allow the said
charters pleaded before them in judgement in all their points, that
is to wit, the Great Charter as the common law....  [Confirmatio
Cartarum, November 5, 1297" "Sources of Our Liberties" Edited by
Richard L. Perry, American Bar Foundation.]

33.   Henceforth the writ which is called Praecipe shall not be
served on any one for any holding so as to cause a free man to lose
his court.  Magna Carta, Article 34.

WRIT OF ERROR – FLORES – BEEBE

1   34.   CCP 1209.   (a) The following acts or omissions in respect to a

2   court of justice, or proceedings therein, are contempts of the

3   authority of the court:

4            . . .

5            3. Misbehavior in office, or other willful neglect or

6   violation of duty by an attorney, counsel, clerk, sheriff, coroner,

7   or other person [e.g. a judge or magistrate], appointed or elected

8   to perform a judicial or ministerial service;

9            4. Abuse of the process or proceedings of the court, or

10  falsely pretending to act under authority of an order or process of

11  the court;

12           5. Disobedience of any lawful judgment, order, or process

13  of the court;

14           . . .

15           8. Any other unlawful interference with the process or

16  proceedings of a court;

17           . . .

18           11. Disobedience by an inferior tribunal, magistrate, or

19  officer, of the lawful judgment, order, or process of a superior

20  court, or proceeding in an action or special proceeding contrary to

21  law, after such action or special proceeding is removed from the

22  jurisdiction of such inferior tribunal, magistrate, or officer.

23

24  35.   CCP 1211.   (a) When a contempt is committed in the immediate

25  view and presence of the court, or of the judge at chambers, it may

26  be punished summarily; for which an order must be made, reciting

27  the facts as occurring in such immediate view and presence,

28

*The Superior Court of Record*

-10-

WRIT OF ERROR - FLORES - BEEBE

1  adjudging that the person proceeded against is thereby guilty of a

2  contempt, and that he be punished as therein prescribed.

3    When the contempt is not committed in the immediate view and

4  presence of the court, or of the judge at chambers, an affidavit

5  shall be presented to the court or judge of the facts constituting

6  the contempt, or a statement of the facts by the referees or

7  arbitrators, or other judicial officers. ...

8

9                              II.

10              Findings of Fact, Discussion, and

11                     Conclusions of Law

12

13  36.   The record shows, in the first instance, that at the above-

14  entitled court of record, located at 312-C East Cook Street, Santa

15  Maria, California, the Honorable Rogelio R. Flores presided over a

16  hearing on October 20, 2010, in Department 3, for the purported

17  purpose of arraignment on complaint.

18

19  37.   Counterplaintiff Jeffery Jackson Lind was present to challenge

20  jurisdiction of the court. Deputy District Attorney Brian David

21  Johnson appeared on behalf of counterdefendants and remained silent

22  to Jeffery Jackson Lind's challenge.

23

24  38.   The record shows, in the second instance, that at the above-

25  entitled court of record, located at 312-C East Cook Street, Santa

26  Maria, California, the Honorable Jed Beebe further presided over a

27  continued hearing on October 27, 2010, in Department 7, for the

28

                              -11-

*The Superior Court of Record*

1   purported purpose for an R&S/Settlement Conference.

2

3   39.   Counterplaintiff Jeffery Jackson Lind was present to reaffirm
4   the challenge of the court's jurisdiction. Deputy District Attorney
5   Angelina Borrello appeared on behalf of counterdefendants and
6   refused to consider, in concert with Jed Beebe, to acknowledge and
7   act accordingly in a lawful manner to Jeffery Jackson Lind's
8   challenge of the court's jurisdiction.

9

10  40.   The record shows that both magistrates did not conduct the
11  hearings in accordance with the foundation rules of a court of
12  record.   Instead, in both instances, each magistrate conducted
13  themselves as a tribunal in his own court on his own authority,
14  without concurrence of all parties and without any supporting
15  authorization from the court.   He became a loose cannon acting as a
16  tribunal and imposing his own rules.   Without proper authority, the
17  magistrate stepped out of his function as a magistrate and assumed
18  a de facto cloak of a tribunal while sitting as a magistrate.

19

20  41.   The genius of a court of record is not to be undermined.   It
21  is the birthright of every American to settle issues in a court of
22  record, if he so chooses.   That choice has been made in this
23  matter, and has been so stated in the first paragraph of the
24  action.   Further, Article 6, Section 1 of the Constitution for the
25  State of California mandates that all courts of California are
26  courts of record.

27

28

-12-

WRIT OF ERROR – FLORES – BEEBE

*The Superior Court of Record*

42.    The magistrate is a person appointed or elected to perform ministerial service in a court of record[4] because all judicial functions in a court of record are reserved to the tribunal, which must be independent of the magistrate.

42.    Both magistrates of this court usurped the independent powers of the tribunal of this court of record by making, under color of law, discretionary judgments which are reserved to and should have been made by the tribunal independently of the person of the magistrate designated generally to hold it.[5]

44.    On October 20, 2010, Jeffery Jackson Lind filed a counterclaim consisting of an action for trespass for damages.  The opening sentence decreed, "I, Jeffery Jackson Lind, ("Jackson") Sui Juris, one of the People (de jure) of California, in this court of record,..."  There has been no objection to counterplaintiff as one of the people of California.  Nor is there any objection to the court being a court of record.  Nowhere in the record is there any objection from magistrate or counterdefendants regarding this court being a court of record.  Further, all parties were properly apprised of counterplaintiff's status and the nature of the court in the counterclaim.

---

[4] Official's duty is "ministerial" when it is absolute, certain and imperative, involving merely execution of a specific duty arising from fixed
and designated facts. [Long v. Seabrook, 260 S.C. 562, 197 S.E.2d 659, 662; Black's Law Dictionary, Fifth Edition, p 899
[5] One characteristic of a court of record:  A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

-13-

WRIT OF ERROR - FLORES - BEEBE

*The Superior Court of Record*

The Superior Court of Record

45.   It is the design of our systems of jurisprudence that courts have no jurisdiction until a party comes forth and declares a cause needing resolution.  The particular jurisdiction depends upon how the cause is declared by the plaintiff.  Jurisdiction may be administrative, at law, in equity, or in any of many other formats. In this case the jurisdiction is at law in a court of record under the sovereign authority of one of the people.

46.   It is essential to understand what are a sovereign, a magistrate, a court, and a court of record.

47.   A court is "The person and suit of the sovereign."[6]

48.   Who is the sovereign?  It is the people either in plural[7] or in singular capacity.[8]  In singular capacity, in this case, it is Jeffery Jackson Lind, one of the people as contemplated in the preambles of the 1849 Constitution for California, the 1879 Constitution for the State of California, and the 1789 Constitution for the United States of America.

49.   California, the State of California, and the United States of America have no general sovereignty.  Theirs is a clipped sovereignty.  Whatever sovereignty they have is limited to their

[6] Black's Law Dictionary, 4th Ed., 425, 426

[7] PEOPLE, n. [L. populus.] The body of persons who compose a community, town, city or nation. We say, the people of a town; the people of London or Paris; the English people. In this sense, the word is not used in the plural, but it comprehends all classes of inhabitants, considered as a collective body,... Webster's 1828 Dictionary

[8] PEOPLE...considered as....any portion of the inhabitants of a city or country.  Ibid.

-14-

WRIT OF ERROR – FLORES – BEEBE

*The Superior Court of Record*

respective constitutionally defined spheres of control. The general sovereignty is reserved to the people without diminishment.[9] Lest that be forgotten, the California Government Code twice admonishes the public servants that, "The people of this state do not yield their sovereignty to the agencies which serve them."[10] Further, when the State of California did attempt to diminish one's rights, it was determined that the state cannot diminish rights of the people.[11]

50. It is by the prerogative of the sovereign[12] whether and how a court is authorized to proceed. In this case, the chosen form of the court is that of a court of record.

51. A qualifying feature of a court of record is that the tribunal is independent of the magistrate appointed to conduct the proceedings.[13]

---

[9] "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves" CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL 1793 pp471-472.
"The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Through the medium of their Legislature they may exercise all the powers which previous to the Revolution could have been exercised either by the King alone, or by him in conjunction with his Parliament;..." Lansing v. Smith, 4 Wendell 9 (N.Y.) (1829), 21 American Decision 89; 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 1`67; 48 C Wharves Sec. 3, 7.

[10] California Government Code, Sections 11120 and 54950

[11] Hertado v. California, 100 US 516

[12] "...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472.] The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.]

[13] Court of Record: A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8

-15-

52. The magistrate is a person appointed or elected to perform ministerial service in a court of record[14]. His service is ministerial because all judicial functions in a court of record are reserved to the tribunal and, by definition of a court of record, that tribunal must be independent of the magistrate. The non-judicial functions are "ministerial" because they are absolute, certain and imperative, involving merely execution of specific duties arising from fixed and designated facts.

53. California Code of Civil Procedure, Section 1209 provides that acts in respect to a court's proceedings are contempts of the authority of the court if a person who is appointed or elected to perform a ministerial service misbehaves, neglects, or violates a duty; or if a person falsely pretends to act under authority of an order or process of the court; or if a person disobeys any lawful judgment, order or process of the court, engages in any other unlawful interference with the process or proceedings of a court; or if an inferior magistrate interferes with the lawful judgment, order, or process of a superior court, or proceeding in an action or special proceeding contrary to law, after such action or special proceeding is removed from the jurisdiction of such inferior magistrate.

---

Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

[14] Long v. Seabrook, 260 S.C. 562, 197 S.E.2d 659, 662; Black's Law Dictionary, Fifth Edition, p 899

-16-

*The Superior Court of Record*

54.   The magistrate holds only ministerial authority.  He holds no tribunal authority and cannot in any way substitute himself as the total equivalent of the court to thus exempt himself from jurisdiction.  CCP 1209 provides that contempt may be applied to "Misbehavior in office, or other willful neglect or violation of duty by an attorney, counsel, clerk, sheriff, coroner, or other person, appointed or elected to perform a judicial or ministerial service;" The magistrate, is an "other person, appointed or elected to perform a ... ministerial service" as described in CCP Section 1209.[15]

55.   Depriving anyone of the right to have his day in court is very serious.  The magistrate has a duty to the plaintiff to minister the opportunity to argue the petition put forth to the court.  "He who decides a case with the other side unheard, though he decide justly, is himself unjust."[16]  To summarily ignore an objection that has been presented to the court constitutes a direct challenge to the court's authority, especially when the magistrate's judicial jurisdiction is estopped and he tacitly declines a fair opportunity to show cause why he should not be subject to estoppel.

56.   Throughout the transcript, there shows that the rules of the court of record were not follewed, that the magistrate attempted to

---

[15] CCP Section 1209 excerpt: 3. Misbehavior in office, or other willful neglect or violation of duty by an attorney, counsel, clerk, sheriff, coroner, or other person, appointed or elected to perform a judicial or ministerial service;
...
11. Disobedience by an inferior tribunal, magistrate, or officer, of the lawful judgment, order, or process of a superior court, or proceeding in an action or special proceeding contrary to law, after such action or special proceeding is removed from the jurisdiction of such inferior tribunal, magistrate, or officer.

[16] SENECA, Medea.

-17-

The Superior Court of Record

1  function as a tribunal, and that the court was ineffective in

2  furthering the goal of justice for all.  These failures to follow

3  the prescribed procedures are sufficiently disruptive to the goal

4  of providing fair justice that the court finds it necessary to

5  issue a writ of error quae coram nobis resident as follows:

6

7  <div align="center">III</div>

8  <div align="center">Impeachment and Writ</div>

9

10  57.   THE COURT, HAVING REVIEWED THE FACTS, THE RECORD, AND THE

11  PROCESS BY WHICH THE RULING WAS ISSUED, and finding that the

12  magistrate rendered and wrote rulings without leave of court; and

13  finding that the orderly decorum of the court was replaced by

14  defective impromptu process and usurpation of legislative and court

15  powers without leave of court,

16

17  58.   And, finding that the clerk of the court improperly accepted

18  for filing two separate orders from the magistrates without leave

19  of court,

20

21  59.   And desiring that fair justice be served for all parties,

22  counterdefendants as well as counterplaintiff,

23

24  60.   NOW THEREFORE, THE COURT issues this WRIT OF ERROR QUAE CORAM

25  NOBIS RESIDANT, to wit:

26

27  61.   The court impeaches and rescinds the orders entitled:

28

The Superior Court of Record

*CRIMINAL MINUTE ORDER — ARRAIGNMENT ON CONTRACT* and filed October 20, 2010[17] by *ROGELIO FLORES*; AND, the order entitled: *CRIMINAL MINUTE ORDER — SETTLEMENT CONFERENCE* and filed October 20, 2010 by *JED BEEBE*, and copies of the first page of which are attached to this writ.

62.  Further, the magistrate, counterplaintiff, and counter-defendants are each invited to file and serve on all other interested parties and magistrate a brief no later than twenty (20) days from the date of the below SEAL of the COURT to show cause to this court why this order should not take effect or should be modified.  Unless requested, there will be no oral argument.  The court, mindful of the rights of the parties and the importance of fair play, will liberally construe the written arguments presented.

THE COURT

WITNESS:  the SEAL of the COURT this 18th of November, 2010.


Jeffery Jackson Lind
Attornatus/Privatus

---

[17] Not to be confused with the proposed order filed in the court of record for the Magistrate to sign, an ORDER DISMISSING Case no. 1350711 for lack of jurisdiction and for lawful cause, such cause, acts of treason.

-19-

WRIT OF ERROR — FLORES — BEEBE

People of the State of California vs.
☐ Deft True Name
Lind, Jeffrey Jackson

CASE NUMBER: 1350771

DATE: 10/20/10   8:30 AM   SM2   Fut. Date: N

HEARING: Arraignment on Complaint

JUDGE: Honorable Rogelio Flores

DISTRICT ATTY: _G. Johnson_

DEFENSE ATTY:

Interpreter _____ sworn: language _____

CLERK: Paez, Lupe

REPORTER:

CUSTODY STATUS: Cite Release

AGENCY: SOSM   DATE OF VIOL: 09/18/10   DOB: 10/06/82

CHARGES:   1 } 23152(a) VC M
           2 } 23152(b) VC M

**Appearances** ☑ Deft present ☐ Deft not Present ☐ In Custody
☐ With Atty ☐ With PD ☐ By Atty ☐ By PD ☐ Needs Atty
☐ PD appointed ☐ PD declares conflict ☐ PD relieved ☐ CDA appointed
☐ 977 PC waiver filed ☐ Defense/PD declares lost contact
☐ 170.6 CCP Judge _____ by ☐ Defense ☐ People
☐ Case assigned for all purposes to _____

**Arraignment/Pleas:**
Filed: ☐ Amended Complaint ☐ Amended Information ☐ Information
☐ Deft advised of rights (see reverse) ☑ Deft/Atty waives formal reading and advisement of rights ☐ Defense handed copy of ☐ Comp ☐ Info
☐ On DA/Court's Motion, Complaint/Information amended:
☐ To add count ___ viol of ___ and ☐ count ___ viol of ___
☐ To reduce/replace count(s) ___ to ___
☐ Ct(s) ___ reduced to Misdemeanor per 17b PC
☐ Deft is duly arraigned and pleads: ☑ Not Guilty to Ct(s) _All_
☐ No Contest to Ct(s) ___ ☐ Guilty to Ct(s) ___
☐ Denies Prior ___ ☐ Admits Prior ___ ☐ Prior ___ Stricken
☐ Refusal ☐ Stricken ☐ Admitted
☐ Special Allegation(s) ☐ Denied ☐ Stricken ☐ Admitted
☐ Ct(s) ___ ☐ Dismissed on Motion of DA/Court in Interest of Justice
(1385 PC) ☐ Dism on Motion of DA/Crt on other grounds
☐ With Harvey waiver ☐ Faretta waiver filed ☐ Arbuckle waiver given/filed
☐ Motion by ___ for ___ ☐ Granted ☐ Denied
☐ Deft waives time for ☐ Arraignment ☐ Prelim ☐ Trial ☐ Sentencing
☐ Time waived for ___ days ☐ Time waived to ___
☐ Deft/People waive Jury Trial ☐ Under submission

**Violation of Probation** ☐ Defense handed copy of Violation of Probation
Report ☐ Deft advised of alleged Violation of Probation and all VP rights
☐ Deft admits viol & waives all VP rights ☐ Deft denies alleged Viol of Prob
☐ Deft found in Violation of Probation ☐ Deft not found in Viol of Probation

**Diversion:**
☐ Diversion granted on Ct(s) ___ for ___ months/years, order
incorp. herein ☐ Terminated and criminal proceedings reinstated
☐ Successfully completed ☐ Denied ☐ Reinstated ☐ Violation admitted

