5943.32209

1  CLAYTON U. HALL/S.B. #88535
2  MOLLY E. THURMOND/S.B. #104973
   MARK B. CONNELY/S.. #125693
3  HALL, HIEATT & CONNELY, LLP
   1319 Marsh Street, Second Floor
4  San Luis Obispo, CA 93401
   Telephone: (805) 544-3830
5  Facsimile: (805) 544-5329
   hall@hhc-slo.com
6  thurmond@hhc-slo.com
   connely@hhc-slo.com

7

8  Attorneys for Defendants,
   CITY OF SANTA MARIA, CITY OF
9  GUADALUPE, SANTA MARIA POLICE
   DEPARTMENT, CITY OF GUADALUPE
10 POLICE DEPARTMENT

11

12

13              **UNITED STATES DISTRICT COURT**

14     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

16

| | |
|---|---|
| 17  JEFFREY JACKSON LIND, | No. CV10-09173 AHM (JCG) [Assigned to Magistrate Jay C. Gandhi] |
| 18  Plaintiff, | |
| 19  vs. | DEFENDANTS', CITY OF SANTA MARIA, CITY OF GUADALUPE, SANTA MARIA POLICE |
| 20  THE PEOPLE OF THE STATE OF CALIFORNIA, MOTOR VEHICLE | DEPARTMENT, AND CITY OF GUADALUPE POLICE |
| 21  DEPARTMENT, SANTA BARBARA COUNTY, CITY OF | DEPARTMENT, REQUEST FOR JUDICIAL NOTICE IN SUPPORT |
| 22  SANTA MARIA, CITY OF GUADALUPE, SANTA BARBARA | OF MOTION TO DISMISS, OR FOR A MORE DEFINITE STATEMENT |
| 23  COUNTY SHERIFF'S DEPARTMENT, SANTA MARIA | [FRCP 12(b)(6), 12(e), 8(a) and 15(a)(1)(A)] |
| 24  POLICE DEPARTMENT, CITY OF GUADALUPE POLICE | [filed concurrently with Motion to Dismiss and Proposed Order] |
| 25  DEPARTMENT, ARIEL ALEHANDRIA IN HIS | |
| 26  INDIVIDUAL CAPACITY, BRIAN D. JOHNSON IN HIS | DATE:         February 8, 2011 |
| 27  INDIVIDUAL CAPACITY, ANGELINA BORRELLO IN HER | TIME:         2:00 p.m. COURTROOM:  827-A (Spring St) |
| 28  INDIVIDUAL CAPACITY, | |

REQUEST FOR JUDICIAL NOTICE                    1

1  ROGELIO FLORES IN HIS               )
   INDIVIDUAL CAPACITY, JED             )
2  BEEBE IN HIS INDIVIDUAL             )
   CAPACITY, AND DOES 1-50,            )
3                                       )
            Defendants.                 )
4  _____ )

5  TO THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:

6        Defendants CITY OF SANTA MARIA, CITY OF GUADALUPE, SANTA

7  MARIA POLICE DEPARTMENT, AND CITY OF GUADALUPE POLICE

8  DEPARTMENT, by and through their attorneys, hereby request the Court to take

9  judicial notice of the following documents pursuant to Rule 201 of the Federal Rules

10 of Evidence and *United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004)

11 (judicial notice of court records in another case).

12

| EXHIBIT # | DOCUMENT DESCRIPTION |
|-----------|----------------------|
| 1 | Verdict Form, 12-2-10, *People v. Lind*, Santa Barbara Superior Court Case No. 1350711 |
| 2 | Criminal Minute Order, 12-2-10, *People v. Lind*, Santa Barbara Superior Court Case No. 1350711 |

16

17 Dated:  December 30, 2010                HALL, HIEATT & CONNELY, LLP

18

19                                          By:_____
                                               CLAYTON U. HALL
20                                             MOLLY E. THURMOND
                                               MARK B. CONNELY
21                                             Attorney for Defendants,
                                               CITY OF SANTA MARIA, CITY OF
22                                             GUADALUPE, SANTA MARIA
                                               POLICE DEPARTMENT, CITY OF
23                                             GUADALUPE POLICE
                                               DEPARTMENT

24

25

26

27

28

**PROOF OF SERVICE**
**[C.C.P. §§1013, 2015.5]**

Pursuant to <u>California Code of Civil Procedure</u> §§1013(a)(3) and 2015.5, I declare:

I am a resident of the State of California.  I am over the age of eighteen years and I am not a party to the within entitled action.  I am employed by the Law Firm of Hall, Hieatt & Connely, LLP, and my business address is 1319 Marsh Street, Second Floor, San Luis Obispo, California.

On January 3, 2011, I served the **within DEFENDANTS', CITY OF SANTA MARIA, CITY OF GUADALUPE, SANTA MARIA POLICE DEPARTMENT, AND CITY OF GUADALUPE POLICE DEPARTMENT, REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS, OR FOR A MORE DEFINITE STATEMENT [FRCP 12(b)(6), 12(e), 8(a) and 15(a)(1)(A)] [filed concurrently with Motion to Dismiss and Proposed Order]** on the interested parties as follows:

Jeffrey Jackson Lind
284 Wilson Drive
Santa Maria, CA 93455

✓    **By Mail.**  I caused each envelope addressed to the office of the person(s) listed above, with postage thereon fully prepaid as first class mail, to be collected for same day deposit according to the firm's practice and procedure to be placed in the United States Mail at San Luis Obispo, California.

___    **By Personal Service.** I caused such document(s) to be delivered by hand to the office of the person(s) listed above.

___    **By Overnight Delivery**. I caused such document(s) to be delivered by OnTrac Overnight/Federal Express courier service to the office of the person(s) listed above.

___    **By Facsimile Transmission**.  I caused such document(s) to be delivered by facsimile transmission to the facsimile number(s) of the person(s) listed above.

✓    **Federal.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 3, 2011, at San Luis Obispo, California.

*Bonnie A. Morris*
BONNIE A. MORRIS

REQUEST FOR JUDICIAL NOTICE                              3