R

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JACKSON LIND, | ) Case No. CV 10-9173 AHM (JCG) |
| Plaintiff, | ) |
| v. | ) **ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, Plaintiff's "Summary Ruling; Direct Contempt; Bench Warrant" ("Objections"), and the remaining record, and has made a *de novo* determination.

Plaintiff's Objections fail to meaningfully address or refute the Report and Recommendation. Thus, the Objections are without merit.

///
///
///
///
///
///

1

1     Accordingly, IT IS ORDERED THAT:

2     1.     The Report and Recommendation is approved and adopted;

3     2.     Judgment be entered dismissing this action without prejudice; and

4     3.     The Clerk serve copies of this Order and the Judgment on the parties.

DATED: March 21, 2011

_____

HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE