# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY JACKSON LIND,<br><br>   Plaintiff,<br><br>  v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*,<br><br>   Defendants. | Case No. CV 10-9173 AHM (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 21, 2011

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6