**Reporting:** ☐ Report/Refer to Probation within ___ hrs/days for:
☐ Pre-Plea Report ☐ SATC Report ☐ OR/BR Report ☐ 1203c Report
☐ Pre-Sentence Rpt ☐ Anger Mgmt ☐ Restitution ☐ SARA assessment
☐ Oral/Written Supplemental ☐ Work Service ☐ Prop 36 assessment
☐ Diversion Report (PC1000) ☐ Referral given to Probation Officer in court

**Custody Status:** ☐ Remanded to the custody of the Sheriff
☐ Bail set at $ ___ ☐ Cite Release continued
**Deft ordered** ☐ released ☐ to return ☐ discharged on this case only
☐ Released on OR ☐ OR continued ☐ OR revoked
☐ No further proceedings ☐ Deft allowed ___ completed phone calls
☐ Deft to be dressed out ☐ with property for release ☐ Jury Trial
☐ Deft to be seen by Med. Tech/County Mental Health
☐ Cash Bail ☐ Bail Bond ☐ Continued ☐ Forfeited ☐ Exonerated
☐ Reinstated and Exonerated ☐ Apply to Fine ☐ Reassumed
☐ Upon payment of $ ___ fee by ___

**Warrant** Ordered per ___ ☐ 978.5 PC ☐ 40508a VC
☐ 1203.2 PC $ ___ ☐ No Bail ☐ Held until ___
☐ May be forfeited ☐ May be served at night ☐ Quashed ☐ Released
☐ RECALLED ☐ Warrant remains out ☐ Affidavit/Declaration requested

**Other Orders:** ☐ Criminal proceedings suspended ☐ Criminal proceedings
reinstated ☐ Fine/Jail stayed pending appeal ☐ Statement of appeal settled
and certified. ☐ Deft Sentenced to State Prison, Packet to follow
☐ Referred 1203.03 PC ☐ 4011.6 PC report ☐ 136.2 PC Protective Order
☐ Order to Produce Deft ☐ 730 EC ☐ Faxed to ___
☐ 1368 PC Declared ☐ Dr(s) ___ appointed

**Probation:** ☐ Unsupervised ☐ Supervised
☐ Probation Granted for ___ mos/yrs, imposition of sentence suspended
☐ Probation Granted for ___ mos/yrs, Deft sentenced to ___ days/mos
Santa Barbara County Jail, suspended for ___ days/mos/yrs
☐ See Probation Order incorporated herein for all Terms and Conditions
☐ Probation Revoked ☐ To Retain Juris. ☐ To Impose/Execute Sentence
☐ Probation Terminated ☐ Prob to term. upon completion of ☐ Jail ☐ Fine
☐ Probation Reinstated ☐ and Modified ☐ Existing terms and conditions
☐ Probation Modified, order incorporated herein ☐ Term stricken ___
☐ Extended for ___ months/yrs, terminate on ___
☐ Formal modified to Court ☐ Court modified to Formal
☐ Prob unsupervised upon completion ☐ Jail ☐ SCRAM ☐ Rest ☐ Fine

**Jail:**
As to Ct(s) ___ Deft to serve ___ Days
in Santa Barbara County Jail ☐ Credit for time served ☐ Deft granted credit
for ___ actual days time served plus ___ good/work
time credits for a total of ___ days. Jail Calc. ☐ 1/2 ☐ 1/3 per 4019PC
☐ Deft to report to jail on or before noon/at ___ on ___
☐ SB ☐ SM ☐ Lom ☐ May be served in any penal institution
☐ Jail previously stayed, permanently stayed ☐ Other ___
☐ Jail stayed/suspended on condition complete ___ AA mtgs
☐ New remand, Vacate previous Jail report date of ___
☐ Sentence to be served ☐ Consecutive ☐ Concurrent to
case(s) ___
☐ Recommend: ☑ Electronic monitoring ☐ Work Furlough ☐ SWAP
☐ Apply by ___
☐ Deft to report to ___ for booking and release within ___ days
☐ Pay booking fee of $ ___ ☐ Booking fees waived

**Driver's License/Programs:** ☐ See Probation Order
☐ License suspended ☐ License restricted for ___ days/mos/yrs
☐ Term(s) of restriction ___ ☐ License Revoked
☐ Petition for Restrict ☐ Granted ☐ Denied ☐ IID required
Deft to attend ☐ 1st Offend-3 mo ☐ 1st Offend-9 mo ☐ 12hr prog ☐ Multi-Off
☐ MADD ☐ Complete by ___ ☐ Re-referred, enroll by ___

**Payments:** ☐ See Probation Order
☐ As to all Counts, Fine ordered of $ ___ by ___
☐ As to Ct(s) ___ Fine ordered of $ ___ by ___
☐ As to Ct(s) ___ Fine ordered of $ ___ by ___
☐ Victim Rest. Fund Fine ☐ Diversion Rest. Fee $ ___ by ___
☐ $ ___ of Fine is suspended ☐ by Jail ___
☐ May be paid by Comm Service ☐ ___ hrs Comm Serv by ___
☐ Modify fine terms to $ ___ due by ___
☐ Pay CCA ☐ FTP ☐ FTA of $ ___ by ___
☐ Pay $ ___ per month, starting ___ ☐ See Financial Officer
☐ Pay $ ___ today ☐ Next payment due ___
☐ Pay PD/CDA/Atty costs of $ ___ by ___

**CASE ORDERED/CONTINUED TO:**

| Date: | Time: | Hearing: | Dept: |
|-------|-------|----------|-------|
| 10-27-10 | 8:30 | RSC | 7 |

☐ Vacate date of ___ ☐ Deft must be personally present
☐ Estimated ☐ Trial ☐ Prelim ☐ Hearing Length ___
☑ Commenced ☐ Concluded ☐ In Progress ☐ Continued ☐ Off calendar
☐ Rescheduled by ☐ Court ☐ Party ☐ Last Date for Trial ___
See ☐ reverse side ☐ page two for supplemental minute order

Comm: _Deft refuses to enter a plea and the court enters a not guilty plea. All motions to be filed at Clerk's office or at this assigned court._

SC-3400 [Rev. Feb. 1, 2010]

By _____ Deputy Clerk

☐ Deft True Name: _____
Lind, Jeffrey Jackson

| | CASE NUMBER: 1350711 |
|---|---|
| DATE: 10/27/10 | 8:30 am | SM7 Fut. Date: ☒ |

HEARING: P&S/Settlement Conference

JUDGE: Honorable Jed Beebe

DISTRICT ATTY: ~~Brian David Johnson~~ *Bonillo*

DEFENSE ATTY: In Pro Per

CLERK: Allain, Kelley
REPORTER: Davison, Susan
CUSTODY STATUS: Cite Release

Interpreter _____ sworn: language _____

AGENCY: SOSM    DATE OF VIOL: 09/18/10    DOB: 10/06/82

CHARGES:   1 ) 23152(a) VC M
           2 ) 23152(b) VC M

**Appearances** ☒ Deft present ☐ Deft not Present ☐ In Custody
☐ With Atty ☐ With PD ☐ By Atty ☐ By PD ☐ Needs Atty
☐ PD appointed ☐ PD declares conflict ☐ PD relieved ☐ CDA appointed
☐ 977 PC waiver filed ☐ Defense/PD declares lost contact
☐ 170.6 CCP Judge _____ by ☐ Defense ☐ People
☐ Case assigned for all purposes to _____
**Arraignment/Pleas:**
Filed: ☐ Amended Complaint ☐ Amended Information ☐ Information
☐ Deft advised of rights (see reverse) ☐ Deft/Atty waives formal reading and
advisement of rights ☐ Defense handed copy of ☐ Comp ☐ Info
☐ On DA/Court's Motion, Complaint/Information amended:
☐ To add count ___ viol of ___ and ☐ count ___ viol of ___
☐ To reduce/replace count(s) _____ to _____
☐ Ct(s) _____ reduced to Misdemeanor per 17b PC
☒ Deft is duly arraigned and pleads: ☐ Not Guilty to Ct(s) ___
☐ No Contest to Ct(s) _____ ☐ Guilty to Ct(s) ___
☐ Denies Prior ☐ Admits Prior ☐ Prior ☐ Stricken
☐ Refusal ☐ Stricken ☐ Admitted
☐ Special Allegation(s) ☐ Denied ☐ Stricken ☐ Admitted
☐ Ct(s) _____ ☐ Dismissed on Motion of DA/Court in Interest of Justice
(1385 PC) ☐ Dism on Motion of DA/Crt on other grounds ___
☐ With Harvey waiver ☐ Faretta waiver filed ☐ Arbuckle waiver given/filed
☒ Motion by ___*Deft*___ for ___*continue*___ ☐ Granted ☒ Denied
☐ Deft waives time for ☐ Arraignment ☐ Prelim ☐ Trial ☐ Sentencing
☐ Time waived for ___ days ☐ Time waived to ___
☐ Deft/People waive Jury Trial ☐ Under submission
**Violation of Probation:** ☐ Defense handed copy of Violation of Probation
Report ☐ Deft advised of alleged Violation of Probation and all VP rights
☐ Deft admits viol & waives all VP rights ☐ Deft denies alleged Viol of Prob
☐ Deft found in Violation of Probation ☐ Deft not found in Viol of Probation
**Diversion:**
☐ Diversion granted on Ct(s) ___ for ___ months/years, order
incorp. herein ☐ Terminated and criminal proceedings reinstated
☐ Successfully completed ☐ Denied ☐ Reinstated ☐ Violation admitted
**Reporting:** ☐ Report/Refer to Probation within ___ hrs/days for:
☐ Pre-Plea Report ☐ SATC Report ☐ OR/BR Report ☐ 1203c Report
☐ Pre-Sentence Rpt ☐ Anger Mgmt ☐ Restitution ☐ SARA assessment
☐ Oral/Written Supplemental ☐ Work Service ☐ Prop 36 assessment
☐ Diversion Report (PC1000) ☐ Referral given to Probation Officer in court
**Custody Status:** ☐ Remanded to the custody of the Sheriff
☐ Bail set at $ _____ ☒ Cite Release continued
☐ Deft ordered ☐ released ☐ to return ☐ discharged on this case only
☐ Released on OR ☐ OR continued ☐ OR revoked
☐ No further proceedings ☐ Deft allowed ___ completed phone calls
☐ Deft to be dressed out ☐ with property for release ☐ Jury Trial
☐ Deft to be seen by Med. Tech/County Mental Health
☐ Cash Bail ☐ Bail Bond ☐ Continued ☐ Forfeited ☐ Exonerated
☐ Reinstated and Exonerated ☐ Apply to Fine ☐ Reassumed
☐ Upon payment of $ _____ fee by ___
**Warrant** Ordered per _____ ☐ 978.5 PC ☐ 40508a VC
☐ 1203.2 PC $ _____ ☐ No Bail ☐ Held until ___
☐ May be forfeited ☐ May be served at night ☐ Quashed ☐ Released
☐ RECALLED ☐ Warrant remains out ☐ Affidavit/Declaration requested
**Other Orders:** ☐ Criminal proceedings suspended ☐ Criminal proceedings
reinstated ☐ Fine/Jail stayed pending appeal ☐ Statement of appeal settled
and certified ☐ Deft Sentenced to State Prison, Packet to follow
☐ Referred 1203.03 PC ☐ 4011. 6 PC report ☐ 136.2 PC Protective Order
☐ Order to Produce Deft ☐ 730 EC ☐ Faxed to ___
☐ 1368 PC Declared ☐ Dr(s) _____ appointed
Comm: _____

**Probation:** ☐ Unsupervised ☐ Supervised
☐ Probation Granted for ___ mos/yrs, imposition of sentence suspended
☐ Probation Granted for ___ mos/yrs, Deft sentenced to ___ days/mos
Santa Barbara County Jail, suspended for ___ mos/yrs/days
☐ See Probation Order incorporated herein for all Terms and Conditions
☐ Probation Revoked ☐ To Retain Juris. ☐ To Impose/Execute Sentence
☐ Probation Terminated ☐ Prob to term. upon completion of ☐ Jail ☐ Fine
☐ Probation Reinstated ☐ and Modified ☐ Existing terms and conditions
☐ Probation Modified, order incorporated herein ☐ Term stricken ___
☐ Extended for ___ months/yrs, terminate on ___
☐ Formal modified to Court ☐ Court modified to Formal
☐ Prob unsupervised upon completion ☐ Jail ☐ SCRAM ☐ Rest ☐ Fine
**Jail:**
As to Ct(s) _____ ☐ Deft to serve ___ Days
in Santa Barbara County Jail ☐ Credit for time served ☐ Deft granted credit
for ___ actual days time served plus ___ good/work
time credits for a total of ___ days. Jail Calc. ☐ 1/2 ☐ 1/3 per 4019PC
☐ Deft to report to jail on or before noon/at ___ on ___
☐ SB ☐ SM ☐ Lom ☐ May be served in any penal institution
☐ Jail previously stayed, permanently stayed ☐ Other ___
☐ Jail stayed/suspended on condition complete ___ AA mtgs
☐ New remand, Vacate previous Jail report date of ___
☐ Sentence to be served ☐ Consecutive ☐ Concurrent to
case(s) _____
☐ Recommend: ☐ Electronic monitoring ☐ Work Furlough ☐ SWAP
☐ Apply by ___
☐ Deft to report to ___ for booking and release within ___ days
☐ Pay booking fee of $ ___ ☐ Booking fees waived
**Driver's License/Programs:** ☐ See Probation Order
☐ License suspended ☐ License restricted for ___ days/mos/yrs
☐ Term(s) of restriction ___
☐ Petition for Restrict ☐ Granted ☐ Denied ☐ IID required
Deft to attend ☐ 1st Offend-3 mo ☐ 1st Offend-9 mo ☐ 12hr prog ☐ Multi-Off
☐ MADD ☐ Complete by ___ ☐ Re-referred, enroll by ___
**Payments:**
☐ As to all Counts, Fine ordered of $ ___ by ___
☐ As to Ct(s) ___ Fine ordered of $ ___ by ___
☐ As to Ct(s) ___ Fine ordered of $ ___ by ___
☐ Victim Rest. Fund fine ☐ Diversion Rest. Fee $ ___ by ___
☐ $ ___ of Fine is suspended ☐ by Jail ___
☐ May be paid by Comm Service ☐ ___ hrs Comm Serv by ___
☐ Modify fine terms to $ ___ due by ___
☐ Pay CCA ☐ FTP ☐ FTA of $ ___ by ___
☐ Pay $ ___ per month, starting ___ ☐ See Financial Officer
☐ Pay $ ___ today ☐ Next payment due ___
☐ Pay PD/CDA/Atty costs of $ ___ by ___
**CASE/ORDERED/CONTINUED TO:**

| Date: | Time: | Hearing: | Dept: |
|---|---|---|---|
| 11/23/10 | 8:30 am | TCC | SM 7 |
| 11/30/10 | 9:30 am | Final | SM 7 |

☐ Vacate date of ___ ☐ Deft must be personally present
☐ Estimated ☐ Trial ☐ Prelim ☐ Hearing Length ___
☐ Commenced ☐ Concluded ☐ In Progress ☐ Continued ☐ Off calendar
☒ Rescheduled by ☐ Court ☐ Party ☒ Last Date for Trial 12/3/10
☐ See ☐ reverse side ☐ page two for supplemental minute order

Comm: _____

---

SC-3400 [Rev. Feb. 1, 2010]        By _K. _____        Deputy Clerk

# Exhibit "C"

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA – CRIMINAL MINUTE ORDER**

People of the State of California vs.  
☐ Deft True Name:  
Lind, Jeffrey Jackson

HEARING: Pre/Settlement Conference  
JUDGE: Honorable Jed Beebe  
DISTRICT ATTY: ~~Brian David Johnson~~ Borrello  
DEFENSE ATTY: In Pro Per

NUMBER: 1350711

| DATE: | TIME: | DEPT: |
|---|---|---|
| 10/27/10 | 8:30 am | SM7 Fut. Date: N |

CLERK: Allain, Kelley  
REPORTER: Davison, Susan  
CUSTODY STATUS: Cite Release

Interpreter _____ sworn: language _____

AGENCY: SOSM DATE OF VIOL: 09/18/10 DOB: 10/06/82

CHARGES: 1 } 23152(a) VC M  
2 } 23152(b) VC M

---

**Appearances:** ☑ Deft present ☐ Deft not Present ☐ In Custody  
☐ With Atty ☐ With PD ☐ By Atty ☐ By PD ☐ Needs Atty  
☐ PD appointed ☐ PD declares conflict ☐ PD relieved ☐ CDA appointed  
☐ 977 PC waiver filed ☐ Defense/PD declares lost contact  
☐ 170.6 CCP Judge _____ by ☐ Defense ☐ People  
☐ Case assigned for all purposes to _____

**Arraignment/Pleas:**  
Filed: ☐ Amended Complaint ☐ Amended Information ☐ Information  
☐ Deft advised of rights (see reverse) ☐ Deft/Atty waives formal reading and advisement of rights ☐ Defense handed copy of ☐ Comp ☐ Info  
☐ **On DA/Court's Motion, Complaint/Information amended:**  
☐ To add count ____ viol of ____ and ____ count ____ viol of ____  
☐ To reduce/replace count(s) ____ to ____  
☐ Ct(s) _____ reduced to Misdemeanor per 17b PC  
☐ **Deft is duly arraigned and pleads:** ☐ Not Guilty to Ct(s)  
☐ No Contest to Ct(s) _____ ☐ Guilty to Ct(s) _____  
☐ Denies Prior ☐ Admits Prior ☐ Prior _____ Stricken  
☐ Refusal ☐ Stricken ☐ Admitted  
☐ Special Allegation(s) ☐ Denied ☐ Stricken ☐ Admitted  
☐ Ct(s) _____ ☐ Dismissed on Motion of DA/Court in Interest of Justice (1385 PC) ☐ Dism on Motion of DA/Crt on other grounds _____  
☐ With Harvey waiver ☐ Faretta waiver filed ☐ Arbuckle waiver given/filed  
☑ Motion by Deft _____ for mailing ins _____ ☐ Granted ☑ Denied  
☐ Deft waives time for ☐ Arraignment ☐ Prelim ☐ Trial ☐ Sentencing  
☐ Time waived for _____ days ☐ Time waived to _____  
☐ Deft/People waive Jury Trial ☐ Under submission

**Violation of Probation:** ☐ Defense handed copy of Violation of Probation Report ☐ Deft advised of alleged Violation of Probation and all VP rights  
☐ Deft admits viol.& waives all VP rights ☐ Deft denies alleged Viol of Prob  
☐ Deft found in Violation of Probation ☐ Deft not found in Viol of Probation

**Diversion:**  
☐ Diversion granted on Ct(s) _____ for _____ months/years, order incorp. herein ☐ Terminated and criminal proceedings reinstated  
☐ Successfully completed ☐ Denied ☐ Reinstated ☐ Violation admitted

**Reporting:** ☐ Report/Refer to Probation within _____ hrs/days for:  
☐ Pre-Plea Report ☐ SATC Report ☐ OR/BR Report ☐ 1203c Report  
☐ Pre-Sentence Rpt ☐ Anger Mgmt ☐ Restitution ☐ SARA assessment  
☐ Oral/Written Supplemental ☐ Work Service ☐ Prop 36 assessment  
☐ Diversion Report (PC1000) ☐ Referral given to Probation Officer in court

**Custody Status:** ☐ Remanded to the custody of the Sheriff  
☐ Bail set at $ _____ ☑ Cite Release continued  
☐ **Deft ordered** ☐ released ☐ to return ☐ discharged on this case only  
☐ Released on OR ☐ OR continued ☐ OR revoked  
☐ No further proceedings ☐ Deft allowed _____ completed phone calls  
☐ Deft to be dressed out ☐ with property for release ☐ Jury Trial  
☐ Deft to be seen by Med. Tech/County Mental Health  
☐ **Cash Bail** ☐ **Bail Bond** ☐ Continued ☐ Forfeited ☐ Exonerated  
☐ Reinstated and Exonerated ☐ Apply to Fine ☐ Reassumed  
☐ Upon payment of $ _____ fee by _____

**Warrant:** Ordered per _____ ☐ 978.5 PC ☐ 40508a VC  
☐ 1203.2 PC $ _____ ☐ No Bail ☐ Held until _____  
☐ May be forfeited ☐ May be served at night ☐ Quashed ☐ Released  
☐ RECALLED ☐ Warrant remains out ☐ Affidavit/Declaration requested

**Other Orders:** ☐ Criminal proceedings suspended ☐ Criminal proceedings reinstated ☐ Fine/Jail stayed pending appeal ☐ Statement of appeal settled and certified ☐ Deft Sentenced to State Prison, Packet to follow  
☐ Referred 1203.03 PC ☐ 4011. 6 PC report ☐ 136.2 PC Protective Order  
☐ Order to Produce Deft ☐ 730 EC ☐ Faxed to _____  
☐ 1368 PC Declared ☐ Dr(s) _____ appointed

Comm: _____

---

**Probation:** ☐ Unsupervised ☐ Supervised  
☐ Probation Granted for _____ mos/yrs, imposition of sentence suspended  
☐ Probation Granted for _____ mos/yrs, Deft sentenced to _____ days/mos  
Santa Barbara County Jail, suspended for _____ days/mos/yrs  
☐ See Probation Order incorporated herein for all Terms and Conditions  
☐ Probation Revoked ☐ To Retain Juris. ☐ To Impose/Execute Sentence  
☐ Probation Terminated ☐ Prob to term. upon completion of ☐ Jail ☐ Fine  
☐ Probation Reinstated ☐ and Modified ☐ Existing terms and conditions  
☐ Probation Modified, order incorporated herein ☐ Term stricken _____  
☐ Extended for _____ months/yrs, terminate on _____  
☐ Formal modified to Court ☐ Court modified to Formal  
☐ Prob unsupervised upon completion ☐ Jail ☐ SCRAM ☐ Rest ☐ Fine

**Jail:**  
As to Ct(s) _____ Deft to serve _____ Days  
in Santa Barbara County Jail ☐ Credit for time served ☐ Deft granted credit  
for _____ actual days time served plus _____ good/work  
time credits for a total of _____ days. Jail Calc.: ☐ 1/2 ☐ 1/3 per 4019PC  
☐ Deft to report to jail on or before noon/at _____ on _____  
☐ SB ☐ SM ☐ Lom ☐ May be served in any penal institution  
☐ Jail previously stayed, permanently stayed ☐ Other _____  
☐ Jail stayed/suspended on condition complete _____ AA mtgs  
☐ New remand, Vacate previous Jail report date of _____  
☐ Sentence to be served ☐ Consecutive ☐ Concurrent to case(s) _____  
☐ Recommend: ☐ Electronic monitoring ☐ Work Furlough ☐ SWAP  
☐ Apply by _____  
☐ Deft to report to _____ for booking and release within _____ days  
☐ Pay booking fee of $ _____ ☐ Booking fees waived

**Driver's License/Programs:** ☐ See Probation Order  
☐ License suspended ☐ License restricted for _____ days/mos/yrs  
☐ Term(s) of restriction _____ ☐ License Revoked  
☐ Petition for Restrict ☐ Granted ☐ Denied ☐ IID required  
Deft to attend ☐ 1st Offend-3 mo ☐ 1st Offend-9 mo ☐ 12hr prog ☐ Multi-Off  
☐ MADD ☐ Complete by _____ ☐ Re-referred, enroll by _____

**Payments:** ☐ See Probation Order  
☐ As to all Counts, Fine ordered of $ _____ by _____  
☐ As to Ct(s) _____ Fine ordered of $ _____ by _____  
☐ As to Ct(s) _____ Fine ordered of $ _____ by _____  
☐ Victim Rest. Fund fine ☐ Diversion Rest. Fee $ _____ by _____  
☐ $ _____ of Fine is suspended ☐ by Jail _____  
☐ May be paid by Comm Service ☐ _____ hrs Comm Serv by _____  
☐ Modify fine terms to $ _____ due by _____  
☐ Pay CCA ☐ FTP ☐ FTA of $ _____  
☐ Pay $ _____ per month, starting _____ ☐ See Financial Officer  
☐ Pay $ _____ today ☐ Next payment due _____  
☐ Pay PD/CDA/Atty costs of $ _____ by _____

**CASE ORDERED CONTINUED TO:**

| Date: | Time: | Hearing: | Dept: |
|---|---|---|---|
| 11/23/10 | 8:30am | TCC | SM 7 |
| 11/30/10 | 9:30am | Jtrial | SM 7 |

☐ Vacate date of _____ ☐ Deft must be personally present  
☐ Estimated ☐ Trial ☐ Prelim ☐ Hearing Length _____  
☐ Commenced ☐ Concluded ☐ In Progress ☐ Continued ☐ Off calendar  
☑ Rescheduled by ☐ Court ☐ Party ☐ **Last Date for Trial** 12/3/10  
See ☐ reverse side ☐ page two for supplemental minute order

By _K. Allain_ _____ Deputy Clerk

SC-3400 [Rev. Feb. 1, 2010]

# Exhibit "D"

OFFICE OF THE

# DISTRICT ATTORNEY

## COUNTY OF SANTA BARBARA

**JOYCE E. DUDLEY**
**District Attorney**



ANN L. BRAMSEN
Chief Assistant District Attorney

J. GORDON AUCHINCLOSS      HILARY M. DOZER
Chief Deputy District Attorney      Chief Deputy District Attorney

STEPHEN P. FOLEY      RONALD J. ZONEN
Chief Deputy District Attorney      Chief Deputy District Attorney

JENNIFER MARTTINEN      DAVID M. SAUNDERS
Administrative Director      Chief Investigator

## Receipt for Initial Misdemeanor Discovery

People v. JEFFREY JACKSON LIND      DA Case #: 10-10-256095

D.A. Assigned: Richard Henry      Court Date: 10/20/2010

The District Attorney makes every effort to provide or make available all discoverable items. Only you can verify the completeness of your file. Please do so by arranging with the Deputy District Attorney to meet as often as necessary for the purpose of inspecting our file to make sure that you have every discoverable item you want.

**NOTICE TO DEFENSE COUNSEL AND PERSONS ACTING AS THEIR OWN ATTORNEY:** Penal Code Section 1054.2 provides: "No attorney may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 (Discovery) unless specifically permitted to do so by the court after a hearing and a showing of good cause."

**ACKNOWLEDGEMENT:** I hereby acknowledge that I have read all of the above, received the following for the case described above and understand that other discoverable item(s) are available upon request for inspection or copying. I also acknowledge that dissemination of these materials is limited by the provisions of P.C. 1054. et seq. The total amount now due is **$5.00**. Cash payment for discovery is required at the time it is received unless other arrangements have been made in advance.

## ITEM(S) PRODUCED
LIND

| DESCRIPTION/NAME | FILE NAME/APPLICATION | FIRST PAGE # | TOTAL PAGES |
|---|---|---|---|
| GUAD PD 10-4769 | GUAD PD 10-4769.PDF | 1 | 16 |

DATED: _____

_____      _____
Attorney or Representative - Signature      Attorney or Representative - Printed Name

------------------------------------------------------------------------

### FOR OFFICE USE ONLY

_____ Notified: _____ on 10/13/2010
Initials      Attorney Name or Representative

_____    _____   $_____   or ☐ Bill to Account
Signature of Discovery Clerk or DA Representative    Date    Amount Paid

☐ SANTA BARBARA OFFICE
1112 Santa Barbara Street
Santa Barbara, CA 93101
(805) 568-2300
Fax (805) 568-2453

☐ SANTA MARIA OFFICE
312-D East Cook Street
Santa Maria, CA 93454
(805) 346-7540
Fax (805) 346-7588

☐ LOMPOC OFFICE
115 Civic Center Plaza
Lompoc, CA 93436
(805) 737-7760
Fax (805) 737-7732

THE SUPERIOR COURT, STATE OF CALIFORNIA

For the County of Santa Barbara

Santa Maria Division

| THE PEOPLE OF THE STATE OF CALIFORNIA | | DA No. 10-10-256095 |
|---|---|---|
| | Plaintiff, | Court No. |
| vs. | | **MISDEMEANOR COMPLAINT** |
| JEFFREY JACKSON LIND | DOB: 10/06/1982 | **Breath: 0.13** |
| | Defendant. | **Breath: 0.14** |

The undersigned is informed and believes that:

## COUNT 1

On or about September 18, 2010, in the County of Santa Barbara, the crime of DRIVING UNDER THE INFLUENCE OF ALCOHOL, in violation of **VEHICLE CODE SECTION 23152(a)**, a Misdemeanor, was committed by JEFFREY JACKSON LIND, who did willfully and unlawfully drive a motor vehicle while under the influence of an alcoholic beverage.

"NOTICE: If convicted of this offense the court must suspend your driving privileges if you are under the age of 21 years. Vehicle Code Section 13202.5."

## COUNT 2

On or about September 18, 2010, in the County of Santa Barbara, the crime of DRIVING WHILE HAVING A 0.08% OR HIGHER BLOOD ALCOHOL, in violation of **VEHICLE CODE SECTION 23152(b)**, a Misdemeanor, was committed by JEFFREY JACKSON LIND, who did unlawfully, while having 0.08% and more, by weight, of alcohol in his/her blood, drive a vehicle.

"NOTICE: If convicted of this offense the court must suspend your driving privileges if you are under the age of 21 years. Vehicle Code Section 13202.5."

\* \* \* \* \* \* \* \*

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 2 COUNT(S).

Executed at Santa Maria, California, on October 13, 2010.

*Joyce E. Dudley*

MAG NICOLA
SENIOR DEPUTY DISTRICT ATTORNEY

Agency: GUAD

| DEFENDANT NAME | SEX | RACE | HGT | WGT | EYES | HAIR | DRIVER'S LICENSE | STS | COURT DATE |
|---|---|---|---|---|---|---|---|---|---|
| Jeffrey Jackson Lind dt | M | W | 508 | 180 | BLU | BRO | D1153786 | CR | 10/20/2010 |

1

# Exhibit "E"

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA
Santa Maria Division

**CRIMINAL MINUTE ORDER**

CASE NUMBER: 1350711

People of the State of California vs.
☐ Deft True Name:
Lind, Jeffrey Jackson

DATE: 10/20/10  TIME: 8:30 am  DEPT: SM3  Fut. Date: N

HEARING: Arraignment on Complaint

CLERK: Paez, Lupe

JUDGE: Honorable Rogelio Flores

REPORTER:

DISTRICT ATTY: S. Johnson

CUSTODY STATUS: Cite Release

DEFENSE ATTY:

AGENCY: SOSM   DATE OF VIOL: 09/18/10   DOB: 10/06/82

Interpreter_____ sworn: language_____

CHARGES:  1 ) 23152(a) VC M
          2 ) 23152(b) VC M

**Appearances**
☑ Deft present ☐ Deft not Present ☐ In Custody
☐ With Atty ☐ With PD ☐ By Atty ☐ By PD ☐ Needs Atty
☐ PD appointed ☐ PD declares conflict ☐ PD relieved ☐ CDA appointed
☐ 977 PC waiver filed ☐ Defense/PD declares lost contact
☐ 170.6 CCP Judge _____ by ☐ Defense ☐ People
☐ Case assigned for all purposes to _____

**Arraignment/Pleas:**
Filed: ☐ Amended Complaint ☐ Amended Information ☐ Information
☐ Deft advised of rights (see reverse) ☑ Deft/Atty waives formal reading and advisement of rights ☐ Defense handed copy of ☐ Comp ☐ Info
☐ On DA/Court's Motion, Complaint/Information amended:
☐ To add count ____ viol. of ____ and count ____ viol of ____
☐ To reduce/replace count(s) ____ to ____
☐ Ct(s) ____ reduced to Misdemeanor per 17b PC
☐ Deft is duly arraigned and pleads: ☑ Not Guilty to Ct(s) All
☐ No Contest to Ct(s) ____ ☐ Guilty to Ct(s) ____
☐ Denies Prior ☐ Admits Prior ☐ Prior ____ Stricken
☐ Refusal ☐ Stricken ☐ Admitted
☐ Special Allegation(s) ☐ Denied ☐ Stricken ☐ Admitted
☐ Ct(s) _____ ☐ Dismissed on Motion of DA/Court in Interest of Justice
(1385 PC) ☐ Dism on Motion of DA/Crt on other grounds
☐ With Harvey waiver ☐ Faretta waiver filed ☐ Arbuckle waiver given/filed
☐ Motion by _____ for _____ ☐ Granted ☐ Denied
☐ Deft waives time for ☐ Arraignment ☐ Prelim ☐ Trial ☐ Sentencing
☐ Time waived for ____ days ☐ Time waived to ____
☐ Deft/People waive Jury Trial ☐ Under submission

**Violation of Probation:** ☐ Defense handed copy of Violation of Probation
Report ☐ Deft advised of alleged Violation of Probation and all VP rights
☐ Deft admits viol & waives all VP rights ☐ Deft denies alleged Viol of Prob
☐ Deft found in Violation of Probation ☐ Deft not found in Viol of Probation

**Diversion:**
☐ Diversion granted on Ct(s) _____ for ____ months/years, order incorp. herein ☐ Terminated and criminal proceedings reinstated
☐ Successfully completed ☐ Denied ☐ Reinstated ☐ Violation admitted

**Reporting:** ☐ Report/Refer to Probation within ____ hrs/days for:
☐ Pre-Plea Report ☐ SATC Report ☐ OR/BR Report ☐ 1203c Report
☐ Pre-Sentence Rpt ☐ Anger Mgmt ☐ Restitution ☐ SARA assessment
☐ Oral/Written Supplemental ☐ Work Service ☐ Prop 36 assessment
☐ Diversion Report (PC1000) ☐ Referral given to Probation Officer in court

**Custody Status:** ☐ Remanded to the custody of the Sheriff
☐ Bail set at $ _____ ☑ Cite Release continued
**Deft ordered** ☐ released ☐ to return ☐ discharged on this case only
☐ Released on OR ☐ OR continued ☐ OR revoked
☐ No further proceedings ☐ Deft allowed ____ completed phone calls
☐ Deft to be dressed out ☐ with property for release ☐ Jury Trial
☐ Deft to be seen by Med. Tech/County Mental Health
☐ Cash Bail ☐ Bail Bond ☐ Continued ☐ Forfeited ☐ Exonerated
☐ Reinstated and Exonerated ☐ Apply to Fine ☐ Reassumed
☐ Upon payment of $ _____ fee by _____

**Warrant** ☐ Ordered per _____ ☐ 978.5 PC ☐ 40508a VC
☐ 1203.2 PC  $ _____ ☐ No Bail ☐ Held until _____
☐ May be forfeited ☐ May be served at night ☐ Quashed ☐ Released
☐ RECALLED ☐ Warrant remains out ☐ Affidavit/Declaration requested

**Other Orders:** ☐ Criminal proceedings suspended ☐ Criminal proceedings
reinstated ☐ Fine/Jail stayed pending appeal ☐ Statement of appeal settled
and certified ☐ Deft Sentenced to State Prison, Packet to follow
☐ Referred 1203.03 PC ☐ 4011. 6 PC report ☐ 136.2 PC Protective Order
☐ Order to Produce Deft ☐ 730 EC ☐ Faxed to _____
☐ 1368 PC Declared ☐ Dr(s) _____ appointed

**Probation:** ☐ Unsupervised ☐ Supervised
☐ Probation Granted for ____ mos/yrs, imposition of sentence suspended
☐ Probation Granted for ____ mos/yrs, Deft sentenced to ____ days/mos
Santa Barbara County Jail, suspended for ____ days/mos/yrs
☐ See Probation Order incorporated herein for all Terms and Conditions
☐ Probation Revoked ☐ To Retain Juris. ☐ To Impose/Execute Sentence
☐ Probation Terminated ☐ Prob to term. upon completion of ☐ Jail ☐ Fine
☐ Probation Reinstated ☐ and Modified ☐ Existing terms and conditions
☐ Probation Modified, order incorporated herein ☐ Term stricken
☐ Extended for ____ months/yrs, terminate on _____
☐ Formal modified to Court ☐ Court modified to Formal
☐ Prob unsupervised upon completion ☐ Jail ☐ SCRAM ☐ Rest ☐ Fine

**Jail:**
As to Ct(s) _____ ____ Days
in Santa Barbara County Jail ☐ Credit for time served ☐ Deft granted credit
for ____ actual days time served plus ____ good/work
time credits for a total of ____ days. Jail Calc. ☐ 1/2 ☐ 1/3 per 4019PC
☐ Deft to report to jail on or before noon/at _____ on _____
☐ SB ☐ SM ☐ Lom ☐ May be served in any penal institution
☐ Jail previously stayed, permanently stayed ☐ Other _____
☐ Jail stayed/suspended on condition complete _____ AA mtgs
☐ New remand, Vacate previous Jail report date of _____
☐ Sentence to be served ☐ Consecutive ☐ Concurrent to
case(s) _____
☐ Recommend: ☐ Electronic monitoring ☐ Work Furlough ☐ SWAP
☐ Apply by _____
☐ Deft to report to _____ for booking and release within ____ days
☐ Pay booking fee of $ _____ ☐ Booking fees waived

**Driver's License/Programs:** ☐ See Probation Order
☐ License suspended ☐ License restricted for ____ days/mos/yrs
☐ Term(s) of restriction _____ ☐ License Revoked
☐ Petition for Restrict ☐ Granted ☐ Denied ☐ IID required
Deft to attend ☐ 1st Offend-3 mo ☐ 1st Offend-9 mo ☐ 12hr prog ☐ Multi-Off
☐ MADD ☐ Complete by _____ ☐ Re-referred, enroll by _____

**Payments:** ☐ See Probation Order
☐ As to all Counts, Fine ordered of $ ____ by _____
☐ As to Ct(s) ____ Fine ordered of $ ____ by _____
☐ As to Ct(s) ____ Fine ordered of $ ____ by _____
☐ Victim Rest. Fund fine ☐ Diversion Rest. Fee $ ____ by _____
☐ $ ____ of Fine is suspended ☐ by Jail _____
☐ May be paid by Comm Service ☐ ____ hrs Comm Serv by _____
☐ Modify fine terms to $ ____ due by _____
☐ Pay CCA ☐ FTP ☐ FTA of $ ____ by _____
☐ Pay $ ____ per month, starting _____ ☐ See Financial Officer
☐ Pay $ ____ today ☐ Next payment due _____
☐ Pay PD/CDA/Atty costs of $ ____ by _____

**CASE ORDERED CONTINUED TO:**

| Date: | Time: | Hearing: | Dept: |
|---|---|---|---|
| 10-27-10 | 8:30 | RSC | 7 |

☐ Vacate date of _____ ☐ Deft must be personally present
☐ Estimated ☐ Trial ☑ Prelim ☐ Hearing Length _____
☑ Commenced ☑ Concluded ☐ In Progress ☐ Continued ☐ Off calendar
☐ Rescheduled by ☐ Court ☐ Party ☐ Last Date for Trial _____
See ☐ reverse side ☐ page two for supplemental minute order

Comm: _Deft refuses to enter a plea and the court enters a
not guilty plea. All motions to be filed at Clerk's office
or if the assigned Court_

By _____ Deputy Clerk

SC-3400 [Rev. Feb. 1, 2010]

# Exhibit "F"

☐ Deft True Name:
Lind, Jeffrey Jackson

DATE: 11/23/10    TIME: 8:30 am    DEPT: SM7    Fut. Date: Y

HEARING: Trial Confirmation /LDFT 12-03-10

CLERK: Allain, Kelley
REPORTER: Davison, Susan
CUSTODY STATUS: Cite Release

JUDGE: Honorable Jed Beebe
DISTRICT ATTY: Angelina Rose Borrello
DEFENSE ATTY: In Pro Per

AGENCY: SOSN    DATE OF VIOL: 09/18/10    DOB: 10/06/82

Interpreter _____ sworn: language _____

CHARGES:  1 ) 23152(a) VC M
          2 ) 23152(b) VC M

**Appearances** ☑ Deft present ☐ Deft not Present ☐ In Custody
☐ With Atty ☐ With PD ☐ By Atty ☐ By PD ☐ Needs Atty
☐ PD appointed ☐ PD declares conflict ☐ PD relieved ☐ CDA appointed
☐ 977 FC waiver filed ☐ Defense/PD declares lost contact
☐ 170.6 CCP Judge _____ by ☐ Defense ☐ People
☐ Case assigned for all purposes to _____

**Arraignment/Pleas:**
Filed: ☐ Amended Complaint ☐ Amended Information ☐ Information
☐ Deft advised of rights (see reverse) ☐ Deft/Atty waives formal reading and advisement of rights ☐ Defense handed copy of ☐ Comp ☐ Info
☐ On DA/Court's Motion, Complaint/Information amended:
☐ To add count _____ viol of _____ and ☐ count _____ viol of _____
☐ To reduce/replace count(s) _____ to _____
☐ Ct(s) _____ reduced to Misdemeanor per 17b PC
☐ Deft is duly arraigned and pleads: ☐ Not Guilty to Ct(s) _____
☐ No Contest to Ct(s) _____ ☐ Guilty to Ct(s) _____
☐ Denies Prior _____ ☐ Admits Prior _____ ☐ Prior _____ Stricken
☐ Refusal ☐ Stricken ☐ Admitted
☐ Special Allegation(s) ☐ Denied ☐ Stricken ☐ Admitted
☐ Ct(s) _____ ☐ Dismissed on Motion of DA/Court in Interest of Justice (1385 PC) ☐ Dism on Motion of DA/Crt on other grounds _____
☐ With Harvey waiver ☐ Faretta waiver filed ☐ Arbuckle waiver given/filed
☐ Motion by _____ for _____ ☐ Granted ☐ Denied
☐ Deft waives time for ☐ Arraignment ☐ Prelim ☐ Trial ☐ Sentencing
☐ Time waived for _____ days ☐ Time waived to _____
☐ Deft/People waive Jury Trial ☐ Under submission

**Violation of Probation:** ☐ Defense handed copy of Violation of Probation
Report ☐ Deft advised of alleged Violation of Probation and all VP rights
☐ Deft admits viol & waives all VP rights ☐ Deft denies alleged Viol of Prob
☐ Deft found in Violation of Probation ☐ Deft not found in Viol of Probation

**Diversion:**
☐ Diversion granted on Ct(s) _____ for _____ months/years, order incorp. herein ☐ Terminated and criminal proceedings reinstated
☐ Successfully completed ☐ Denied ☐ Reinstated ☐ Violation admitted

**Reporting:** ☐ Report/Refer to Probation within _____ hrs/days for:
☐ Pre-Plea Report ☐ SATC Report ☐ OR/BR Report ☐ 1203c Report
☐ Pre-Sentence Rpt ☐ Anger Mgmt ☐ Restitution ☐ SARA assessment
☐ Oral/Written Supplemental ☐ Work Service ☐ Prop 36 assessment
☐ Diversion Report (PC1000) ☐ Referral given to Probation Officer in court

**Custody Status:** ☐ Remanded to the custody of the Sheriff
☐ Bail set at $ _____ ☑ Cite Release continued
**Deft ordered** ☐ released ☐ to return ☐ discharged on this case only
☐ Released on OR ☐ OR continued ☐ OR revoked
☐ No further proceedings ☐ Deft allowed _____ completed phone calls
☐ Deft to be dressed out ☐ with property for release ☐ Jury Trial
☐ Deft to be seen by Med. Tech/County Mental Health
☐ Cash Bail ☐ Bail Bond ☐ Continued ☐ Forfeited ☐ Exonerated
☐ Reinstated and Exonerated ☐ Apply to Fine ☐ Reassumed
☐ Upon payment of $ _____ fee by _____

**Warrant:** Ordered per _____ ☐ 978.5 FC ☐ 40508a VC
☐ 1203.2 PC   $ _____ ☐ No Bail ☐ Held until _____
☐ May be forfeited ☐ May be served at night ☐ Quashed ☐ Released
☐ RECALLED ☐ Warrant remains out ☐ Affidavit/Declaration requested

**Other Orders:** ☐ Criminal proceedings suspended ☐ Criminal proceedings reinstated ☐ Fine/Jail stayed pending appeal ☐ Statement of appeal settled and certified ☐ Deft Referred to State Prison, Packet to follow
☐ Referred 1203.03 PC ☐ 4011.6 PC report ☐ 136.2 PC Protective Order
☐ Order to Produce Deft ☐ 730 EC ☐ Faxed to _____
☐ 1368 PC Declared ☐ Dr(s) _____ appointed
Comm: _____

**Probation:** ☐ Unsupervised ☐ Supervised
☐ Probation Granted for _____ mos/yrs, imposition of sentence suspended
☐ Probation Granted for _____ mos/yrs, Deft sentenced to _____ days/mos
Santa Barbara County Jail, suspended for _____ days/mos/yrs
☐ See Probation Order incorporated herein for all Terms and Conditions
☐ Probation Revoked ☐ To Retain Juris. ☐ To Impose/Execute Sentence
☐ Probation Terminated ☐ Prob to term. upon completion of ☐ Jail ☐ Fine
☐ Probation Reinstated ☐ and Modified ☐ Existing terms and conditions
☐ Probation Modified, order incorporated herein ☐ Term stricken _____
☐ Extended for _____ months/yrs, terminate on _____
☐ Formal modified to Court ☐ Court modified to Formal
☐ Prob unsupervised upon completion ☐ Jail ☐ SCRAM ☐ Rest ☐ Fine

**Jail:**
As to Ct(s) _____ Deft to serve _____ Days
in Santa Barbara County Jail ☐ Credit for time served ☐ Deft granted credit
for _____ actual days time served plus _____ good/work
time credits for a total of _____ days. Jail Calc. ☐ 1/2 ☐ 1/3 per 4019PC
☐ Deft to report to jail on or before noon/at _____
☐ SB ☐ SM ☐ Lom ☐ May be served in any penal institution
☐ Jail previously stayed, permanently stayed ☐ Other _____
☐ Jail stayed/suspended on condition complete _____ AA mtgs
☐ New remand, Vacate previous Jail report date of _____
☐ Sentence to be served ☐ Consecutive ☐ Concurrent to _____
case(s) _____
☐ Recommend: ☐ Electronic monitoring ☐ Work Furlough ☐ SWAP
☐ Apply by _____
☐ Deft to report to _____ for booking and release within _____ days
☐ Pay booking fee of $ _____ ☐ Booking fees waived

**Driver's License/Programs:** ☐ See Probation Order
☐ License suspended ☐ License restricted for _____ days/mos/yrs
☐ Term(s) of restriction _____ ☐ License Revoked
☐ Petition for Restrict ☐ Granted ☐ Denied ☐ IID required
Deft to attend ☐ 1st Offend-3 mo ☐ 1st Offend-9 mo ☐ 12hr prog ☐ Multi-Off
☐ MADD ☐ Complete by _____ ☐ Re-referred, enroll by _____

**Payments:** ☐ See Probation Order
☐ As to all Counts, Fine ordered of $ _____ by _____
☐ As to Ct(s) _____ Fine ordered of $ _____ by _____
☐ As to Ct(s) _____ Fine ordered of $ _____ by _____
☐ Victim Rest. Fund fine ☐ Diversion Rest. Fee $ _____ by _____
☐ $ _____ of Fine is suspended ☐ by Jail _____
☐ May be paid by Comm Service ☐ _____ hrs Comm Serv by _____
☐ Modify fine terms to $ _____ due by _____
☐ Pay CCA ☐ FTP ☐ FTA of $ _____ by _____
☐ Pay $ _____ per month, starting _____ ☐ See Financial Officer
☐ Pay $ _____ today ☐ Next payment due _____
☐ Pay PD/CDA/Atty costs of $ _____ by _____

**CASE ORDERED CONTINUED TO:**

| Date: | Time: | Hearing: | Dept: |
|---|---|---|---|
| 11/30/10 | 9:30am | Trial | SM 7 |

☐ Vacate date of _____ ☐ Deft must be personally present
☐ Estimated ☐ Trial ☐ Prelim ☐ Hearing Length _____
☐ Commenced ☐ Concluded ☐ In Progress ☐ Continued ☐ Off calendar
☐ Rescheduled by ☐ Court ☐ Party ☐ Last Date for Trial
See ☐ reverse side ☐ page two for supplemental minute order

SC-3400 [Rev. Feb. 1, 2010]    By _____ Deputy Clerk

# Exhibit "G"

COPY

1      SUPERIOR COURT OF THE STATE OF CALIFORNIA

2        IN AND FOR THE COUNTY OF SANTA BARBARA

3       SANTA MARIA BRANCH; MILLER STREET DIVISION

4      DEPARTMENT SM-7      HONORABLE JED BEEBE, JUDGE

5      _____

6    THE PEOPLE OF THE STATE OF            )

7    CALIFORNIA,                           )

8                    Plaintiff,            )

9            -vs-                          ) No. 1350711

10   JEFFREY JACKSON LIND,                 )

11                  Defendant.             )
     _____

12

13               REPORTER'S TRANSCRIPT

14

15               OCTOBER 27, 2010

                 NOVEMBER 23, 2010
16

17

18

     APPEARANCES OF COUNSEL:
19

20   For Plaintiff:       ANGELINA BORRELLO
                          Deputy District Attorney
21                        County of Santa Barbara
                          312-D East Cook Street
22                        Santa Maria, CA  93454

23
     For Defendant:       JEFFREY JACKSON LIND
24                        In Propria Persona

25

26

27
     REPORTED       SUSAN DAVISON, CSR #4221
28   BY:            Official Court Reporter

                                              1

```
 1                    Santa Maria, California
 2              Wednesday, October 27, 2010
 3                    Morning Session
 4
 5          THE COURT:  Is Jeffrey Lind present?  You can
 6   come forward and have a seat at the table.
 7          THE BAILIFF:  Who are you, sir?
 8          A VOICE:  I'm a friend and legal counsel.
 9          THE COURT:  Are you an attorney?
10          A VOICE:  Attorney in fact.
11          THE COURT:  Well, I don't think that counts.
12          A VOICE:  It doesn't?
13          THE BAILIFF:  Have a seat back in the
14   audience.
15          THE COURT:  It counts for some purposes,
16   executing documents and so forth, but not for
17   appearing in court.
18          Mr. Lind, I see you are charged with driving
19   under the influence of alcohol in two counts, one
20   under 23152(a) which says that you were driving
21   under the influence, and Count 2 is that you had a
22   blood alcohol level of .08 or higher, which is an
23   alternative statement of the same charge.
24          You have a right to represent yourself if you
25   wish to, but you also have the right to have an
26   attorney appointed for you if you wish to have legal
27   counsel in the proceeding.
28          THE DEFENDANT:  I wasn't here to discuss the
```

2

1   facts of the case.  I challenged the jurisdiction of

2   the court, and I would like to let the record show

3   that the Superior Court of record is entering a

4   judgment and order.

5          THE COURT:  You can hand the document to the

6   bailiff.

7          I did receive in the file the judicial notice

8   and affidavit.

9          THE DEFENDANT:  Yes, sir.  Everything is in

10  the paperwork.

11         THE COURT:  If I understand your document

12  correctly, and perhaps we should make a copy for the

13  prosecutor, you're trying to do one of two things.

14  You're either asking this court to recognize the

15  lack of subject matter jurisdiction, or the way it's

16  written, it seems to actually render your own

17  judgment as an independent tribunal of your failure

18  to subject to this court.  Is that what you intend?

19         THE DEFENDANT:  Say that again?

20         THE COURT:  Well, I can construe the

21  document in one of two ways.  It reads in part as if

22  you were the judge in your own case and concluding

23  that the Superior Court has no jurisdiction to

24  adjudicate the offense here, which is interesting

25  but it wouldn't affect this court of its ability to

26  proceed.

27         On the other hand, if you're trying to raise

28  a subject matter jurisdiction objection to this

3

1  court's proceeding, that's something that you can

2  do.

3       THE DEFENDANT:  I believe, yes.

4       THE COURT:  If you want to --

5       THE DEFENDANT:  Yes.  I just challenge the

6  jurisdiction and standing up for my constitutional

7  rights.

8       THE COURT:  All right.  I don't find a legal

9  basis in the citations that are contained in the

10 document that you filed for an objection to the

11 court's subject matter jurisdiction.  There are

12 areas this court does not have subject matter

13 jurisdiction, but claims of drunk driving are

14 generally not one of them.

15      Do you have an argument you want to make on

16 that subject?

17      THE DEFENDANT:  No.

18      THE COURT:  Then --

19      THE DEFENDANT:  I wasn't here to argue the

20 fact.  Just made a challenge of the jurisdiction.

21      THE COURT:  All right.  Well, this is the

22 time I'm open to hearing any subject matter

23 jurisdictional claim.  Successful claims can be made

24 on the basis you were entitled to some form of

25 recognized diplomatic immunity, that the -- if it

26 were perhaps a probate claim or something that was

27 being property here, that would be something that

28 this department at least would not have subject

4

1   matter jurisdiction over.

2        But the Superior Court is charged with

3   adjudication of cases in which people are alleged to

4   have driven on the public streets while intoxicated

5   or with a blood alcohol level higher than that

6   allowed.

7        So if you have an argument to make other

8   than this, otherwise I'm prepared to rule.

9        THE DEFENDANT:  Just that the officer was

10  out of his jurisdiction.  They unlawfully stopped

11  me.  And once I challenged the jurisdiction, it's

12  unlawful to proceed forward until it's been proven.

13       THE COURT:  Well, there are a couple of

14  different kinds of jurisdiction.  One is the general

15  jurisdiction which we refer to as subject matter

16  jurisdiction of the court, hearing the case at all,

17  and that's generally what we mean when we say

18  subject matter jurisdiction.

19       There are additional questions of

20  jurisdiction that arise, whether there's personal

21  jurisdiction acquired over you is a different

22  question, and also the issue of whether or not the

23  officer has proceeded within the law.

24       If you want to make a claim, for example,

25  that you were improperly detained and the blood

26  alcohol was found, whatever it might be, is not

27  evidence that the court can hear, that's a motion to

28  suppress, which is different than a subject matter

5

1   jurisdiction claim.

2          These are concepts not familiar to most lay

3   persons except in a general way, and that's why we

4   offer at no cost to you an attorney to assist you if

5   you wish to have one.

6          THE DEFENDANT:  No.  Just as a sovereign I

7   was just challenging the jurisdiction to everything

8   -- all the answers are provided in the paperwork.

9          THE COURT:  All right.  Then I find against

10  your claim of a lack of subject matter jurisdiction

11  on the basis of the argument and authorities

12  presented so far which means we will need to proceed

13  to adjudicate the case.

14         This is a misdemeanor offense.  It carries

15  with it the right to a speedy trial within 45 days

16  of the date that your plea was entered, which was

17  the 20th of October.

18         You can extend that date if you wish to, but

19  otherwise the court is required to try it within

20  that time.

21         Beyond your challenge of jurisdiction, do you

22  know what you want to do?

23         THE DEFENDANT:  Say again?  Do I want to

24  challenge the jurisdiction?

25         THE COURT:  No.  Beyond the challenge of

26  jurisdiction do you know what you want to do in the

27  case?

28         THE DEFENDANT:  It's all in the paperwork.

                                                        6

1    THE COURT:  Well, you are presently released
2  on your own recognizance and you have come back to
3  court.  If we set a date for the trial, you will
4  need to come back for that.  Do you understand that?
5    I don't mind if you want to consult for a
6  minute.  You will need to do it out in the audience
7  area.
8    (Other matters taken.)
9    THE COURT:  Mr. Lind, if you would like to
10  come forward again.
11    THE DEFENDANT:  Pretty much the same thing.
12  Superior Court of record, challenge jurisdiction and
13  it's unlawful to move forward until jurisdiction is
14  proved.  I am no longer the surety for the
15  defendant.
16    THE COURT:  All right.  As I indicated, I
17  found against the subject matter jurisdictional
18  claim.  If you have others, you are at liberty to
19  present them by appropriate motion.
20    In the meantime perhaps the people could let
21  you know what the offer would be on the case if
22  you're interested in resolving it just so you have
23  that information at least.
24    MS. BORRELLO:  If you plead to the (b) count
25  it's 23152(b), driving while having an alcohol level
26  of .08 or above, and we would offer three years
27  probation, three month program and a fine.  That
28  would be our offer.

7

1        THE DEFENDANT:  No, thank you.

2        MS. BORRELLO:  Your Honor, I would ask that

3   we set a trial date.

4        THE COURT:  All right.  Last day for trial?

5        THE CLERK:  The 3rd.

6        THE COURT:  All right.  Well, I think the

7   date within the time period that's allowed by law

8   would be the 30th of November.

9        MS. BORRELLO:  We do have another trial

10  scheduled that day, but --

11       THE COURT:  Beyond the David Martinez case?

12       MS. BORRELLO:  I have the Nevarez trial.  I

13  could be wrong.

14       THE COURT:  Well, we are running against a

15  time deadline in this case.  We are going to have to

16  set it -- we will set a TCC on the matter on the

17  23rd.

18       If you would like a further opportunity to

19  discuss the case at all before we come back to

20  confirm the trial date on the 23rd of November, we

21  can set a date.  But if your intention is just to

22  stand by the jurisdictional argument, there may be

23  no point in that.  It's up to you.

24       THE DEFENDANT:  No.  I'm challenging the

25  jurisdiction.

26       THE COURT:  All right.  We will just leave

27  the TCC on then for the 23rd.  By TCC, what we mean

28  is trial confirmation conference.  So you would be

8

```
1    required to appear here on Tuesday, November 23rd,
2    in order to discuss the mechanics of the trial.
3        You have a continuing opportunity to have
4    counsel appointed for you if you wish to to see if
5    there's any more effective way of advancing concerns
6    you might have.  But otherwise you are ordered to
7    return on that day.
8        MS. BORRELLO:  Your Honor, I have initial
9    discovery for Mr. Lind.
10       THE COURT:  Yes.
11       And then the 30th for trial.
12       MS. BORRELLO:  If you can sign for the
13   discovery.
14       THE DEFENDANT:  I prefer to not sign
15   anything.
16       THE COURT:  The court record will reflect
17   it's been handed to him.
18       And I do see that you have brought Mr.
19   Murphy, I presume, to court with you.  You are
20   entitled to discuss the case with anybody you want
21   to because you are acting as your own attorney at
22   this point.  We can't recognize Mr. Murphy as an
23   attorney of the state of California because he is
24   not licensed that we are aware of and he hasn't
25   represented that he is.  So he can assist you with
26   papers if that's what you want to have happen.
27       You can face potentially serious
28   consequences, including loss of driver's license, if
```

9

1   you have one, jail time and monetary fines as a

2   result of a conviction in a case such as this if it

3   would occur.

4         So I don't want to discourage you from

5   talking to Mr. Murphy, but you might want to

6   consider a range of opinions on the subject as you

7   decide in your own best interest what you want to do

8   on the case when you come back.

9         With that, you are ordered to return on the

10  23rd at 8:30 and we will see you then.

11        THE DEFENDANT:   23rd at 8:30.

12        THE BAILIFF:   He wants this one stamped, his

13  copy.

14        THE COURT:   Sure.

15                    *   *   *   *

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    10

1          Santa Maria, California

2        Tuesday, November 23, 2010

3            Morning Session

4

5          MS. BORRELLO:  Your Honor, can I call a case?

6          THE COURT:  Yes.

7          MS. BORRELLO:  Mr. Lind.

8          THE COURT:  Yes.  Mr. Lind.

9          THE DEFENDANT:  How is it going?

10         THE COURT:  Very well.  Thank you.  Good

11    morning.

12         THE DEFENDANT:  Good morning.

13         THE COURT:  There was an issue or a concern

14    about possible unauthorized recording in the

15    courtroom.

16         THE DEFENDANT:  No.  We don't have a

17    recorder.

18         THE COURT:  All right.  It can be permitted.

19    You just have to make a request of the court.  But

20    in the absence of that, it's not allowed.

21         THE DEFENDANT:  Sure.

22         THE COURT:  I did receive the writ of error

23    filed November 19th.  Have the people received a

24    copy?

25         MS. BORRELLO:  No, Your Honor.

26         THE DEFENDANT:  Here, I have one.

27         I also have something else I would like to

28    file.  It's an entry of default judgment with an

                                                    11

1    order to show cause.  I filed a counter claim and

2    the defendants listed here have failed to respond in

3    the matter of the jurisdiction that I challenged

4    which all the laws that support that were case laws.

5    I have a couple here if you wish me to read it.

6            But I want to maintain a court of record and

7    keep it to the paperwork.  Everything that I filed

8    is in the paperwork which this is right here the

9    entry of default in judgment.

10           THE COURT:  Well, you can hand that up and

11   we will examine it.

12           THE DEFENDANT:  Thank you.

13           I brought a copy for her as well.

14           THE COURT:  Well, I have a couple of

15   concerns with this procedure.  One is that the only

16   case number shown on it is the one for the current

17   case, and it -- I see we did file a counter claim

18   for trespass on October 20th, 2010.

19           THE DEFENDANT:  Correct.

20           THE COURT:  By what authority do you suggest

21   default would be taken sooner than --

22           THE DEFENDANT:  That's all noted in the

23   paperwork, case laws for it, because I challenged

24   the jurisdiction of this court.  And even if you

25   look in that judgment on page 11, footnote 53 where

26   -- I will read it if you like.

27           THE COURT:  I gather the basic thrust of

28   your legal theory is that you are the tribunal and

                                                        12

1  deciding the case.

2       THE DEFENDANT: Proceeding in the course of

3  common law because the case defaulted, yes.

4       THE COURT: Well, we are I think unable to

5  recognize that as the theory on the principle if

6  nothing else that no man can be judging his own

7  cause.

8       THE DEFENDANT: All the law backs it up

9  which is all in the paperwork as well. I've been

10 doing a lot of homework on it to basically explain

11 why I was pulled over unlawfully, and all the

12 paperwork says that from the counter claim on which

13 they defaulted on, the defendants, and all this case

14 law supports and backs everything up, which is why I

15 want to object to the jury trial that you have set

16 up for the 30th.

17      THE COURT: Well, I'm afraid it's not a

18 legal procedure I recognize, even -- assuming it

19 were possible to file the counter claim in this

20 action, it remains necessary to decide the

21 underlying case itself which charges you with

22 driving under the influence or with a blood alcohol

23 of .08 or higher.

24      THE DEFENDANT: But that's why I object to

25 that because they didn't have jurisdiction to pull

26 me over to begin with. It's all case law. I'm just

27 exercising my constitutional rights to stand up for

28 that, which it's all in the paperwork.

13

1    It's not that I'm trying to be difficult or
2    anything.  I assume you're probably getting as much
3    of an education on this as I am.  But I was
4    unlawfully pulled over.  All the laws back that up.
5    It's case law.
6         THE COURT:  Well, there is a procedure for
7    having the question of the lawfulness of being
8    pulled over reviewed by the court.  That's a motion
9    pursuant to Penal Code Section 1538.5, a motion to
10   suppress the evidence.
11        THE DEFENDANT:  Correct.  But I'm not
12   subject to the Penal Code.  I'm going according to
13   the common law.  That's why I object to the Penal
14   Codes and the statutes, which all the case law backs
15   --
16        THE COURT:  There we have a difficulty.
17        THE DEFENDANT:  All the case law backs that
18   up.  It's all in the law which is all provided in
19   the paperwork, which is why I'm objecting to all of
20   this.
21        There is no grounds to move forward for lack
22   of jurisdiction.  As you read in that footnote, a
23   court cannot assume jurisdiction once that's been
24   challenged.  And it's not me saying that, it's the
25   law.
26        THE COURT:  I'm not quite sure what to do
27   with you, Mr. Lind.  We have a trial that's
28   scheduled to go on --

                                                        14

1    THE DEFENDANT:  Which I'm objecting to that.

2    I would be more than willing to give you time if you

3    cancel out that trial which I'm objecting to for the

4    record for lack of jurisdiction.

5        If you would like to review the paperwork

6    yourself.  I've done most of the homework and put

7    all of the footnotes and the law in there so you

8    don't have to go searching for it.

9        THE COURT:  It would be more convenient to

10   hold the trial a different time than the 30th when

11   we scheduled it.  The last day for trial under the

12   law at present is December 3rd.  So that can be

13   extended with your consent, but --

14       THE DEFENDANT:  That's the thing.  Since

15   they've defaulted on this counter claim, I was

16   turned into a plaintiff as soon as I filed this

17   counter claim for them having lack of jurisdiction

18   against the defendants.  So I don't even see the

19   point of having a trial.  I don't see how the court

20   can proceed forward unlawfully if they have lack of

21   jurisdiction.  All case law backs that up.

22       Again I know it's a different approach than

23   probably what you've been faced with, same as me.

24   But he pulled me over unlawfully.  I'm not subject

25   to the Penal Code that is operated by this private

26   corporation.  I'm going according to the course of

27   the common law, and all the case law backs that up.

28   It's all law.  And it's my constitutional right to

15

1   exercise that.

2         THE COURT:  Well, your constitutional right

3   is to have a trial on November 30th unless you want

4   to postpone that date.

5         THE DEFENDANT:  Yes.  I'm objecting to that

6   trial because there's no reason to have it.  There's

7   technically no case if there's no jurisdiction.

8   Once that is raised, it must be proven and it hasn't

9   been proven.  I haven't received anything in writing

10  or on paper that says this court has jurisdiction

11  over me according to the law.

12        THE COURT:  You're a resident of the state

13  of California?

14        THE DEFENDANT:  No.  I'm a people of

15  California.

16        MS. BORRELLO:  Your Honor, the people are

17  ready for trial on the 30th.

18        THE COURT:  If you want to continue the

19  trial for the purpose of litigating the lawfulness

20  of the stop, I'm willing to do that.  But if your

21  challenge is to the fundamental jurisdiction of the

22  court, I'm obliged to rule against that and to order

23  that the trial proceed on the 30th.

24        THE DEFENDANT:  Even though it's case law

25  when there's lack of jurisdiction there's no case?

26        THE COURT:  If there were a lack of

27  jurisdiction there would be no case.  But there is

28  jurisdiction here is my finding.

                                                    16

1    THE DEFENDANT:  The law says that there
2    isn't.

3    THE COURT:  I don't read the law that way.
4    And I think we have a fundamental difference of
5    opinion on the nature of the court's jurisdiction
6    here.

7    THE DEFENDANT:  Well, we may agree to
8    disagree, but it doesn't mean the law is wrong.

9    THE COURT:  My point exactly.

10    THE DEFENDANT:  It's a constitutional right
11    that he have no jurisdiction.  Which is all --

12    THE COURT:  As often as you say that's the
13    law, I find it's not.

14    THE DEFENDANT:  Have you gone through all of
15    the paperwork provided?

16    THE COURT:  Well, I haven't had time to go
17    through the entry of default that you have just
18    offered, but I have read the writ of error, and I
19    don't find a logical basis in there for denial of
20    jurisdiction, nor do I understand how you can assume
21    the roll of tribunal.

22    THE DEFENDANT:  Because the law says I can.

23    THE COURT:  Well, no law that I'm familiar
24    with says that.

25    THE DEFENDANT:  Correct.  I understand that
26    -- like I said, we are all getting an education here
27    about that.  Let me look for my -- one second.

28    See, originally when I was before Judge

17

```
 1    Bullard and I raised the jurisdiction challenge, I
 2    convened a court of record, which is according to
 3    the common law, and --
 4         THE COURT:  Well, who do you think is the
 5    court of record?
 6         THE DEFENDANT:  I'm the court of record.
 7         THE COURT:  Well, I think I'm the court of
 8    record.
 9         THE DEFENDANT:  Correct.  I understand that
10    that's --
11         THE COURT:  That's the point of the
12    disagreement.  Here is my seal.  Where is yours?
13         THE DEFENDANT:  My signature.
14         THE COURT:  All right.  That's another point
15    on which we disagree.
16         THE DEFENDANT:  To be a court of record, it
17    doesn't require a seal.  It's kind of optional.
18         THE COURT:  I read that in your papers.
19         THE DEFENDANT:  It generally possesses a
20    seal.  It has all the case law.  But generally
21    doesn't mean mandatory.
22         And since I've got all this law which I have
23    looked through in all the law books, printed this
24    up.  The court is the person in suit of the
25    sovereign, the place where the sovereign sojourns
26    with his legal retinue, whatever that may be.
27    Black's law dictionary, fifth edition.
28         So I've got all the case laws that back all
```

18

1    of this stuff up.  I'm not just in here to try to be

2    crazy or create waves.  I just want the right thing

3    done.

4        And like I mentioned in all of this, it's all

5    in the paperwork.  I have laid it all out, why

6    there's no jurisdiction and --

7        THE COURT:  All right.  Here is the simple

8    choice you have today.  We either confirm the trial

9    that we have for the 30th or at your request we will

10   schedule a further hearing to have -- entertain any

11   legal objection you have to the lawfulness of the

12   stop.

13       THE DEFENDANT:  I would go that route then.

14   I object to the 30th -- I object to the trial

15   altogether, but I'm more than willing to let you go

16   through all the paperwork and see if it all checks

17   out, which I know that it does because it's the law.

18       So yes, I don't think it's unreasonable to

19   postpone it so all the paperwork can be taken into

20   consideration.  And she just had this -- Miss

21   Borrello had this given to her today as well.  So

22   she will be able to properly review it.

23       THE COURT:  Let me be clear.  If what you're

24   thinking I'm saying is I'm going to entertain a

25   further hearing on the issue of the court's

26   jurisdiction, it's not my intention to do that.

27       If you want to have a hearing which would

28   raise issues which I'm permitted to consider

19

1  pursuant to the Penal Code with regard to the
2  lawfulness of the stop, I would permit you to do
3  that.  Otherwise I don't see any point in postponing
4  the trial.

5        THE DEFENDANT:  Let me have one moment with
6  counsel then, please.

7        Yes, Your Honor, I'm just going to go ahead
8  and object to the trial and not go forward because
9  there's like I said lack of jurisdiction.  All the
10 law backs that up.

11       And if I could read one more thing here.
12 "Whenever a judge --" the footnote here.  "Whenever
13 a judge acts where he or she does not have
14 jurisdiction to act, the judge is engaging in acts
15 of treason."

16       THE COURT:  Well, again we will have to
17 agree to disagree on that point.

18       THE DEFENDANT:  All right.  Just for the
19 record, I object.  I'm going to stand on my
20 constitutional rights.  The law backs it up.

21       And I will do what I need to do to take that
22 where I need to do to make sure that this is
23 recognized.

24       THE COURT:  All right.  Then it sounds like
25 what we need to do is confirm the trial scheduled
26 for the 30th of November.

27       MS. BORRELLO:  Your Honor, the people are
28 ready and I do have the people's motion in limine,

20

1    requested jury instructions, statement of facts,

2    witness list to file.

3        THE COURT:  All right.  You have a copy for

4    Mr. Lind?

5        MS. BORRELLO:  Yes.  I will ask Kelley if it

6    can be conformed first.

7        THE DEFENDANT:  If I may, too, may I get

8    this stamped saying I filed this, please, that you

9    received it?

10        THE COURT:  The entry of default?

11        THE DEFENDANT:  Yes.

12        THE COURT:  It may be lodged.  It may not be

13    filed.

14        THE DEFENDANT:  Can I at least get it

15    stamped saying you received it, that I delivered it,

16    please?

17        THE COURT:  Yes.  Do you have a received

18    stamp here?

19        THE CLERK:  No.  But I will get one.

20        THE COURT:  All right.  We will have that

21    stamped and delivered and give you a copy of that.

22        In the meantime then the trial is confirmed

23    for the 30th.  It's to begin at 9:30.

24        THE DEFENDANT:  Would you let the record

25    show I did object to that, though.

26        THE COURT:  Yes.  It will show that quite

27    clearly.

28        MS. BORRELLO:  Thank you, Your Honor.

1               THE DEFENDANT:   Thank you.

2                       *   *   *   *

## REPORTER'S CERTIFICATE

 

 

     I, SUSAN DAVISON, CSR #4221, Official Court
Reporter of the Superior Court of the County of
Santa Barbara, State of California, do hereby
certify:

     That the foregoing 22 pages contain a true
and correct transcript of the proceedings had in the
within-entitled matter, recorded by me by stenotype
on the dates and at the hours herein written, and
thereafter reduced to typewriting by computer-aided
transcription under my direction.

     In compliance with Section 8016 of the
Business & Professions Code, I certify under penalty
of perjury that I am a Certified Shorthand Reporter
with License No. 4221 in full force and effect.

     DATED: Santa Maria, California, November 25,
2010.

 

 

 

_Susan Davison_
_____

          SUSAN DAVISON, CSR #4221

# Exhibit "H"

Jeffery Jackson Lind                                    Case N

## LAW OF THE CASE

The law of the case is decreed as follows:

It is the public policy of this state that public agencies exist to aid in the conduct of the people's business....The people of this state do not yield their sovereignty to the agencies which serve them.  [California Government Code, Section 11120.]

In enacting this chapter, the Legislature finds and declares that the public commissions, boards and councils and the other public agencies in this State exist to aid in the conduct of the people's business....The people of this State do not yield their sovereignty to the agencies which serve them. [California Government Code Section 54950.]

Laws, whether organic or ordinary, are either written or unwritten. [California Code of Civil Procedure, Section 1895.]

A written law is that which is promulgated in writing, and of which a record is in existence. [California Code of Civil Procedure, Section 1896]

The organic law is the Constitution of Government, and is altogether written. Other written laws are denominated statutes. The written law of this State is therefore contained in its Constitution and statutes, and in the Constitution and statutes of the United States. [California Code of Civil Procedure, Section 1897]

Any judicial record may be impeached by evidence of a want of jurisdiction in the Court or judicial officer, of collusion between the parties, or of fraud in the party offering the record, in respect to the proceedings. [California Code of Civil Procedure, Section 1916]

JUDICIAL COGNIZANCE. Judicial notice or knowledge upon which a judge is bound to act without having it proved in evidence. [Black's Law Dictionary, 5th Edition, page 760.]

When it clearly appears that the court lacks jurisdiction, the court has no authority to reach the merits. In such a situation the action should be dismissed for want of jurisdiction. [Melo v. US, 505 F2d 1026, 1030]

In re W. D. CAVITT on Habeas Corpus, Crim. No. 3508 COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, DIVISION ONE (1941) 47 Cal. App. 2d 698; 118 P.2d 846; 1941 Cal. App. LEXIS 1225
(2) Courts--Jurisdiction--Necessity--Jurisdiction Divested Pending Proceeding. --When by operation of law a court is divested of jurisdiction, it is without power to inflict a punishment or enforce a penalty for violations of law committed while it had jurisdiction. A court under such circumstances is equally without power to proceed in a matter of which it had

EXHIBIT "H"                                              Page 1 of 24

Jeffery Jackson Lind                                    Case N

jurisdiction at the time the action was commenced, unless some
special provision be made for that purpose by statute.
(3) Id.--Jurisdiction--Necessity--Time When Necessary. --
Jurisdiction is fundamental and must be continuing in the court
throughout the proceeding, because it is jurisdiction alone that
gives the court power to hear, determine and pronounce judgment
upon the issues before it.
(4) Judgments--Void Judgments--Want of Jurisdiction--
Jurisdiction Divested. --When a court that is divested of
jurisdiction undertakes to pronounce a judgment in a cause which
the court did not have jurisdiction to hear or try, such
judgment is void ab initio, even though affirmed on appeal.*

"The only inherent difference ordinarily recognized between
superior and inferior courts is that there is a presumption in
favor of the validity of the judgments of the former, none in
favor of those of the latter, and that a superior court may be
shown not to have had power to render a particular judgment by
reference to its record. Ex parte Kearny, 55 Cal. 212. Note,
however, that in California 'superior court' is the name of a
particular court. But when a court acts by virtue of a special
statute conferring jurisdiction in a certain class of cases, it
is a court of inferior or limited jurisdiction for the time
being, no matter what its ordinary status may be. Heydenfeldt v.
Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett, 5
Cal.195" 7 Cal. Jur. 579

"Inferior courts" are those whose jurisdiction is limited and
special and whose proceedings are not according to the course of
the common law." Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews,
6 Cal. 652

"However late this objection has been made, or may be made in
any cause, in an inferior or appellate court of the United
States, it must be considered and decided, before any court can
move one further step in the cause; as any movement is
necessarily the exercise of jurisdiction." Rhode Island v.
Massachussetts, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838)

Once defense has raised jurisdiction defense, plaintiff must
provide proof of jurisdiction.  Modern vs. Johnson 844 Fed.
Supp. 940

Every court has a jurisdiction to determine in personam and in
rem jurisdiction. When personal jurisdiction is challenged
plaintiff has burden to prove jurisdiction is proper. James vs.
HRP, 852 Fed. Supp. 620

Once defense has raised jurisdiction defense, plaintiff must
provide proof of jurisdiction. Modern vs. Johnson 844 Fed. Supp.
940 *

"The burden shifts to the court to prove jurisdiction." Rosemond
v. Lambert, 469 F2d 416.*

EXHIBIT "H"                                          Page 2 of 24

Jeffery Jackson Lind                                    Case N

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." *Lantana* v. *Hopper*, 102 F2d 188; *Chicago* v. *New York*, 37 F Supp 150.*

"A universal principle as old as the law is that a proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." *Norwood* v. *Renfield*, 34 C 329; *Ex parte Giambonini*, 49 P. 732.*

"Jurisdiction is fundamental. It is the primary question for determination by a court in any case for jurisdiction is the power to hear and determine. If a judgment is rendered by a court which did not have jurisdiction to hear a cause, such judgment is void ab initio." In Re Application of Wyatt, 300 P. 132 *

"Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon* v. *Dillon*, 187 P 27.*

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." *Rescue Army* v. *Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.*

"A departure by a court from those recognized and established requirements of law, however close apparent adherence to mere form in method of procedure, which has the effect of depriving one of a constitutional right, is an excess of jurisdiction." *Wuest* v. *Wuest*, 127 P2d 934, 937.*

"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." *Merritt* v. *Hunter*, C.A. Kansas 170 F2d 739.*

"the fact that the petitioner was released on a promise to appear before a magistrate for an arraignment, that fact is circumstance to be considered in determining whether in first instance there was a probable cause for the arrest." *Monroe* v. *Papa*, DC, Ill. 1963, 221 F Supp 685.*

"Agency, or party sitting for the agency, (which would be the magistrate of a municipal court) has no authority to enforce as to any licensee unless he is acting for compensation. Such an act is highly penal in nature, and should not be construed to include anything which is not embraced within its terms. (Where) there is no charge within a complaint that the accused was employed for compensation to do the act complained of, or that the act constituted part of a contract." *Schomig* v. *Kaiser*, 189 Cal 596.*

"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting

EXHIBIT "H"                                          Page 3 of 24

Jeffery Jackson Lind                                    Case N

as an administrative officer and not in a judicial capacity;
courts in administering or enforcing statutes do not act
judicially, but merely ministerially". *Thompson* v. *Smith*, 154 SE
583.*

"A judge ceases to sit as a judicial officer because the
governing principle of administrative law provides that courts
are prohibited from substituting their evidence, testimony,
record, arguments, and rationale for that of the agency.
Additionally, courts are prohibited from substituting their
judgment for that of the agency. Courts in administrative issues
are prohibited from even listening to or hearing arguments,
presentation, or rational." *ASIS* v. *US*, 568 F2d 284.*

"Ministerial officers are incompetent to receive grants of
judicial power from the legislature, their acts in attempting to
exercise such powers are necessarily nullities." *Burns* v. *Sup.*
*Ct.*, SF, 140 Cal. 1.*

"The elementary doctrine that the constitutionality of a
legislative act is open to attack only by persons whose rights
are affected thereby, applies to statute relating to
administrative agencies, the validity of which may not be called
into question in the absence of a showing of substantial harm,
actual or impending, to a legally protected interest directly
resulting from the enforcement of the statute." *Board of Trade*
v. *Olson*, 262 US 1; 29 ALR 2d 1051.*

"It is most true that this Court will not take jurisdiction if
it should not: but it is equally true, that it must take
jurisdiction if it should. The judiciary cannot, as the
legislature may, avoid a measure because it approaches the
confines of the constitution. We cannot pass it by because it is
doubtful. With whatever doubts, with whatever difficulties, a
case may be attended, we must decide it, if it be brought before
us. We have no more right to decline the exercise of
jurisdiction which is given, than to usurp that which is not
given. The one or the other would be treason to the
constitution. Questions may occur which we would gladly avoid;
but we cannot avoid them. All we can do is, to exercise our best
judgment, and conscientiously to perform our duty. In doing
this, on the present occasion, we find this tribunal invested
with appellate jurisdiction in all cases arising under the
constitution and laws of the United States. We find no exception
to this grant, and we cannot insert one." *Cohens v. Virginia*, 19
U.S. 264, 404, 5 L.Ed. 257, 6 Wheat. 264 (1821)

"Whenever a judge acts where he/she does not have jurisdiction
to act, the judge is engaged in an act or acts of treason." *U.S.*
*v. Will*, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406
(1980); *Cohens v. Virginia*, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed
257 (1821)

Where there is no jurisdiction over the subject matter, there
is, as well, no discretion to ignore that lack of jurisdiction.
[*John J. Joyce v. United States of America*, 474 F.2d 215, 219]
Joyce v. U.S., 474 F.2d 215, 219 (C.A.3 (Pa.), 1973)

A judicial tribunal having attributes and exercising functions
independently of the person of the magistrate designated
generally to hold it [*Jones v. Jones*, 188 Mo.App. 220, 175 S.W.
227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.
See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688,
689][Black's Law Dictionary, 4th Ed., 425, 426]

...at the Revolution, the sovereignty devolved on the people; and
they are truly the sovereigns of the country, but they are
sovereigns without subjects...with none to govern but
themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed
440, 455 @DALL (1793) pp471-472.]

"Whereas, this being the liberty of the Anglicans has been
recognized from time in memorial by them as civil or natural
liberties, not to be confused in any manner with the civil
rights issue whatsoever." *Van Valkenburg v. Brown*, 43 Cal. 43
(1872)*

"One sovereign does not need to tell another sovereign that
he/she is sovereign. The sovereign is merely sovereign by his
very existence." The People are sovereign, not the governmental
bodies that serve them. *Kemper v. State*, 138 Southwest 1025
(1911), page 1043, section 33.

"The officers of the law, in the execution of process, are
obligated to know the requirements of the law, and if they
mistake them, whether through ignorance or design, and anyone is
harmed by their error, they must respond in damages." —Rogers
vs. Marshal (United States use of *Rogers vs. Conklin*) 1 Wall.
(US) 644, 17 L ed 714.

The people are the recognized source of all authority, state or
municipal, and to this authority it must come at last, whether
immediately or by circuitous route. *Barnes v. District of
Columbia*, 91 U.S. 540, 545 [23: 440, 441]. p 234.

"the government is but an agency to the state," -- the state
being the sovereign people. *State v. Chase*, 175 Minn, 259, 220
N.W. 951, 953.

"The sovereignty of a state does not reside in the persons who
fill the different departments of its government, but in the
People, from whom the government emanated; and they may change
it at their discretion. Sovereignty, then in this country,
abides with the constituency, and not with the agent; and this

EXHIBIT "H"                                              Page 5 of 24

Jeffery Jackson Lind                                    Case N...

remark is true, both in reference to the federal and state government." *Spooner v. McConnell*, 22 F 939, 943

[1]  "Like any other government official, government lawyers are responsible for the foreseeable consequences of their conduct," *Padilla vs. Yoo*, June 18, 2009, S.F. CA.


"In this country, written constitutions were deemed essential to protect the rights and liberties of the people against the encroachments of power delegated to their governments, and the provisions of Magna Charta were incorporated into Bills of [110 U.S. 532] Rights. They were limitations upon all the powers of government, legislative as well as executive and judicial." *Hurtado v. California*, 110 US 516.

"... Our government is founded upon compact. Sovereignty was, and is, in the people" 1794 US Supreme Court case *Glass v. Sloop Betsey*

"People of a state are entitled to all rights which formerly belong to the King, by his prerogative." 1829 US Supreme Court case *Lansing v. Smith*

"The United States, as a whole, emanates from the people ... The people, in their capacity as sovereigns, made and adopted the Constitution ..." US Supreme Court in 4 Wheat 402

"... The governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and intrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure.  They had the whole title, and as absolute proprietors, had the right of using or abusing,--jus utendi et abutendi." US Supreme Court in *Luther v. Borden*, 48 US 1, 12 LEd 581:

"Powers denied are not to be implied; they are to be obtained, if at all, from and in the same manner provided by, those who originally granted the enumerated powers, but who at the same time denied powers." US Supreme Court in *Fairbanks v. U.S.* 181 US 283:

"While sovereign powers are delegated to ... the government, sovereignty itself remains with the people ..." US Supreme Court in *Yick Wo v. Hopkins*, 118 US 356, page 370:

People are supreme, not the state.  Waring vs. the Mayor of Savannah, 60 Georgia at 93. The people of the State do not yield their sovereignty to the agencies which serve them.  The people, in delegating authority, do not give their public servants the right to decide what is good for the people to know and what is

EXHIBIT "H"                                              Page 6 of 24

Jeffery Jackson Lind                                            Case N

not good for them to know. The people insist on remaining
informed so that they may retain control over the instruments
they have created. (Added Stats. 1953, c. 1588, p.3270, sec.

"A Sovereign is exempt from suit, not because of any formal
conception or obsolete theory, but on the logical and practical
ground that there can be no legal Right as against the authority
that makes the law on which the Right depends." *Kawananakoa V.
Polybank*, 205 U.S. 349, 353, 27 S.Ct.526, 527, 51 L.Ed. 834
(1907).

"The individual may stand upon his constitutional Rights as a
citizen. He is entitled to carry on his private business in his
own way. His power to contract is unlimited. He owes no such
duty [to submit his books and papers for an examination] to the
STATE, since he receives nothing therefrom, beyond the
protection of his life and property. His Rights are such as
existed by the law of the land [Common Law] long antecedent to
the organization of the STATE, and can only be taken from him by
due process of law, and in accordance with the Constitution.
Among his Rights are a refusal to incriminate himself, and the
immunity of himself and his property from arrest or seizure
except under a warrant of the law. He owes nothing to the
public so long as he does not trespass upon their Rights." *Hale
v. Henkel*, 201 U.S. 43 at 47 (1905).

The very meaning of 'sovereignty' is that the decree of the
sovereign makes law. [*American Banana Co. v. United Fruit Co.*, 29
S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.]

The people of this State, as the successors of its former
sovereign, are entitled to all the rights which formerly belonged
to the King by his prerogative. [*Lansing v. Smith*, 4 Wend. 9
(N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18 C
Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C
Wharves Sec. 3, 7.]

A consequence of this prerogative is the legal *ubiquity* of the
king. His majesty in the eye of the law is always present in all
his courts, though he cannot personally distribute justice.
(Fortesc.c.8. 2Inst.186) His judges are the mirror by which the
king's image is reflected. 1 Blackstone's Commentaries, 270,
Chapter 7, Section 379.

"[Judge] Maloney was one of many dishonest judges exposed and
convicted through 'Operation Greylord', a labyrinthine federal
investigation of judicial corruption in Chicago". *Bracey v.
Gramley*, 519 U.S. 1074, 117 S.Ct. 726 (1997).*

The Seventh Circuit Court of Appeals held that the Circuit Court
of Cook County is a criminal enterprise. *U.S. v. Murphy*, 768
F.2d 1518, 1531 (7th Cir. 1985).

EXHIBIT "H"                                                    Page 7 of 24

Jeffery Jackson Lind                                    Case No.

Principals:  (a) Whoever commits an offense against the United
States or aids, abets, counsels, commands, induces or procures
its commission, is punishable as a principal.
(b) Whoever willfully causes an act to be done which if directly
performed by him or another would be an offense against the
United States, is punishable as a principal. [18 USC 2]

Accessory after the fact: Whoever, knowing that an offense
against the United States has been committed, receives,
relieves, comforts or assists the offender in order to hinder or
prevent his apprehension, trial or punishment, is an accessory
after the fact. Except as otherwise expressly provided by any
Act of Congress, an accessory after the fact shall be imprisoned
not more than one-half the maximum term of imprisonment or
(notwithstanding section 3571) fined not more than one-half the
maximum fine prescribed for the punishment of the principal, or
both; or if the principal is punishable by life imprisonment or
death, the accessory shall be imprisoned not more than 15 years.
[18 USC 3]

Misprision of felony: Whoever, having knowledge of the actual
commission of a felony cognizable by a court of the United
States, conceals and does not as soon as possible make known the
same to some judge or other person in civil or military
authority under the United States, shall be fined under this
title or imprisoned not more than three years, or both. [18 USC
4]

"...if the magistrate has not such jurisdiction, then he and
those who advise and act with him, or execute his process, are
trespassers." *Von Kettler et.al. v. Johnson*, 57 Ill. 109 (1870)

"[Under Federal law which is applicable to all states, the U.S.
Supreme Court stated that if a court is] without authority, its
judgments and orders are regarded as nullities. They are not
voidable, but simply void; and form no bar to a recovery sought,
even prior to a reversal in opposition to them. They constitute
no justification; and all persons concerned in executing such
judgments or sentences, are considered, in law, as trespassers."
*Elliot v. Piersol*, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

"[if a court] could not hear the matter upon the jurisdictional
paper presented, its finding that it had the power can add
nothing to its authority, - it had no authority to make that
finding." *The People v. Brewer*, 128 Ill. 472, 483 (1928). "They
acted without any jurisdiction."

When judges act when they do not have jurisdiction to act, or
they enforce a void order (an order issued by a judge without
jurisdiction), they become trespassers of the law,and are
engaged in treason (see below).

"...not every action by a judge is in exercise of his judicial
function. ... it is not a judicial function for a judge to
commit an intentional tort even though the tort occurs in the
courthouse." *Yates v. Village of Hoffman Estates, Illinois*, 209
F.Supp. 757 (N.D. Ill. 1962) "When a judge acts as a trespasser
of the law, when a judge does not follow the law, the judge
loses subject-matter jurisdiction and the judges orders are
void, of no legal force or effect."*

"when a state officer acts under a state law in a manner
violative of the Federal Constitution, he "comes into conflict
with the superior authority of that Constitution, and he is in
that case stripped of his official or representative character
and is subjected in his person to the consequences of his
individual conduct. The State has no power to impart to him any
immunity from responsibility to the supreme authority of the
United States." *Scheuer v. Rhodes*, 416 U.S. 232, 94 S.Ct. 1683,
1687 (1974) [Emphasis supplied in original].

....This declaration of rights may not be construed to impair or
deny others retained by the people." [California Constitution,
Article 1, Declaration Of Rights Sec. 24.]

The state cannot diminish rights of the people. [*Hertado v.
California*, 100 US 516.]

The assertion of federal rights, when plainly and reasonably
made, is not to be defeated under the name of local practice.
[*Davis v. Wechsler*, 263 US 22, 24.]

Where rights secured by the Constitution are involved, there can
be no rule making or legislation which would abrogate them.
[*Miranda v. Arizona*, 384 US 436, 491.]

There can be no sanction or penalty imposed upon one because of
this exercise of constitutional rights. [*Sherer v. Cullen*, 481 F
946.]

Whereas, the people of California have presented a constitution
....and which, on due examination, is found to be republican in
its form of government.... [Act [of Congress] for the Admission
of California Into the Union, Volume 9, Statutes at Large, Page
452.]

Republican government. One in which the powers of sovereignty are
vested in the people and are exercised by the people, either
directly, or through representatives chosen by the people, to
whom those powers are specially delegated. [In re Duncan, 139
U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88
U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary, Fifth
Edition, p. 626.]

The State of California is an inseparable part of the United
States of America, and the United States Constitution is the

supreme law of the land. [California Constitution, Article 3,
Sec. 1.]

This Constitution, and the Laws of the United States which shall
be made in Pursuance thereof; and all Treaties made, or which
shall be made, under the Authority of the United States, shall be
the supreme Law of the Land; and the Judges in every State shall
be bound thereby; any Thing in the Constitution or Laws of any
State to the Contrary notwithstanding. [Constitution for the
United States of America, Article VI, Clause 2.]

"The use of the highway for the purpose of travel and
transportation is not a mere privilege, but a common fundamental
right of which the public and individuals cannot rightfully be
deprived." *Chicago Motor Coach v. Chicago*, 169 NE 221.

"The right of the citizen to travel upon the public highways and
to transport his property thereon, either by carriage or by
automobile, is not a mere privilege which a city may prohibit or
permit at will, but a common law right which he has under the
right to life, liberty, and the pursuit of happiness." *Thompson
v. Smith*, 154 SE 579.

"The right to travel is a part of the liberty of which the
citizen cannot be deprived without due process of law under the
Fifth Amendment." *Kent v. Dulles*, 357 US 116, 125.

"The right to travel is a well-established common right that
does not owe its existence to the federal government. It is
recognized by the courts as a natural right." *Schactman v.
Dulles* 96 App DC 287, 225 F2d 938, at 941.

The powers not delegated to the United States by the
Constitution, nor prohibited by it to the States, are reserved to
the States respectively, or to the people. [Constitution for the
United States of America, Amendment 10 – Powers of the States and
People]

"For the purposes of this case, we need not identify the source
of [the right to travel] in the text of the Constitution. The
right of free ingress and regress to and from' neighboring states
which was expressly mentioned in the text of the Article of
Confederation, may simply have been conceived from the beginning
to be a necessary concomitant of the stronger Union the
Constitution created."' Id. at 501 (citations omitted). *Saenz v.
Roe*, 526 U.S. 489 (1999).

("without some provision . . . . removing from citizens of each
State the disabilities of alienage in other States, and giving
them equality of privilege with citizens of those States, the
Republic would have constituted little more than a league of

EXHIBIT "H"                                      Page 10 of 24

States; it would not have constituted the Union which now exists."). *Paul v. Virginia*, 75 U.S. (8 Wall.) 168, 180 (1868)

Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 241]

Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 242]

Property rights of citizens:  All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.  [42 USC 1982]

Civil action for deprivation of rights:  Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for

Jeffery Jackson Lind                                    Case N

redress, except that in any action brought against a judicial
officer for an act or omission taken in such officer's judicial
capacity, injunctive relief shall not be granted unless a
declaratory decree was violated or declaratory relief was
unavailable.  For the purposes of this section, any Act of
Congress applicable exclusively to the District of Columbia
shall be considered to be a statute of the District of Columbia.
[42 USC 1983]

Conspiracy to interfere with civil rights:  Depriving persons of
rights or privileges:  If two or more persons in any State or
Territory conspire or go in disguise on the highway or on the
premises of another, for the purpose of depriving, either
directly or indirectly, any person or class of persons of the
equal protection of the laws, or of equal privileges and
immunities under the laws; or for the purpose of preventing or
hindering the constituted authorities of any State or Territory
from giving or securing to all persons within such State or
Territory the equal protection of the laws; or if two or more
persons conspire to prevent by force, intimidation, or threat,
any citizen who is lawfully entitled to vote, from giving his
support or advocacy in a legal manner, toward or in favor of the
election of any lawfully qualified person as an elector for
President or Vice President, or as a Member of Congress of the
United States; or to injure any citizen in person or property on
account of such support or advocacy; in any case of conspiracy
set forth in this section, if one or more persons engaged therein
do, or cause to be done, any act in furtherance of the object of
such conspiracy, whereby another is injured in his person or
property, or deprived of having and exercising any right or
privilege of a citizen of the United States, the party so injured
or deprived may have an action for the recovery of damages
occasioned by such injury or deprivation, against any one or more
of the conspirators.  [42 USC 1985(3)]

Action for neglect to prevent:  Every person who, having
knowledge that any of the wrongs conspired to be done, and
mentioned in section 1985 of this title, are about to be
committed, and having power to prevent or aid in preventing the
commission of the same, neglects or refuses so to do, if such
wrongful act be committed, shall be liable to the party injured,
or his legal representatives, for all damages caused by such
wrongful act, which such person by reasonable diligence could
have prevented; and such damages may be recovered in an action
on the case; and any number of persons guilty of such wrongful
neglect or refusal may be joined as defendants in the action;
and if the death of any party be caused by any such wrongful act
and neglect, the legal representatives of the deceased shall
have such action therefor, and may recover not exceeding $5,000
damages therein, for the benefit of the widow of the deceased,
if there be one, and if there be no widow, then for the benefit
of the next of kin of the deceased.  But no action under the
provisions of this section shall be sustained which is not
commenced within one year after the cause of action has accrued.
[42 USC 1986]

EXHIBIT "H"

Jeffery Jackson Lind                                          Case N

COURT. The person and suit of the sovereign; the place where the sovereign sojourns with his regal retinue, wherever that may be. [Black's Law Dictionary, 5th Edition, page 318.]

COURT. An agency of the sovereign created by it directly or indirectly under its authority, consisting of one or more officers, established and maintained for the purpose of hearing and determining issues of law and fact regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [*Isbill v. Stovall*, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's Law Dictionary, 4th Edition, page 425]

A "court of record" is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and preceding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial. *Jones v Jones* 188 Mo. App. 220, 175 S.W. 227,229: Ex parte Gladhill, 8 Metc. , Mass. , 171, per Shaw, C.J. See, also, *Ledwith v. Rosalsky*, 244 N.Y. 406,155 N.E. 688, 689 – Blacks 4th pg426

"It is difficult to see how the courts of this State are to ignore the common law as a rule of decision, when it is made so by statute, and adopt the civil law, even though it have the merit of superior equity." *Diamond v. Harris*, (1830) 33 Tex 634, 638.

COURT OF RECORD. To be a court of record a court must have four characteristics, and may have a fifth. They are:

> A. A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

> B. Proceeding according to the course of common law [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426]

> C. Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony. [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231]

EXHIBIT "H"

Jeffery Jackson Lind                                           Case N

D. Has power to fine or imprison for contempt. [3 Bl.
Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher,
C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229,
231.][Black's Law Dictionary, 4th Ed., 425, 426]

E. Generally possesses a seal. [3 Bl. Comm. 24; 3
Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F.
481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S.,
D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis,
96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law
Dictionary, 4th Ed., 425, 426]

The following persons are magistrates: ...The judges of the
superior courts.... [California Penal Code, Sec. 808.]

...our justices, sheriffs, mayors, and other ministers, which
under us have the laws of our land to guide, shall allow the said
charters pleaded before them in judgement in all their points,
that is to wit, the Great Charter as the common law....
[*Confirmatio Cartarum*, November 5, 1297, *Sources of Our Liberties*
Edited by Richard L. Perry, American Bar Foundation]

Henceforth the writ which is called Praecipe shall not be served
on any one for any holding so as to cause a free man to lose his
court.   [Magna Carta, Article 34].

"Where Rights secured by the Constitution are involved there can
be no rule-making or legislation, which would abrogate them"
*Miranda v. Arizona* (1966) 384 U.S. 436, 86 S. Ct. 1602, 16 L. Ed.
2d 694, 10 ALR 3rd 974 and 59 other ALR treatises.

"The claim and exercise of a constitutional right can not be
converted into a crime." *Miller v. U.S.*, 230 F 2d 486, 489.

"There can be no sanction or penalty imposed upon one because of
his exercise of constitutional Rights." *Sherar v. Cullen*, 481 F.
945.

"No state shall convert a liberty into a privilege, license it,
and attach a fee to it." *Murdock v. Pennsylvania* 319 U.S. 262.

"If the state converts a liberty into a privilege the citizen can
engage in the right with impunity." *Shuttlesworth v. Birmingham*
373 U.S. 262.

"A right or an immunity, whether created by the Constitution or
only guaranteed by it, even without an express delegation of
power, may be protected by Congress." *Strauder v. West Virginia*,
(1879) 100 US 303, 310, 25 L.Ed. 664 *reversing State v.Strauder*,
(1877) 11 W.Va. 745.

EXHIBIT "H"                                               Page 14 of 24

Jeffery Jackson Lind                                    Case N

"If you've relied on prior decisions of the Supreme Court you have a perfect defense for willfulness." *U.S. v. Bishop*, 412 U.S. 346.

...beyond that reasonable deadline, your silence will activate estoppel... [*Carmine v. Bowen*]

## Clearfield Doctrine

It is well settled that an officer must be either elected, appointed or commissioned. Employees cannot be made officers "by virtue of their employment." Even if they could, I.C. 59-703 (9) states,

> ""Public office" means any position in which the normal and usual duties are conducted on behalf of a <u>governmental entity</u>."

The Clearfield Doctrine is explicit. The corporation registered and known as THE CITY OF BOISE CITY is listed as a "CORPORATION" in the IDAHO SECRETARY OF STATE'S BUSINESS ENTITY database and is, therefore, "an entity entirely separate from government." Notwithstanding any other Idaho Code section that is also superseded by Federal law, the alleged officers are NOT even employees of a "governmental entity."

> " . . . the government descended to the level of a mere private <u>corporation</u> and takes on the character of a mere private citizen . . . For the purposes of suit, such corporations and individuals are regarded *as an entity entirely separate from government*." *Bank of U.S. v. Planters Bank*, 9 Wheat. 22 U.S. 904, *U.S. v. Erie Ry Co.*, 106 U.S. 327; *Clearfield Trust Co. v. U.S.* 318 U.S. 363 (1943).

> "When governments enter the world of commerce, <u>they are subject to the same burdens as any private firm or corporation</u>." *U.S. v. Burr.* 309 U.S. 22; See 22 U.S.C.A. 286e. *Bank of U.S. v. Planters Bank of Georgia.* 6 L. Ed. (9 Wheat) 244; 22 U.S.C.A. 286 et. Seq., C.R.S. 11-60-103.

An officer is defined as

"a person <u>appointed or elected to a position</u> of responsibility or authority <u>in government</u> or a <u>private organization</u>." Random House Webster's Dictionary of the Law, p. 307.

Jeffery Jackson Lind                                    Case N

## TREZEVANT CASE DAMAGE AWARD STANDARD

"Evidence that motorist cited for traffic violation was incarcerated for 23 minutes during booking process, even though he had never been arrested and at all times had sufficient cash on hand to post bond pending court disposition of citation, was sufficient to support finding that municipality employing officer who cited motorist and county board of criminal justice, which operated facility in which motorist was incarcerated, had unconstitutionally deprived motorist of his right to liberty. 42 U.S.C.A. Sec. 1983." *Trezevant v. City of Tampa* (1984) 741 F.2d 336, hn. 1

"Jury verdict of $25,000 in favor of motorist who was unconstitutionally deprived of his liberty when incarcerated during booking process following citation for traffic violation was not excessive in view of evidence of motorist's back pain during period of incarceration and jailor's refusal to provide medical treatment, as well as fact that motorist was clearly entitled to compensation for incarceration itself and for mental anguish that he had suffered from entire episode. 42 U.S.C.A. Sec. 1983." *Trezevant v. City of Tampa* (1984) 741 F.2d 336, hn. 5

"We cannot say with assurance that under the allegations of the pro se complaint, which we hold to less stringent standards than formal pleadings drafted by lawyers,.." *Haines vs. Kerner* 404 U.S. 519 [1971]

"... By the original constitution, citizenship in the United States was a consequence of citizenship in a state. By this clause [*Am 14, Sec 1*] this order of things is reversed. Citizenship in the United States is defined; it is made independent of citizenship in a state, and citizenship in a state is a result of citizenship in the United States. So that a person born or naturalized in the United States, and subject to its jurisdiction, is, without reference to state constitutions or laws, entitled to all privileges and immunities secured by the Constitution of the United States to citizens thereof." *U.S. v. Hall*, (1871) 26 Fed. Case 79, 81.

"Prior to the adoption of this amendment, strictly speaking, there were no citizens of the United States, but only some one of them. Congress had the power to establish an uniform rule of naturalization," but not the power to make a naturalized alien a citizen of any state. But the states generally provided that such persons might, on sufficient residence therein, become citizens thereof, and then the courts held, *ab convenienti*,

EXHIBIT "H"                                            Page 16 of 24

Jeffery Jackson Lind                                         Case No

rather than otherwise, that they became *ipso facto* citizens of the United States." *Sharon v. Hill*, (1885) 26 F 337, 343.

"...*in order to become a citizen one must be a free white person"* [United States Statutes at Large, Vol. 2, Chap. XXVIII (28), published on pages 153, 154 and 155 approved on April 14, 1802]

"Agency, or party sitting for the agency, (which would be the magistrate of a municipal court) has no authority to enforce as to any licensee unless he is acting for compensation. Such an act is highly penal in nature, and should not be construed to include anything which is not embraced within its terms. (Where) there is no charge within a complaint that the accused was employed for compensation to do the act complained of, or that the act constituted part of a contract." *Schomig v. Kaiser*, 189 Cal 596.

Duty of Care: n. a requirement that a person act toward others and the public with the watchfulness, attention, caution and prudence that a reasonable person in the circumstances would use. If a person's actions do not meet this standard of care, then the acts are considered negligent, and any damages resulting may be claimed in a lawsuit for negligence.

"... it shall be the duty of the heads of the several departments to cause to be administered to each and every officer, clerk, or employee, now in their respective departments, or in any way connected therewith, or who shall hereafter in any way become connected therewith, to following oath, viz.: "I do solemnly swear (or affirm, as the case may be) that I will support, protect, and defend the Constitution and Government of the United States against all enemies, whether domestic or foreign, and that I will bear true faith, allegiance, and loyalty to the same, any ordinance, resolution, or law of any State Convention or Legislature to the contrary notwithstanding; and, further, that I do this with a full determination, pledge, and purpose, without any mental reservation or evasion whatsoever; and, further, that I will well and faithfully perform all the duties which may be required of me by law. So help me God.

And that each and every such civil officer and employee, in the departments aforesaid, or in any way connected therewith, in the service or employment of the United States, who shall refuse to take the oath or affirmation herein provided, shall be immediately dismissed and discharged from such service or employment.

An Act requiring an Oath of Allegiance, and to support the Constitution of the United States, to be administered to certain Persons in the Civil Service of the United States ." Approved August 6, 1861, Ch. 64, Section 1, 12 Stat. 326.

EXHIBIT "H"

Jeffery Jackson Lind                                                  Case N

No compensation nor reimbursement for expenses incurred shall be
paid to any officer by any public agency unless he has taken and
subscribed to the oath or affirmation required by this chapter.
[California Government Code Section 1367]

"No state legislator or executive or judicial officer can war
against the Constitution without violating his undertaking to
support it." *Cooper v. Aaron*, 358 U.S. 1, 78 S.Ct. 1401 (1958).

"An action by Department of Motor Vehicles, whether directly or
through a court sitting administratively as the hearing officer,
must be clearly defined in the statute before it has subject
matter jurisdiction, without such jurisdiction of the licensee,
all acts of the agency, by its employees, agents, hearing
officers, are null and void." *Doolan v. Carr*, 125 US 618; *City v
Pearson*, 181 Cal. 640.*

## CASE CITES RE CORPORATE DESCENSION

Bank of U.S. v. Planters Bank 9 Wheaton (22 US) 904; 6 L. Ed.
24, (1824), the Court stated, in part: *"The government, by
becoming a corporator, lays down its sovereignty... exercises no
power or privilege which is not derived from the charter."*

"Governments lose their immunity and descend to level of private
corporations when involved in commercial activity enforcing
negotiable instruments, as in fines, penalties, assessments,
bails, taxes, the remedy lies in the hand of the state and its
municipalities seeking remedy." Rio Grande v. Darke, 167 P. 241.

other cases:

***** Lost Immunity.

"The  rule  of  governmental  immunity  as  to  all  political
subdivisions  of  government  is  hereby  abrogated  as  it  has
heretofore been abrogated as to municipal corporations, i.e.,
cities. No longer is the defense of governmental immunity for
tort liability available, irrespective of whether the involved
political   subdivision   is   functioning   'governmentally'   or
'proprietarily'." Myers v. Genessee County , 375 Mich 1, 1965.

"The principal of sovereign immunity is not one which allows the
sovereign   to   continue   to   inflict   injury....   [sovereign
immunity] does not give the sovereign the right to totally
disregard the effect of it's actions upon the public."[2] Shaw v.
Salt Lake County , 224 P2d 1037.

Jeffery Jackson Lind                                    Case N

"Sovereign immunity does not apply where (as here) government is a lawbreaker or jurisdiction is the issue." *Arthur v. Fry*, 300 F.Supp. 622 (1960).

"The general rule is that a qualified immunity defense fails once a plaintiff has alleged that defendants have violated the plaintiff's clearly established rights. Occasionally, however, objectively "extraordinary circumstances" are present which combine to justify a grant of immunity nonetheless." *Harlow v. Fitzgerald*, 457 U.S. 800, 819 (1982).

*On Our Adversarial System; *Mack vs. City of Detroit*, Chief Justice Cavanagh, No. 118468, 2002.
"The adversarial system ensures the best presentation of arguments and theories because each party is motivated to succeed. Moreover, the adversarial system attempts to ensure that an active judge refrain from allowing a preliminary understanding of the issues to improperly influence the final decision. This allows the judiciary to keep an open mind until the proofs and arguments have been adequately submitted. In spite of these underlying concerns, the majority today claims that the benefits of full briefing are simply a formality that can be discarded without care. The majority fails to comprehend how the skilled advocates in this case could have added anything insightful in the debate over the proper interpretation of a century's worth of precedent. Whatever its motivation, the majority undermines the foundations of our adversarial system."

When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost. *Rankin v. Howard,* (1980) 633 F.2d 844, cert den.*Zeller v. Rankin,* 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.

In *Rankin v. Howard*, 633 F.2d 844 (1980) the Ninth Circuit Court of Appeals reversed an Arizona District Court dismissal based upon absolute judicial immunity, finding that both necessary immunity prongs were absent; later, in *Ashelman v. Pope*, 793 F.2d 1072 (1986), the Ninth Circuit, *en banc*, criticized the "judicial nature" analysis it had published in *Rankin* as unnecessarily restrictive. But *Rankin's* ultimate result was not changed, because Judge Howard had been independently divested of absolute judicial immunity by his complete lack of jurisdiction.

Some Defendants urge that any act "of a judicial nature" entitles the Judge to absolute judicial immunity. But in a jurisdictional vacuum, (that is, absence of all jurisdiction)

Jeffery Jackson Lind                                                    Case N

the second prong necessary to absolute judicial immunity is missing. *Stump v. Sparkman,* id., 435 U.S. 349.

"Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction." *Piper v. Pearson,* 2 Gray 120, cited in *Bradley v. Fisher,* 13 Wall. 335, 20 L.Ed. 646 (1872)

A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts. *Davisv. Burris,* 51 Ariz. 220, 75 P.2d 689 (1938)

Generally, judges are immune from suit for judicial acts within or in excess of their jurisdiction even if those acts have been done maliciously or corruptly; the only exception being for acts done in the clear absence of all jurisdiction. *Gregory v. Thompson,* 500 F2d 59 (C.A.Ariz. 1974)

There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. *Cooper v. O'Conner,*99 F.2d 133

When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites he may be held civilly liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction. *State use of Little v. U.S. Fidelity & Guaranty Co.,* 217 Miss. 576, 64 So. 2d 697.

"... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." *Marbury v. Madison,* 1 Cranch 137 (1803).

"No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence." *Ableman v. Booth,* 21Howard 506 (1859).

"The courts are not bound by an officer's interpretation of the law under which he presumes to act." *Hoffsomer v. Hayes,* 92 Okla 32, 227F 417.

'The constitution of the Union constitutes a contract with the

Jeffery Jackson Lind                                        Case N

members and is the measure of the authority conferred upon the organization to expel or otherwise discipline them. [Citing cases]; Accord: *Leo v. Local Union No. 612 of International Union of Operating Engineers*, 26 Wn.2d 498, 174 P.2d 523 (1946). "IT IS THE DUTY OF THE COURT TO DECLARE THE MEANING OF WHAT IS WRITTEN, AND NOT WHAT WAS INTENDED TO BE WRITTEN. *J.W. Seavey Hop Corp. v. Pollock*, 20 Wn.2d 337, 348-49, 147 P.2d 310 (1944), cited with approval in *Berg v. Hudesman*, 115 Wn.2d at 669.

"It being impossible to obtain the remedy sought, the state and their agencies/municipalities being impotent to enforce their judgments/decrees and thus should not even exercise their otherwise 'general' jurisdictions." *Louisiana v. NAL*, 106 La. 621. And;

"Mere equity is impotent to correct the defect." *McGraw v. Gortner*, 96 Md 489.; "A law which restricts their power to render and enforce a judgment is therefore a limitation upon the exercise of jurisdiction; and a law which destroys or impairs the effect which their judgments without such law would have, is equally so." *Fordyce v. Beecher*, 2 Tex. Civ. App. 29, 31.


CALIFORNIA CODES
VEHICLE CODE
SECTION 15210

15210. Notwithstanding any other provision of this code, as used in this chapter:

   (a) "Commercial driver's license" means a driver's license issued by a state or other jurisdiction, in accordance with the standards contained in Part 383 of Title 49 of the Code of Federal Regulations, which authorizes the licenseholder to operate a class or type of commercial motor vehicle.

   (b) (1) "Commercial motor vehicle" means any vehicle or combination of vehicles which requires a class A or class B license, or a class C license with an endorsement issued pursuant to paragraph (4) of subdivision (a) of Section 15278.

   (2) "Commercial motor vehicle" does not include any of the following:

   (A) A recreational vehicle, as defined in Section 799.24 of the Civil Code.

   (B) Military equipment operated by noncivilian personnel, which is owned or operated by the United States Department of Defense, including the National Guard, as provided in Parts 383 and 391 of Title 49 of the Code of Federal Regulations.

EXHIBIT "H"                                              Page 21 of 24

(C) An implement of husbandry operated by a person who is not required to obtain a driver's license under this code.

(D) Vehicles operated by persons exempted pursuant to Section 25163 of the Health and Safety Code or a vehicle operated in an emergency situation at the direction of a peace officer pursuant to Section 2800.

(c) "Controlled substance" has the same meaning as defined by the federal Controlled Substances Act (21 U.S.C. Sec. 802).

(d) "Disqualification" means a prohibition against driving a commercial motor vehicle.

(e) "Employer" means any person, including the United States, a state, or political subdivision of a state, who owns or leases a commercial motor vehicle or assigns drivers to operate such a vehicle.  A person who employs himself or herself as a commercial vehicle driver is considered to be both an employer and a driver for purposes of this chapter.

(f) "Felony" means an offense under state or federal law that is punishable by death or imprisonment for a term exceeding one year.

(g) "Gross combination weight rating" means the value specified by the manufacturer as the maximum loaded weight of a combination or articulated vehicle.  In the absence of a value specified by the manufacturer, gross vehicle weight rating will be determined by adding the gross vehicle weight rating of the power unit and the total weight of the towed units and any load thereon.

(h) "Gross vehicle weight rating" means the value specified by the manufacturer as the maximum loaded weight of a single vehicle, as defined in Section 390.

(i) "Serious traffic violation" includes either of the following:

(1) Excessive speeding, as defined pursuant to the federal Commercial Motor Vehicle Safety Act (P.L. 99-570).

(2) Reckless driving, as defined pursuant to the federal Commercial Motor Vehicle Safety Act (P.L. 99-570).

(3) A violation of any state or local law involving the safe operation of a motor vehicle, arising in connection with a fatal traffic accident.

(4) Any other similar violation of a state or local law involving the safe operation of a motor vehicle,  as defined pursuant to the Commercial Motor Vehicle Safety Act (Title XII of

Jeffery Jackson Lind                                    Case N

P.L. 99-570).

In the absence of a federal definition, existing definitions under this code shall apply.

(j) "State" means a state of the United States or the District of Columbia.

(k) "Tank vehicle" means any <u>commercial motor vehicle</u> that is designed to transport any liquid or gaseous material within a tank that is permanently or temporarily attached to the vehicle or the chassis, including, but not limited to, cargo tanks and portable tanks, as defined in Part 171 of Title 49 of the Code of Federal Regulations.  This definition does not include portable tanks having a rated capacity under 1,000 gallons.

## 18 USC § 31. Definitions

(6) <u>Motor vehicle</u>.— The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power <u>*and used for commercial purposes*</u> on the highways in the transportation of passengers, passengers and property, or property or cargo.

(10) <u>Used for commercial purposes</u>.— The term "used for commercial purposes" means the carriage of persons or property <u>for any fare</u>, fee, rate, charge or other consideration, or directly or indirectly in connection with any business, or other undertaking <u>intended for profit</u>.

> FRCP> Rule 9.> Pleading Special Matters
> (a) Capacity or Authority to Sue; Legal Existence.
>> (1) In General. Except when required to show that the court has jurisdiction, a pleading need not allege:
>>> (A) a party's capacity to sue or be sued;
>>> (B) a party's authority to sue or be sued in a representative capacity; or
>>> (C) the legal existence of an organized association of persons that is made a party.
>> (2) Raising Those Issues. To raise any of those issues, a party must do so by a specific denial, which must state any supporting facts that are peculiarly within the party's knowledge.

[sovereign common law freeman - reason enough - no injured party]

If any claim, statement, fact, or portion in this action is held inapplicable or not valid, such decision does not affect the validity of any other portion of this action.

The singular includes the plural and the plural the singular.

The present tense includes the past and future tenses; and the future the present, and the past the present.

EXHIBIT " "                                              Page 23 of 24

Jeffery Jackson Lind   Case N

The masculine gender includes the feminine and neuter.

* From reliable sources, but not checked personally.